GLANCY PRONGAY & MURRAY LLP
Lionel Z. Glancy (#134180)
Marc L. Godino (#182689)
Mark S. Greenstone (#199606)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile:  (310) 201-9160
E-mail: mgreenstone@glancylaw.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELISA CABEBE, Individually and On Behalf of a Class of Similarly Situated Individuals,<br><br>Plaintiff,<br><br>v.<br><br>NISSAN OF NORTH AMERICA, INC.,<br><br>Defendant. | Case No.:<br><br>**CLASS ACTION COMPLAINT FOR:**<br><br>**(1) Violations of California Consumers Legal Remedies Act (Cal. Civ. Code § 1750, *et seq.*);**<br><br>**(2) Violations of California Unfair Competition Law (Cal. Bus. & Prof. Code § 17200, *et seq.*);**<br><br>**(3) Breach of Implied Warranty Pursuant to California Song-Beverly Consumer Warranty Act (Cal. Civ. Code §§ 1792 and 1791.1, *et seq.*) and Cal. Comm. Code § 2314*;***<br><br>**(4) Breach of Express Warranty (Cal. Com. Code § 2313);**<br><br>**(5) Violations of the Magnuson-Moss Warranty Act (15 U.S.C. § 2301, *et seq.*); and,**<br><br>**(6) Fraudulent Omission.**<br><br>**<u>JURY TRIAL DEMANDED</u>** |

CLASS ACTION COMPLAINT

**INTRODUCTION**

1.       Plaintiff Elisa Cabebe ("Plaintiff") brings this action individually and on behalf of all similarly situated persons ("Class Members") who purchased or leased 2013 through 2015 Nissan Altima vehicles in the United States ("Class Vehicles") that were designed, manufactured, distributed, marketed, sold and leased by Defendant Nissan of North America, Inc. ("Defendant" or "Nissan").

2.       Beginning in 2013, if not before, Defendant knew that the Class Vehicles contain one or more design and/or manufacturing defects that can cause the continuously variable transmission ("CVT") to malfunction ("CVT Defect").

3.       The CVT Defect has been documented to occur without warning during vehicle operation and poses an extreme and unreasonable safety hazard to drivers, passengers and pedestrians.  Numerous Class Vehicle owners have reported a significant delay in the Class Vehicle's response while attempting to accelerate from a stop or while attempting to merge into freeway traffic, which requires the ability to accelerate quickly.  This delay in response is typically accompanied with reports of the engine revving while the driver depresses the gas pedal without little to no increase in vehicle speed.  This delay in response is also sometimes accompanied with the Class Vehicle's CVT upshifting and downshifting continuously without settling on a single gear.  Other Class Vehicle owners have reported stalling, jerking, lurching, and/or shaking while operating the Class Vehicle.  Others have reported rough shifting or delayed engagement when shifting from park into reverse and/or drive.  One owner complained to the National Highway Transportation Safety Authority ("NHTSA") as follows[1]:

> •       NHTSA Complaint: 2013 NISSAN ALTIMA 2.5S WAS SERVICED ON DECEMBER 19, 2016 AT PLANET NISSAN 5850 CENTENNIAL CENTER BLVD. LAS VEGAS, NV 89149 DEALER PERFORMED R1609 OCS RECALL & PC490 CVT REPROGRAM RECALL. DURING THESE PROCESS SOME ELECTRICAL ITEMS DAMAGE. NOW CVT (CONTINUES VARIABLE TRANSMISSION) IS FAILING. ON APRIL 6, 2017 TOOK VEHICLE TO AUTONATION NISSAN LAS VEGAS 5800 W. SAHARA AVE THE SERVICE

---

[1] Spelling and grammatical errors in consumer complaints reproduced herein remain as found in the original.

1
2
3
4
5

CONSULTANT SAID CVT IS BAD AND NEEDS TO BE REPLACE BUT NISSAN DO NOT WANT TO PAY. VEHICLE DRIVES BUT WHEN YOU REACH 25-35 MILES PER HOUR IT JERKS, ALSO 65 MILES PER HOUR IT JERKS THEN IT LOOSES POWER, VEHICLE COMES TO A STOP AND IT DOES NOT MOVE. THIS VEHICLE IS NOT SAFE TO BE ON THE ROAD. NISSAN NEEDS TO CORRECT THIS ISSUE BEFORE SOMEBODY GETS INJURED.

6
7

4.    In addition to these obvious safety hazards, the cost to repair the CVT Defect can be exorbitant, requiring consumers to pay significant sums to repair their Class Vehicles.

8
9
10
11
12
13
14

5.    Plaintiff is informed and believes, and based thereon alleges, that Defendant knew the Class Vehicles were defective and not fit for their intended purpose of providing consumers with safe and reliable transportation at the time of the sale and thereafter. Defendant has actively concealed the true nature and extent of the CVT Defect from Plaintiff and the other Class Members, and failed to disclose it to them, at the time of purchase or lease and thereafter. Had Plaintiff and prospective Class Members known about the CVT Defect, they would not have purchased the Class Vehicles or would have paid less for them.

15
16
17
18
19
20

6.    Plaintiff is informed and believes, and based thereon alleges, that despite notice of the CVT Defect from, among other things, pre-production testing, numerous consumer complaints, warranty data, and dealership repair orders, Defendant has not recalled the Class Vehicles to repair the Defect, has not offered its customers a suitable repair or replacement free of charge, and has not offered to reimburse all Class Vehicle owners and leaseholders the costs they incurred relating to diagnosing and repairing the CVT Defect.

21
22
23
24
25
26

7.    Nissan knew of and concealed the CVT Defect that is contained in every Class Vehicle, along with the attendant dangerous safety problems and associated repair costs, from Plaintiff and the other Class Members both at the time of sale and repair and thereafter. As a result of their reliance on Defendant's omissions and/or misrepresentations, owners and/or lessees of the Class Vehicles have suffered ascertainable loss of money, property, and/or loss in value of their Class Vehicles.

27
28

# PARTIES

**Plaintiff Elisa Cabebe**

8.     Plaintiff Elisa Cabebe is a California citizen who lives in Daly City, California. Ms. Cabebe purchased a used 2013 Nissan Altima from Acura of Concord in Concord, California, in April of 2015.  Prior to purchase, Ms. Cabebe researched her vehicle on the Internet and visited Nissan Serramonte dealership where she viewed example Class Vehicles, inspected the "Monroney" stickers posted on them, and spoke with the dealer sales representative about them.  Ms. Cabebe purchased her vehicle primarily for personal, family or household purposes.  Ms. Cabebe's vehicle was designed, manufactured, sold, distributed, advertised, marketed and warranted by Nissan.

9.     Subsequent to Ms. Cabebe's vehicle purchase, she began to experience the CVT Defect, including:  shaking while driving at freeway speeds; a delay in engagement when depressing the gas pedal; a delay in engagement when shifting into drive; and a delay in acceleration when merging onto the freeway.  On or about February 23, 2017, with 44,614 miles on her vehicle and within the five (5) years/60,000 miles coverage of her New Vehicle Limited Warranty Powertrain Coverage, Ms. Cabebe took her vehicle to Boardwalk Cars, Inc. in Redwood City, California where a CVT update introduced by Nissan in about December of 2016 was performed.  Following this update, Ms. Cabebe's vehicle continued, and continues, to experience the CVT Defect.

10.     At all times, Ms. Cabebe has driven her vehicle in a foreseeable manner and in the manner in which it was intended to be used.

**Defendant**

11.     Defendant, Nissan of North America, Inc., is a California corporation with its principal place of business located at One Nissan Way, Franklin, Tennessee 37067 and doing business in California and throughout the United States.

12.     Defendant is responsible for the design, manufacture, distribution, marketing, sale and lease of the Class Vehicles.

13.     Whenever, in this Complaint, reference is made to any act, deed or conduct of Defendant, the allegation means that Defendant engaged in the act, deed, or conduct by or through one or more of its officers, directors, agents, employees or representatives who was actively engaged in the management, direction, control, or transaction of the ordinary business and affairs of Defendant.

## JURISDICTION

14.     This is a class action.

15.     This Court has jurisdiction over this action under the Class Action Fairness Act, 28 U.S.C. § 1332(d).  The aggregated claims of the individual class members exceed the sum value of $5,000,000, exclusive of interests and costs.  This court also has federal question jurisdiction over this action under 28 U.S.C. §1331 because Plaintiff's claims under the Magnuson-Moss Act arise under federal law.  This Court has personal jurisdiction over Defendant because it is registered to conduct business in California, has sufficient minimum contacts with California, and/or otherwise intentionally avails itself of the markets within California, through the promotion, sale, marketing and distribution of its vehicles in California, so as to render the exercise of jurisdiction by this Court proper and necessary.

## VENUE

16.     Venue is proper in this District because Plaintiff resides in this district and a substantial part of the acts and omissions alleged herein took place in this District, as the Class Vehicles were and are regularly advertised, marketed, sold/leased and serviced in this District through Defendant's network of dealers.  Plaintiff's counsel's Declaration of Venue, to the extent required under California Civil Code section 1780(d), is attached hereto as Exhibit 1.

## FACTUAL ALLEGATIONS

17.     For years, Nissan has designed, manufactured, distributed, sold, and leased the Class Vehicles.  Upon information and belief, it has sold, directly or indirectly through dealers and other retail outlets, many thousands of Class Vehicles in California and nationwide.

18.     The CVT Defect causes the Class Vehicles' to unexpectedly malfunction by stalling, jerking, lurching, shaking, or delaying in its response to the driver depressing the gas

pedal, and rough shifting. The CVT Defect presents a safety hazard that renders the Class Vehicles unreasonably dangerous to consumers due to, *inter alia*, the impact of the Defect on driver's ability operate the Class Vehicle as expected.

19.    Plaintiff is informed and believes, and based thereon alleges, that, prior to placing the Class Vehicles in the stream of commerce, Nissan became aware of the CVT Defect through sources not available to Plaintiff and Class Members, including, but not limited to, pre-production testing, pre-production design failure mode and analysis data, production design failure mode and analysis data, early consumer complaints made exclusively to Nissan's network of dealers and directly to Nissan, aggregate warranty data compiled from Nissan's network of dealers, testing conducted by Nissan in response to consumer complaints, and repair order and parts data received by Nissan from Nissan's network of dealers.

20.    Indeed, Nissan was plagued by similar CVT issues for years prior to sale of the Class Vehicles, and previously extended the CVT warranty on multiple models, in addition to providing other relief. Consequently, Class Vehicle owners continue to experience the CVT defect.

21.    In about December of 2016, Nissan announced a voluntary service campaign entitled, "December 2016 CVT Update," which purported to correct certain CVT issues.  On information and belief, this software update is inadequate and ineffective in curing the CVT Defect.[2]

22.    Nissan had and has a duty to fully disclose the true nature of the CVT Defect and the associated repair costs to Class Vehicle owners, among other reasons, because the Defect poses an unreasonable safety hazard; because Nissan had and has exclusive knowledge or access to material facts about the Class Vehicles' CVTs that were and are not known to or reasonably discoverable by Plaintiff and the other Class Members; and because Nissan has actively concealed the CVT Defect from its customers.

---

[2] This software update failed to cure Plaintiffs' CVT issues.

23.    Hundreds, if not thousands, of purchasers and lessees of the Class Vehicles have experienced the CVT Defect.  The following example complaints filed by consumers with the NHTSA and posted on the Internet demonstrate that the Defect is widespread and dangerous:

2013 Nissan Altima

- NHTSA Complaint:   THE PROBLEM BEGAN WITH THE TRANSMISSION LOCKING UP OR SHUDDERING GOING DOWN HILL, THROWING THE VEHICLE AND ME FORWARD. EVER BEEN ON A GOLF CART GOING DOWN A HILL WHERE THE GOVERNOR THROWS YOU FORWARD? MULTIPLY THAT BY ABOUT 5 AND THAT'S WHAT YOU GET. IT HAS PROGRESSIVELY GOTTEN WORSE, TO THE POINT WHERE IT ACTUALLY CAUSES THE WHEELS TO STOP AND "CHIRP" ON THE PAVEMENT. NOW, IT EVEN HAPPENS ON RELATIVELY FLAT AREAS AND, GOING UP SOME HILLS, THE TRANSMISSION JUST ABOUT GIVES OUT. IT'S A SAFETY ISSUE FOR SEVERAL REASONS: (1) LOCKING UP GOING DOWN A HILL IS UNSAFE IF SOMEONE IS BEHIND YOU, (2) THE SEVERITY OF IT COULD CAUSE YOU TO LOSE CONTROL OF THE CAR, (3) LOSING POWER GOING UP A HILL COULD CAUSE YOU TO BE REAR-ENDED. NISSAN HAS BEEN SLOW TO RESPOND EVEN THOUGH OTHER PEOPLE HAVE HAD THE SAME PROBLEM. MY DEALER SAYS THAT THEY SEARCHED NISSAN'S "TECH TALK" ACROSS DEALERS AND FOUND NOTHING. DO A GOOGLE SEARCH ON "NISSAN DECELERATION SHUDDER OR LOCKUP" AND YOU'LL FIND LOTS OF FOLKS WITH THE SAME PROBLEM. VERY UNFORTUNATE FOR AN OTHERWISE GREAT CAR. THEY NEED TO IDENTIFY THE PROBLEM AND RECALL SOME OR ALL OF THE 2013S. *TR

- NHTSA Complaint:  THE VEHICLE SURGES AT AROUND 25MPH. IT CUTS OUT, SLOWS DOWN FOR A COUPLE SECONDS, THEN JERKS FORWARD. WHEN IT JERKS FORWARD, IT SLAM HARD LIKE IT IS DOING DAMAGE TO THE TRANSMISSION. *TR

- NHTSA Complaint:  TL* THE CONTACT OWNS A 2013 NISSAN ALTIMA. THE CONTACT STATED THAT THE VEHICLE WOULD GO INTO NEUTRAL WHILE IDLING AND WOULD SLAM INTO GEAR WHEN ATTEMPTING TO ACCELERATE. THE CONTACT MENTIONED THAT IMMEDIATELY AFTER THE FAILURE THE VEHICLE STALLED. THE VEHICLE WAS TAKEN TO THE DEALER WHO HAS NOT BEEN ABLE TO DIAGNOSE THE

FAILURE. THE FAILURE MILEAGE WAS 500 AND THE CURRENT
MILEAGE WAS 700.

- <u>NHTSA Complaint:</u>   ON OCTOBER 4, 2012 I PURCHASED A 2013
NISSAN   ALTIMA   3.5   SL.   IT   WAS   OBVIOUS   ALMOST
IMMEDIATELY THAT THERE WAS A PROBLEM WITH THE
TRANSMISSION.   UPON   TAKING   OFF   FROM   A   STOPPED
POSITION THE FIRST SHIFT OF THE TRANSMISSION IS VERY
HARD, ESPECIALLY UNDER LIGHT ACCELERATION. TWO
WEEKS AFTER PURCHASING THE VEH. WITH APPROX. 400
MILES ON THE ODOMETER I WAS PULLING AWAY FROM A
STOP WHEN THE VEH. STARTED SHUDDERING AND SHAKING
VIOLENTLY BEFORE SHIFTING INTO GEAR WITH A HARD
BUMP. THIS INCIDENT LASTED APPROX. 2 SECONDS. FOR THE
NEXT 700 MILES OR SO THE SHUDDERING AND SHAKING
OCCURRED SIX MORE TIMES. I TOOK THE VEH. INTO THE
NISSAN DEALER WHERE IT WAS PURCHASED AND AFTER
DRIVING   IT   THEY   ADVISED   THAT   THEY   COULD   NOT
DUPLICATE THE PROBLEM. OVER THE NEXT 500 MILES THE
INCIDENTS BECAME MORE OFTEN AND AT TIMES MORE
SEVERE, ONE INCIDENT LASTING FOR SEVERAL SECONDS
BEFORE FINALLY SHIFTING INTO GEAR. ON DECEMBER 5, 2012
THE VEH. WAS RETURNED TO THE DEALERSHIP. I SPOKE WITH
SERVICE MANAGER EXPLAINING THE PROBLEM AND MY
CONCERNS OF MAYBE THE VEH. STOPPING IN THE ROADWAY
DURING ONE OF THESE INCIDENTS AND BEING REAR ENDED.
THIS TIME THE SERVICE MANAGER RODE ALONG WITH ME
AND DROVE THE VEH. DUPLICATING THE PROBLEM SEVERAL
TIMES. THE ENGINEERS AT NISSAN WAS CONTACTED BY THE
SERVICE MANAGER AND THEY CONFIRMED THAT THERE WAS
A PROBLEM WITH THE TRANSMISSION SOFTWARE ON THE V6
ALTIMAS, HOWEVER THEY HAD NO FIX FOR IT AT THIS TIME.
*TR

- <u>NHTSA Complaint:</u>   ALTIMA 3.5 TRANSMISSION HAS A SEVERE
SHUDDER WHEN ACCELERATING NORMALLY AT ABOUT 15-25
MPH. THIS IS INTERMITTENT BUT SERIOUS AS IT RESULTS IS
SEVERE SHOCK TO THE DRIVETRAIN. THIS WAS NOT PRESENT
WHEN NEW AND HAS BEEN INCREASING IN SEVERITY OVER
THE LAST 1000 MILES. THE DEALER SAYS THAT NISSAN
ENGINEERS CLAIM THAT IT IS "CHARACTERISTIC" OF THE 3.5.
THIS IS NOT TRUE AS IT WAS NOT PRESENT WHEN NEW AND IS
CONSTANTLY GETTING WORSE. IT WILL PROBABLY SOON
RESULT IN TRANSMISSION DAMAGE OR COMPLETE FAILURE
WHICH COULD BE A SERIOUS SAFETY ISSUE. *TR

- NHTSA Complaint:    APPROXIMATELY TWO WEEKS AFTER PURCHASING MY BRAND NEW 2013 ALTIMA 3.5 S THE CAR DEVELOPED A SHUDDER AND VIBRATION WHEN I WOULD ACCELERATE SLIGHTLY. IT ALSO OCCURRED GOING UP SMALL HILLS, AND WHEN I WOULD COME TO A COMPLETE STOP THEN PULL OFF (FOR INSTANCE AT A RED LIGHT). AFTER NOTICING THIS, I SCHEDULED AN APPOINTMENT WITH THE DEALER, AND WE DID A TEST DRIVE IN HOPES OF MIMICKING THE ISSUE. THE MECHANIC ADVISED ME THAT THIS WAS NORMAL FOR A CVT ENGINE, AND THAT EVERYTHING WAS FINE. I WASN'T QUITE CONVINCED, BUT I WANTED TO TRUST HIS OPINION, SINCE THIS WAS MY FIRST TIME DRIVING A CAR WITH A CVT ENGINE. HOWEVER, A FEW WEEKS PASSED AND THE SHUDDER AND VIBRATION GOT WORSE. THE CAR EVEN JERKED FORWARD ONCE WHEN I WAS PRESSING ON THE BRAKES. THIS PROMPTED ME TO SCHEDULE ANOTHER VISIT WITH THE DEALER. THIS TIME THE SAME MECHANIC FROM THE FIRST VISIT AND THE MANAGER RODE ALONG WITH ME. DURING THIS TEST DRIVE THE MANAGER FELT THE SUDDEN SHUDDER, ONCE WE CAME TO A COMPLETE STOP AND SLIGHTLY ACCELERATED. THIS PROMPTED THEM TO REPLACE MY TRANSMISSION, NOT EVEN 30 DAYS AFTER MY PURCHASE. I PICKED MY CAR UP FROM THE DEALER ON 12/7/12 AFTER THEY CHANGED THE TRANSMISSION AND THE CAR DROVE PERFECTLY FINE. THE BAD NEWS IS THAT NOW THE CAR HAS DEVELOPED THE SAME SHUDDER AND VIBRATION EVEN MORE NOW. I WILL BE CALLING FOR ANOTHER APPOINTMENT TOMORROW, BECAUSE SOMETHING HAS TO BE DONE ABOUT THIS. IT'S VERY DANGEROUS, ESPECIALLY WHEN THIS HAPPENS AND YOU HAVE ANOTHER CAR RIDING DIRECTLY BEHIND YOU. *TR

- NHTSA Complaint:  SINCE BUYING THE CAR NEW, THERE HAS BEEN A VIBRATION/SHUDDER COMING FROM UNDER THE VEHICLE WHEN SLOWLY ACCELERATING. THE DEALER HAS LOOKED AT THE PROBLEM TWICE AND HAS BEEN UNABLE TO FIND THE SOURCE OF THE PROBLEM, EVEN THOUGH A TECH HAS HEARD THE VIBRATION WHILE RIDING WITH ME ON A TEST DRIVE. I'M CONCERNED ABOUT THIS BECAUSE POWERTRAINS THAT ARE FUNCTIONING PROPERLY SHOULD NOT MAKE THIS NOISE. *TR

- NHTSA Complaint:  BROUGHT CAR IN TO DEALER FOR A RECALL THAT THE TRANSMISSION NEEDED TO BE REPROGRAMMED. SEVERAL WEEKS LATER NOTICED THAT THE ENGINE SOUNDED LOUDER AND RATTLED ON ACCELERATION. PROCEEDED TO GET WORSE BY THE DAY.

BROUGHT TO DEALER ON WEDNESDAY AND WAS TOLD THE TRANSMISSION NEEDED TO BE REPLACED. THE VEHICLE HAS APPROXIMATELY 2000 MILES ON IT. *TR

- NHTSA Complaint:  TL* THE CONTACT OWNS A 2013 NISSAN ALTIMA. THE CONTACT STATED THAT AFTER 20 DAYS OF DRIVING, WHILE STOPPED, A STRANGE VIBRATION WAS EMITTED FROM THE UNDERCARRIAGE. THE VEHICLE WAS TAKEN TO THE DEALER WHERE THE CONTACT WAS INFORMED THAT THERE WERE NO FAILURES. THE CONTACT STATED THAT THE FAILURE RECURRED SEVERAL TIMES AND WAS TAKEN TO THE DEALER ON EACH OCCASION. THE MANUFACTURER WAS CONTACTED AND INFORMED THE CONTACT THAT THE VEHICLE WAS NOT INCLUDED IN ANY RECALLS. THE VEHICLE WAS NOT REPAIRED. THE APPROXIMATE FAILURE MILEAGE WAS 600 AND THE CURRENT MILEAGE WAS 3,333. UPDATED 03/13/13*LJ THE CONSUMER STATED A MECHANIC TEST DROVE THE VEHICLE AND CONFIMED THE VIBRATION. ON THE SECOND VISIT TO THE DEALER THE GENERAL MANAGER AND SERVICE MANAGER SUGGESTED TO BUY A NEW MAXIMA OR ALTIMA. THE CONSUMER DECLINED. THE VIBRATION ONLY WORSENED CAUSING A THIRD VISIT TO THE DEALER. UPDATED 03/28/2013 *JS

- NHTSA Complaint: WHEN ACCELERATING GENTLY OR DECELERATING YOU CAN HEARD A RUMBLING AND VIBRATION NOISE. *TR

- NHTSA Complaint:  VEHICLE HAS BEEN IN THE SERVICE DEPARTMENT FIVE TIMES FOR DIFFERENT THINGS IN LESS THAN 2 MONTHS. MAIN PROBLEM REPORTED EACH TIME IN SERVICE IS MY TRANSMISSION. BETWEEN 20-50 MPH AND 1000-2500 RPM THE CAR WILL VIOLENTLY SHAKE AND LOSE POWER. I HAVE TO PRESS THE GAS PEDAL HARDER TO GET THE CAR TO STOP SHUDDERING AND PICK UP ACCELERATION. I HAVE ALMOST BEEN INVOLVED IN TOW REAR END COLLISIONS B/C OF THE LOSE OF POWER AND SHUDDERING. NISSAN STATES THAT I MUST WAIT FOR A REPROGRAMMING FIX. I HAVE FILED A COMPLAINT WITH NISSAN CONSUMER AFFAIRS. IN THE MEANTIME I HAVE TO SACRIFICE MY SAFETY? TOTALLY NOT ACCEPTABLE. I HAVE OWNED 3 PREVIOUS NISSAN PRODUCTS WITH NO PROBLEMS. *TR

- NHTSA Complaint: I HAVE OWNED THIS CAR FOR ALL OF A WEEK. THERE ARE AT LEAST 2 MAJOR SAFETY CONCERNS. THE FIRST IS THE PASSENGER AIR BAG. THE LIGHT ON THE

DASH INDICATES THAT THE AIR BAG IS "OFF" WHEN MY WIFE SITS IN THE PASSENGER SEATS. SHE IS AN ADULT, HEIGHT ABOUT 5' 2" AND WEIGHS APPROX. 120 LBS. APPARENTLY I AM NOT THE ONLY ONE WITH THIS ISSUE. CALLS TO NISSAN ARE A WASTE OF TIME AT THIS POINT AS I'M TOLD NOTHING ABOUT HOW THIS WILL BE RESOLVED. THE OTHER ISSUE IS WITH THE CVT TRANSMISSION. UNDER LIGHT ACCELERATION, AT ABOUT 1200-1500 RPM THERE IS A VIBRATION AND ITS VERY NOISY. IT ALMOST SEEMS LIKE THE CAR IS GOING TO DIE OUT. THE OTHER ISSUES I AM HAVING WITH THE CAR OF WHICH THERE ARE A FEW ARE NOT NECESSARILY SAFETY RELATED SO I WONT POST THEM HERE. NEEDLESS TO SAY, THERE ARE BETTER AND SAFER CHOICES OUT THERE. CHOOSE WISELY. *TR

- NHTSA Complaint: TRANSMISSION SLIPPED I WAS AT A RED LIGHT TURNED GREEN STARTED TO MOVE WHEN I FELT A PULL BACK ON THE CAR AND THEN CAR SHOT FORWARD. *TR

- NHTSA Complaint:  STARTED TO DRIVE FROM A PARK POSITION I WAS GOING ALREADY AROUND 15-20 MPH BEFORE TRANSMISSION KICKED INTO GEAR. *TR

- NHTSA Complaint: CVT TRANSMISSION SHUTTER, WHILE DRIVING FROM STOP TO GO, CAR FELT IT WAS GOING TO STALL, LIKE WHEN TURNING LEFT IN TRAFFIC. *TR

- NHTSA Complaint: PURCHASED A NEW 2013 ALTIMA SEDAN 3.5SL IN NOVEMBER 2012. AT APPROXIMATELY 500 MILES, UPON ACCELERATION FROM A STOP, THE CAR JERKED VIOLENTLY FOR 2-3 SECONDS BEFORE KICKING IN AND ACCELERATING (AS IF DRIVING A MANUAL TRANSMISSION AND ATTEMPTED TO START IN 4TH GEAR). THIS HAS HAPPENED 2 MORE TIMES SINCE. ADDITIONALLY, OFTEN WHILE ACCELERATING THE RPMS WILL DROP SIGNIFICANTLY AND THE CAR WILL SHUDDERS BEFORE KICKING BACK IN AND ACCELERATING. LASTLY, ON OCCASION, WHILE DECELERATING, THE CAR WILL JERK HARSHLY (AS IF DRIVING A MANUAL TRANSMISSION AND SHIFTING INTO TOO LOW A GEAR FOR THE SPEED). TOOK THE CAR INTO DEALERSHIP AND THEY SAID THEY COULD NOT DUPLICATE THE ISSUE. CONTACTED NISSAN CORPORATE 2/6/2013 AND THE REPRESENTATIVE TOLD ME SHE HADN'T HEARD OF ANYONE ELSE HAVING THIS PROBLEM, BUT THAT SHE WOULD OPEN A TICKET. CALLED BACK TO NISSAN CORPORATE 2/27/2013 TO FOLLOW UP AND WAS TOLD THAT MY PREVIOUS TICKET HAD BEEN CLOSED. *TR

- NHTSA Complaint: WHEN STARTING THE CAR THE STARTER WOULD KEEP CRANKING AFTER THE RELEASE OF THE START BUTTON, THE PASSENGER AIR BAG LIGHT STAYS ON SOMETIMES EVEN WHEN A PASSENGER IS IN THE SEAT ALSO THE REAR SEAT BELTS ARE VERY HARD TO LOCK IN DO TO THE RECEIVER END PUSHES DOWN INTO THE SEAT WHEN DRIVING THERE IS A FEW PROBLEMS THE LOW END RATTLES AND SHAKES AND 45 AND ABOVE THERE IS A WINING NOISE FROM THE ENGINE COMPARTMENT THAT SOUNDS LIKE A BAD ALT BEARING OR TRANS PROBLEM IT GETS LOUDER THE FASTER YOU GO VERY ANNOYING WITH TODAY TECHNOLOGY THESE PROBLEMS AND THIS IS JUST A FEW IS A BIG STEP BACK FOR NISSAN NOT A HAPPY CUSTOMER JUST BROKE 6000 MILES. *TR

- NHTSA Complaint: ABNORMAL TRANSMISSION GRINDING / LUGGING NOISE OF THE TRANSMISSION AT LOW RPM (1200-1600). NISSAN CLAIMS NOISE IS AS DESIGNED. HOW IS GRINDING NOISE IN THE TRANSMISSION WITH A CAR THAT HAS 3000 MILES NORMAL? AGAIN NISSAN CLAIMS THAT THIS IS NORMAL. 1800-343-6913 EXT. [XXX] CASE # [XXX] INFORMATION REDACTED PURSUANT TO THE FREEDOM OF INFORMATION ACT (FOIA), 5 U.S.C. 552(B)(6). *TR

- NHTSA Complaint: TL* THE CONTACT OWNS A 2013 NISSAN ALTIMA. THE CONTACT STATED THAT WHILE DRIVING APPROXIMATELY 25 MPH, THE VEHICLE JERKED VIOLENTLY WHILE THE CONTACT WAS ATTEMPTING TO DECELERATE. THE CONTACT ALSO STATED THAT THE FAILURE RECURRED INTERMITTENTLY AND WHEN DRIVING AT DIFFERENT SPEEDS. THE VEHICLE WAS TAKEN TO THE DEALER WHERE THE FAILURE COULD NOT BE DUPLICATED. THE VEHICLE WAS NOT REPAIRED. THE MANUFACTURER WAS CONTACTED. THE FAILURE MILEAGE WAS 600.

- NHTSA Complaint: I PURCHASED THIS CAR ON 3/8/2013 AS BRAND NEW WITH 24 MILES ON IT. 7 DAYS LATER WHEN STARTING UP THE MOTOR THE ENGINE STRUGGLED TO CATCH OR START RUNNING. THIS HAS HAPPENED 3 TIMES NOW. WILL BE CONTACTING NISSAN. THIS IS UNACCEPTABLE FOR HAVING A WEEK OLD "NEW" CAR. STILL WAITING FOR RESPONSE FROM DEALERSHIP. *TR

- NHTSA Complaint: I HAVE A 2013 NISSAN ALTIMA SV WITH 10800 MILES ON IT. ABOUT 5000 MILES AGO BEGAN TO HEAR AND FEEL VIBRATION WITH ACCELERATION. NOISE

CONTINUED TO GET WORSE. TOOK IT TO A LOCAL NISSAN DEALER AND THEY SAID THE ISSUE WAS COMING FROM THE CVT TRANSMISSION. THEY HAD TO REPLACE THE SERPENTINE BELT AND THE TENSIONER. VIBRATION IS CURRENTLY BETTER BUT CONCERNED THIS IS JUST A SHORT TERM SOLUTION. I THINK NISSAN NEEDS TO PUT A RECALL OUT AND FIND A LONG TERM SOLUTION. *TR

- NHTSA Complaint: AFTER THE FIRST CAR WITH 2000MILES AIR BAGS DID NOT GO OFF IN THE ACCIDENT SO WENT BOUGHT ANOTHER NEW ONE THE AIRBAG LIGHT WAS ON IN 70 MILES SO PUT A NEW SEAT FROM ANOTHER CAR NISSAN DID NOT HAVE A NEW SEAT NO THE AIR BAG LIGHT DOES NOT WORK PROPERLY AND THE CAR HAS A VIBERATION THAT NISSAN CANT FIX NEED TO STOP SELLING LEMONS. *TR

- NHTSA Complaint: THE CVT TRANSMISSION IS VIBRATING VIOLENTLY FROM 1200~1800 RPM WHICH COULD POTENTIALLY CAUSE PREMATURE TRANSMISSION FAILURE DURING DRIVING. SUCH VIBRATION ALSO COMPROMISES THE MILEAGES THAT NISSAN HAS DECLARED THEREFORE MORE GREEN HOUSE GAS EMISSION FOR SAME MILES. MANY 2013 ALTIMA OWNERS COMPLAINED ABOUT THE SAME THING IN FORUMS SUCH AS EDMUNDS, CARS.COM AND ETC. IT IS A MECHANICAL DESIGN FLAW THE COULD SEVERELY JEOPARDIZE THE CAR AND HURT THE PEOPLE IN IT THOUGH NISSAN NEVER ADMIT IT OR FIX IT IN THE PAST ONE YEAR. I SINCERELY REQUEST NHTSA TO LOOK AT THIS ISSUE. THANKS. *TR

- NHTSA Complaint: THERE IS A SHUTTERING VIBRATION IN DRIVE TRAIN WHEN ENGINE IS AT 1500 RPM AND GOING UP AN INCLINE. EVENTUALLY IT IS GOING TO CAUSE LOOSING OF BOLTS AND CAUSE CRASH. *TR

- NHTSA Complaint:  WHEN COASTING FROM A LOW SPEED (45-55) TO NEAR STOP THE TRANSMISSION "LOCKS UP" WHILE NOWSHIFTING. THE VEHICLE VIOLENTLY LOCKS UP, SO BAD THAT IT FEELS LIKE YOU'VE HIT SOMETHING. THE STEERING WHEEL IS ALSO AFFECTED TO THE BRUTE FORCE. NISSAN ISSUED A MANDATORY RECALL TRANSMISSION REPROGRAM WHICH I PROMPTLY HAD DONE TO THE VEHICLE. HOWEVER, JUST THIS FRIDAY, 5/3/13, THE TRANSMISSION AGAIN DID THIS. BOTH TIMES I WAS LUCKY THAT I WAS ON BACK ROADS WITH LITTLE TO NO TRAFFIC AND THAT I WAS ABLE TO MAINTAIN CONTROL. THIS IS A SERIOUS PROBLEM THAT IN THE WRONG CONDITIONS (ICE/SNOW/RAIN) OR WHEN

ONCOMING TRAFFIC IS COMING COULD GET SOMEONE KILLED. I CAN'T EXPLAIN JUST HOW VIOLENT THE DOWNSHIFT IS, OTHER THAN TO SAY THE FIRST TIME MY 6 YEAR OLD BEGAN CRYING IN THE REAR SEAT BECAUSE HE THOUGHT WE WRECKED, AND THAT THE 2ND TIME MY CELL PHONE WAS JARRED FROM A VERY RUGGED CRADLE. *TR

- NHTSA Complaint:  VEHICLE STUTTERS AND VIBRATES AT LOWER SPEEDS. ALSO THEIR IS A KNOCKING SOUND COMING FROM UNDERNEATH THE VEHICLE. BROUGHT BACK TO DEALERSHIP 3 TIMES SINCE MARCH. ALL 3 TIMES I WAS TOLD IT IS PERFECTLY NORMAL FOR THE CAR. I READ ONLINE THAT OTHER PEOPLE HAVE EXPERIENCED SIMILAR ISSUES. *TR

- NHTSA Complaint:  TL* THE CONTACT OWNS A 2013 NISSAN ALTIMA. THE CONTACT STATED THAT THE VEHICLE JERKED VIOLENTLY WHILE THE CONTACT WAS ATTEMPTING TO DECELERATE. THE FAILURE RECURRED INTERMITTENTLY AND WITHOUT WARNING. THE VEHICLE WAS TAKEN TO THE DEALER WHERE THE FAILURE COULD NOT BE DUPLICATED. THE VEHICLE WAS NOT REPAIRED. THE MANUFACTURER WAS NOTIFIED OF THE FAILURE. THE APPROXIMATE FAILURE MILEAGE WAS 500 AND THE CURRENT MILEAGE WAS 6,000. *TR

- NHTSA Complaint:  RPM DROPS SUDDENLY FROM 1200RPM TO 800RPM IN 20-30MPH SPEED LEVEL AND VEHICLE BOUNCES WITH BANG SOUNDS AT TRANSMISSION AREA. WHEN I FEEL CAR LOOSENING THE POWER AT LOW SPEED DRIVING BY DROPPING RPM GAUGE, I HAVE TO PRESS BRAKE OR ACCELERATOR TO KEEP VEHICLE'S RPM SAFE LEVEL TO RUN THE CAR. THIS IS VERY NERVOUS THING. THIS PROBLEM HAVE HAPPENED SINCE MIDDLE OF MARCH AND WENT TO CAR DEALER TO CHECK THIS POINT. BUT THEY SAID NO PROBLEM IN MY CAR. I WILL VISIT AGAIN NEXT WEEK FOR THIS ISSUE. I FOUND MANY OF CASES THIS IN NISSAN ALTIMA FORUM AND OTHER SITES, ALL OWNER COMPLAINED ABOUT THIS BUT NISSAN DID NOT REPLY ANY YET FOR THIS. THIS IS A MAJOR PROBLEM RELATED WITH SAFETY ISSUE. HTTP://WWW.CARPROBLEMZOO.COM/NISSAN/ALTIMA/VEHICLE-SHUDDER-PROBLEMS.PHP. *TR

- NHTSA Complaint:  WELL I HAVE NOTICED THAT I HAVE A BAD VIBRATION AND GRINDING NOISE BETWEEN 1,200 AND 1,800 RPM'S WORST AT 1,500. THIS HAPPENS NO MATTER WHAT SPEED. I HAVE BROUGHT IT IN TO THE DEALERSHIP 2 DIFFERENT TIMES FOR THIS AND THEY TELL ME THIS IS

NORMAL. I AM SORRY BUT WHEN A TRANSMISSION IS VIBRATING OR MAKING BAD NOISES LIKE THIS IT HAS SOMETHING WRONG WITH IT. I BELIEVE THIS IS CONTRIBUTING TO MY VERY POOR GAS MILEAGE. ALSO WHILE FROM A STOP AND ACCELERATING I HAVE HAD MY CAR SURGE AND HAVE NO POWER WHILE TRYING TO ACCELERATE. THIS HAS HAPPENED THREE TIMES AND 2 OF THE TIMES I HAD A CAR COME UP ON ME FAST BECAUSE I WAS NOT ABLE TO ACCELERATE. THIS CAN BE A BIG SAFETY ISSUE. *TR

- NHTSA Complaint:  WELL THE MAIN SELLING POINT ON THIS VEHICLE IS THAT THE DEALER TOLD ME THEY WERE TOP IN MPG'S WITH 27 CITY AND 38 HIGHWAY. AFTER A WEEK OR SO I NOTICED THAT MY MPG AVERAGE IS NO MORE THAN 23.1. AND THAT WAS WITH MORE THAN 50% TRAVEL ON HIGHWAYS WITH NO TRAFFIC(NEVER WENT UNDER THE SPEED LIMIT). I FIGURED IT HAD SOMETHING TO DO WITH IT BEING NEW AND IT WOULD AVERAGE OUT BETTER LATER. SO AFTER 5,000 MILES ON THE CAR I TOOK IT IN AND THEY TOLD ME THAT THIS IS JUST BECAUSE EVERY DRIVER AVERAGES DIFFERENT AND I KEPT SAYING BUT I AM NOT EVEN GETTING CLOSE TO THE 27 CITY AND I DRIVE MORE HIGHWAY. BUT THEY TOLD ME THAT EVERYTHING IS NORMAL AND THEY RESET THE AVERAGE CALCULATOR. AFTER A WEEK IT WAS WORSE THAN IT WAS BEFORE AND I WAS BRINGING IT BACK FOR MY MANY OTHER PROBLEMS I HAVE WITH THIS CAR. THEY HAD MY CAR FOR 4 DAYS AND FINALLY TOLD ME THAT WHILE THEY HAD IT A CHECK ENGINE LIGHT CAME ON SAYING THAT MY AIR FUEL RATIO SENSOR WAS FAULTY. THEY REPLACED IT AND TOLD ME THAT WAS THE FIX. I HAVE PUT ABOUT A TANKS WORTH OF MILEAGE ON IT SINCE AND I AM GETTING UNDER 23 MPG STILL. EITHER SOMETHING IS VERY WRONG WITH MY CAR OR NISSAN IS LYING ABOUT THE MPG'S AND YES I GET THAT THEY ARE PRESENTED BY THE EPA BUT NISSAN DOES THE TEST FIRST THEN SENDS IT TO THE EPA AND THEN THE EPA TESTS LATER ON. EITHER WAY THE MPG'S ARE WRONG AND I DRIVE TO TRY TO GET THE BEST MPG'S I DON'T EVEN GO OVER 2,000 RPM'S UNLESS GOING UP HILL. WHICH BRINGS ME TO THE VIBRATION FROM THE TRANS. BUT THAT'S IN ANOTHER COMPLAINT. NISSAN NEEDS TO FIX THIS PROBLEM BECAUSE I CHOSE THIS OVER THE HONDA ACCORD JUST FOR THE MPG'S. *TR

- NHTSA Complaint:  TRANSMISSION IS LOCKING UP AT ANY SPEED WHILE COASTING OR DECELERATING,FEELS LIKE MOTOR AND TRANSMISSION IS GOING TO COME RIGHT OUT

OF IT. ON WAY BACK TO DEALERSHIP, IT HAPPENED AT 55MPH GOING AROUND A BEND,AND FRONT TIRES LOCKED UP AND CHIRPED,THIS WAS THE WORSE ONE, IF THIS HAPPENED ON SNOW COVERED ROADS,THERE'S NO DOUBT THAT I WOULD HAVE WENT RIGHT INTO THE DITCH..WE'VE ONLY HAD THE CAR 3WEEKS AND PUT LESS THAN 1500 MILES ON IT.THE CAR STARTED DOING THIS 3 DAYS AGO,TODAY TOOK IT TO DEALERSHIP,TOOK SERVICEMAN ON TEST DRIVE AND WITHIN A 1/4 MILE, HE HAD SEEN ENOUGH,WHAT IS WRONG WITH THESE CVT TRANSMISSIONS,THIS IS A VERY DANGEROUS SITUATION WHEN A TRANSMISSION LOCKS UP AT HIGHWAY SPEEDS!!! *TR

- NHTSA Complaint:   THE CVT TRANSMISSION CAUSES THE VEHICLE TO SHUTTER AND VIBRATE AT LIGHT ACCELERATION BETWEEN 1200-2000 RPMS. I HAVE CONTACTED NISSAN CONSUMER AFFAIRS DIVISION 800-343-6913 EXT457206 SEVERAL TIMES AND HAVE CASE #'S [XXX] AND [XXX] ON TWO SEPARATE VEHICLES WITH THE SAME ISSUE. I HAVE BEEN TOLD REPEATEDLY THAT NISSAN ENGINEERS ARE AWARE OF THE PROBLEM AND ARE WORKING ON A SOLUTION. THERE ARE MANY, MANY COMPLAINTS OF THIS SAME ISSUE ON SEVERAL WEB SITES. I HAVE HEARD NOTHING SINCE 3/26/2013 FROM NISSAN IN REGARDS TO MY COMPLAINT. I HAVE HAD MY CAR IN FOR SERVICE AT ORLAND PARK NISAN, ORLAND PARK, IL AND HAVE ALSO CONTACTED THEM NUMEROUS TIMES TO SEE IF THERE WAS ANY REPAIR THAT HAS BEEN ISSUED TO RECTIFY THIS PROBLEM. THEY ACKNOWLEDGE AND ARE AWARE OF THIS PROBLEM. THERE ANSWER IS THEY HAVE DONE THE RECOMMENDED SERVICE BULLETINS SENT TO THEM FROM NISSAN TO REPAIR THIS PROBLEM. THERE IS ABSOLUTELY NO DIFFERENCE IN THE PERFORMANCE OF THE VEHICLE AFTER PERFORMING THESE REPAIRS. NISSAN KNOWS THEY HAVE A PROBLEM AND SHOULD BE FORCED TO STAND BEHIND THE PERFORMANCE OF THEIR PRODUCT. PLEASE HELP!!!!!!!! INFORMATION REDACTED PURSUANT TO THE FREEDOM OF INFORMATION ACT (FOIA), 5 U.S.C. 552(B)(6). *TR

- NHTSA Complaint:   TURNING RIGHT FROM A STOP AND AS I WAS ACCELERATING, HAD VIOLENT THUNK AND VIBRATION IN CAR WITH LOSS IF ACCELERATION FOR 1-2 SECONDS. BEFORE AND AFTER THAT, CONSISTENTLY EXPERIENCE VIBRATION/SHUDDER AND DECREASED ACCELERATION AT ABOUT 20MPH WHEN I LET OFF THE GAS OR DON'T CONTINUE WITH SAME LEVEL OF ACCELERATION. *TR

- <u>NHTSA Complaint</u>:  RESUMING AFTER A STOP THE CAR WAS SLUGGISH. IT FELT LIKE THE TRANSMISSION WAS SLIPPING. THERE WERE SEVERAL STRONG JERKING MOTIONS FOR A FEW SECONDS. THEN WHEN IT FULLY ENGAGED THE CAR LURCHED FORWARD AT A HIGHER THAN EXPECTED SPEED. I DID NOT HAVE ENOUGH REACTION TIME TO BRAKE AND I HIT THE CAR IN FRONT OF ME. I DIDN'T REALIZE WHAT HAD HAPPENED AT THE TIME BUT SINCE THEN THE CAR HAS DONE THE SAME THING STARTING OUT FROM A STOP. IT HAPPENS SEVERAL TIMES A WEEK. I HAVE TO LEAVE PLENTY OF DISTANCE BETWEEN ME AND THE CAR IN FRONT TO AVOID ANOTHER ACCIDENT. *TR

- <u>NHTSA Complaint</u>:  NOTICED PROBLEM BACK IN JAN. CAR WOULD MAKE A BANGING NOISE & JOLT FORWARD WHEN COASTING TO A STOP. SAME PROBLEM ALSO OCCURS WHEN STOPPING AND GOING TO ACCELERATE AFTER STOP. HAVE TAKE CAR TO DEALER I PURCHASED IT AT 5 TIMES & WAS TOLD THERE WAS NOTHING WRONG , THEY COULD NOT DUPLICATE THE ISSUE I WAS HAVING. ON JULY 11, 2013 THE TECHNICIAN TOOK THE CAR HOME & THEY FINALLY AND WAS ABLE TO DOCUMENT THE ISSUE WAS REAL AND NOW A NEW TRANSMISSION IS REQUIRED! IN DEC 2012 THERE WAS A RECALL DONE ON THE TCM THAT'S WHEN THE PROBLEM STARTED AFTER RECALL. *TR

- <u>NHTSA Complaint</u>:  THE BEST I CAN DO TO EXPLAIN THE PROBLEM I AM HAVING WITH MY 2013 ALTIMA IS TO COMPARE IT TO THE JERKING YOU WILL EXPERIENCE IN A STICK SHIFT VEHICLE IF YOU DO NOT CLUTCH AND SHIFT PROPERLY ALMOST CAUSING THE VEHICLE TO STOP. ONCE I WAS ENTERING ONTO THE HIGHWAY, THE CAR ACTED AS IF THE PARKING BRAKE WAS APPLIED WHILE DRIVING. I TOOK MY CAR TO THE DEALER FROM WHICH I PURCHASED IT (ST.CLAIR AUTO MALL), THE MECHANIC DROVE IT AND ALMOST IMMEDIATELY HE EXPERIENCED THE PROBLEM. WE DROVE BACK TO THE DEALERSHIP (SERVICE DEPT.). HE LOOKED UP SOME INFORMATION IN THE COMPUTER, SAID DIAGNOSTICS TESTS WERE RAN BUT THE TEST(S) TURNED UP NOTHING. AND ALSO THERE WERE NO LIGHTS ON THE DASH INDICATING A PROBLEM. SO, FOR THAT REASON NOTHING COULD BE DONE. *TR

- <u>NHTSA Complaint</u>: WE FIRST BEGAN NOTICING WHAT FELT LIKE A HARD DOWNSHIFT WHEN COASTING AT SPEEDS UNDER 50 MPH. THE PROBLEM WAS FIRST DIAGNOSED AS A ANTILOCK BRAKE PROGRAMMING ERROR, BUT REPAIRS DID

NOT SOLVE THE PROBLEM AND THE SEVERITY INCREASED. WHEN TRAVELING AT A SPEED OF 30 - 45 MPH AND WE'D TAKE OUR FOOT OFF THE ACCELERATOR, IT ALMOST FELT LIKE WE WERE BEING REAR-ENDED. IT BECAME CLEAR THAT THIS WAS A PROBLEM WITH THE NEW CONTINUOUS ACCELERATION TRANSMISSION (I.E., NO SHIFT). ONCE THE MAINTENANCE TECHNICIAN FELT THE PROBLEM WHEN IT HAPPENED, A NEW TRANSMISSION WAS ORDERED AND INSTALLED (APPROX. AT 10,000 MILES). AFTER THE NEW TRANSMISSION WAS INSTALLED, WE HAD NO PROBLEMS UNTIL AROUND 15,000 MILES, WHEN THE PROBLEM RESURFACED. WE TOOK IT BACK IN FOR REPAIRS, AS THE VEHICLE IS NOT SAFE TO DRIVE WITH SUCH A HARD JERKING PROBLEM. THEY TRIED REPLACING THE TRANSMISSION CONTROLLER, BUT THAT ALSO DID NOT WORK. WHEN THEY TOLD US THAT THEY WERE GOING TO NEED TO INSTALL ANOTHER NEW TRANSMISSION WE TOLD THEM WE DIDN'T WANT THE CAR ANY LONGER. THE DEALERSHIP WORKED ON OUR BEHALF TO TRY TO GET HELP FROM NISSAN FOR A NEW VEHICLE, BUT WITH VERY LITTLE SUCCESS. FORTUNATELY, OUR DEALERSHIP STILL DID THE RIGHT THING AND WE HAVE A NEW VEHICLE. *TR

- NHTSA Complaint: TL* THE CONTACT OWNS A 2013 NISSAN ALTIMA. THE CONTACT STATED THAT WHILE DRIVING APPROXIMATELY 15 MPH, THE VEHICLE SHOOK VIOLENTLY WITHOUT WARNING. THE VEHICLE WAS TAKEN TO A DEALER WHERE IT WAS DIAGNOSED THAT THE POWER TRANSMISSION NEEDED TO BE REPLACED. THE MANUFACTURER WAS MADE AWARE OF THE FAILURE AND STATED THAT THE PART NEEDED TO COMPLETE THE REPAIR WAS ON BACK ORDER. THE VEHICLE WAS NOT REPAIRED. THE APPROXIMATE FAILURE MILEAGE WAS 15,000 AND THE CURRENT MILEAGE WAS 16,300.

- NHTSA Complaint: THE CONTACT STATED THAT WHILE USING THE AIR CONDITIONER AND COASTING FROM 45 MPH TO 35 MPH, THE VEHICLE DOWNSHIFTED HARD ENOUGH TO JOLT THE CAR. THE VEHICLE WAS TAKEN TO THE DEALER FOR DIAGNOSIS. THE MECHANIC AND SERVICE MANAGER TEST DROVE THE VEHICLE AND STATED WHEN INSPECTING THE VEHICLE THE FAILURE COULD NOT BE DUPLICATED. IT WAS RECOMMENDED TO BRING THE CAR BACK WHEN THE PROBLEM RECURRED. THE FAILURE RECURRED NUMEROUS TIMES. AROUND 20000 MILES THE HARD SHIFTING ALSO BEGAN TO OCCUR WHILE THE CAR WAS ACCELERATING. THE OWNER REQUESTED TO BRING THE CAR TO THE DEALERSHIP

WHILE THE INCIDENT WAS OCCURRING, BUT THE DEALERSHIP DECLINED AS THEY WERE BUSY AND TO CALL BACK AFTER THE HOLIDAY. WHEN THE OWNER CALLED BACK AFTER THE HOLIDAY, THE SERVICE PERSON ASKED IF THE CAR FELT LIKE IT WAS SHIFTING HARD. THE OWNER STATED YES, AND WAS TOLD THAT THIS FEELING IS NORMAL IN A CVT TRANSMISSION AND THERE WAS NO NEED TO BRING THE VEHICLE INTO THE DEALERSHIP. THE CAR SHIFTS SO HARD, SOMETIMES THE TIRES SQUEAL. THIS HAPPENS OFTEN IN TRAFFIC AND WILL CAUSE AN ACCIDENT, ESPECIALLY IN ICY OR WET CONDITIONS. TO DATE, THE VEHICLE HAD NOT BEEN REPAIRED. *JB

- NHTSA Complaint: TL* THE CONTACT OWNS A 2013 NISSAN ALTIMA. THE CONTACT WAS DRIVING APPROXIMATELY 45 MPH WHEN THE VEHICLE DOWN SHIFTED AUTOMATICALLY. IN ADDITION, THE CONTACT STATED THAT THE VEHICLE WOULD JOLT FORWARD AND EXHIBIT AN ABNORMAL BANGING NOISE WHEN THE AIR CONDITIONER WAS ACTIVATED. THE VEHICLE WAS NOT TAKEN TO THE DEALER. THE VEHICLE WAS NOT REPAIRED. THE MANUFACTURER WAS NOT NOTIFIED. THE FAILURE MILEAGE WAS 10,500. THE VIN WAS NOT AVAILABLE.

- NHTSA Complaint: SPORADICALLY WHEN STARTING CAR (FROM A COLD START OR AFTER 2 HOURS) THE RPMS WILL DO THE NORMAL GOING UP THEN SLOWLY DOWN AND THEN LOWER ONCE IN GEAR; HOWEVER, ONCE STARTED TO DRIVE AND STOP THE CAR WILL SHAKE AND APPEAR TO BE TRYING TO CHOKE....TOOK TO SERVICE DEPT COULD NOT DUPLICATE THE PROBLEM AND NOTHING IS IN THE LOG.....TOOK TO DEALERSHIP WHILE PROBLEM OCCURRING THE MECHANIC FELT THE SHAKING AND THE BIG BUMP AND SAID THE IDLE RPMS NEEDED TO BE CHANGED TO HIGHER LEVEL WITHIN 36 HOURS THE CAR WOULD DO THE SAME SPORADIC PROBLEM JUST AT A HIGHER RPM......TOOK IT TO DEALERSHIP AGAIN LEFT OVERNIGHT THEY DID NOT FIND A PROBLEM STATED EVERYTHING IS NORMAL AND THE SALESPERSON DEMO SUPPOSEDLY DOES THE SAME THING (WHICH IT STARTED NORMAL). *TR

- NHTSA Complaint: TL* THE CONTACT OWNS A 2013 NISSAN ALTIMA. THE CONTACT STATED THAT THE TORQUE CONVERTER WOULD REMAIN LOCKED UNTIL THE VEHICLE CAME TO A STOP. IN ORDER TO MAINTAIN THE TORQUE CONVERTER IN THE LOCKED POSITION, THE RPMS WOULD HAVE TO BE HIGH ABOVE 1,000, WHICH THE CONTACT STATED

THAT THE NORMAL IDLE WAS 750. THE CONTACT STATED THAT THE BRAKES WERE ALSO PREMATURELY WEARING DUE TO THE ENGINE NOT ASSISTING IN DECELERATING. THE VEHICLE WAS TAKEN TO A DEALER WHERE IT WAS ADVISED THAT THE VEHICLE WAS PERFORMING AS DESIGNED. THE MANUFACTURER WAS NOT NOTIFIED OF THE FAILURE. THE VEHICLE WAS NOT REPAIRED. THE APPROXIMATE FAILURE AND CURRENT MILEAGE WAS 4,000.

- NHTSA Complaint: CAR IS VIBRATING WHEN GOING 40 MPH. VIBRATION ALSO OCCURRING AFTER LONG DRIVES AND THEN COMING TO A STOP. CAR WILL SHAKE. IT IS NOT HAPPENING ALL THE TIME, BUT IS NERVE RACKING WHEN IT DOES.  INTERMITTENT ISSUE WITH THE KEY ID NOT BEING RECOGNIZED WHEN ENTERING THE CAR WHEN THE DOORS ARE LOCKED AND YOU PRESS THE UNLOCK BUTTON ON THE DOOR HANDLE. OR WHEN GETTING INTO AN UNLOCKED CAR THE KEY IS NOT RECOGNIZED. LOCK THE DOORS AND AUTO START THE CAR BUTTON ON THE KEY FOB NOT STARTING THE CAR. HAPPENING ON BOTH KEY FOBS. HEADLIGHTS DURING LONG TRIP WERE DIMMING, THEN WOULD BRIGHTEN. THIS DURING A 6 HOUR DRIVE. GAS MILEAGE HAS DROPPED FROM 38.4 MPG TO 33.1 MPG HIGHWAY DRIVING. SAME ISSUE WITH AROUND TOWN ABOUT 5 MPG DROP. MILEAGE SEEMS TO DIFFER WHEN FILLING UP CAR. GOES FROM OVER 600+ MILES TO AROUND 580+ MILES. NOT SURE WHY WHEN YOU FILL IT ALL THE WAY UP THE MILEAGE IS NOT THE SAME. TIRE PRESSURE SEEMS TO DIFFER. NOT SURE THAT IS RELIABLE READING. *TR

- NHTSA Complaint: TL* THE CONTACT OWNS A 2013 NISSAN ALTIMA. THE CONTACT STATED THAT WHILE DRIVING 25 MPH, THE VEHICLE FAILED TO SHIFT INTO GEAR AND THERE WAS A SUDDEN INCREASE IN ENGINE RPMS. THE VEHICLE WAS TAKEN TO THE DEALER. THE TECHNICIAN WAS UNABLE TO DUPLICATE THE FAILURE. THE MANUFACTURER WAS MADE AWARE OF THE FAILURE. THE VEHICLE WAS NOT REPAIRED. THE FAILURE MILEAGE WAS 15,000 AND THE CURRENT MILEAGE WAS 36,000.

- NHTSA Complaint: NOTICED CAR SHAKING VIOLENTLY WHILE COASTING AT ABOUT 17 MPH AND THEN ACCELERATING. CONTACTED DEALERSHIP. WAS TOLD THAT IT IS A DEFECT WITH THE TORQUE CONVERTER THAT CAUSES IT TO SHIFT BETWEEN GEARS AT ABOUT 28 MPH. I TOLD THEM THAT MINE WAS HAPPENING AT ABOUT 17 OR 18 MPH. WAS TOLD THEY WERE LOOKING INTO IT. CALLED AGAIN ABOUT A WEEK

LATER, WAS TOLD THAT IT WAS A DESIGN FLAW AND NISSAN WAS NOT GOING TO DO ANYTHING ABOUT IT. *TR

- NHTSA Complaint: 11 MONTH OLD CAR. 22,000 MILES. TRANSMISSION FAILURE. CAR WOULD START - BUT STALLS OUT

- NHTSA Complaint: WHILE LEAVING A STOP, THE VEHICLE WAS MOVING AT ABOUT 5 MPH AND WHEN I PRESSED DOWN ON THE ACCELERATOR TO MOVE FORWARD THE ENGINE RPM WENT TO 5000RPM BUT THE VEHICLE FAILED TO ACCELERATE. IT MAINTAINED THE CONSTANT SPEED OF APPROXIMATELY 5 MPH. AFTER BACKING OFF ON THE ACCELERATOR AND THEN PRESSING DOWN ON THE ACCELERATOR AGAIN THE CAR ACCELERATED. THIS EVENT HAS OCCURRED THREE TIMES IN THE PAST MONTH. I HAVE TAKEN THE VEHICLE TO THE DEALERSHIP TO DETERMINE THE PROBLEM BUT THEY COULD NOT DUPLICATE THE PROBLEM. THIS IS NOT AN ISOLATED INCIDENT AND I CONSIDER THE FACT THAT THE VEHICLE MAY FAIL TO RESPOND TO A NEED FOR INCREASED SPEED A SAFETY ISSUE. *TR

- NHTSA Complaint: CVT TRANSMISSION FAILURE. THIS IS AN EVENT IN WHICH THE AUTOMOBILE TRANSMISSION AND THROTTLE SIMPLY STOPS WORKING WHILE THE CAR IS BEING DRIVEN. I EXPERIENCED THIS EVENT THIS PAST SATURDAY ON A TRIP INTO BOSTON. IT IS QUITE TERRIFYING TO BE DRIVING ALONG IN THE MIDDLE OF TRAFFIC AND HAVE YOUR CAR STOP FUNCTIONING WITH RESPECT TO HAVING NO POWER OR GEARS SUCH THAT YOU HAVE NO CONTROL OR ABILITY TO MAKE THE CAR RESPOND. *TT

- NHTSA Complaint:  MY CVT TRANSMISSION PROBLEM WAS AT 900-MILES TOOK TO DEALER WILKES NISSAN IN WILKESBORO,NC LIKE 8-TIMES AND 2-TIMES TO ANOTHER.CVT WOULD SHUDDER AT HIGHWAY SPEEDS.WILKES NISSAN SAID THAT WAS NORMAL IN ONE SENTENCE,THEN IN THE NEXT SAY THEY COULD NOT GET IT TO DUPLICATE.AFTER SEVERAL ATTEMPTS TO GET IT FIXED THE SERVICE MANAGER [XXX] WAS WALKING OUT IN THE SERVICE BAY AND WAS TELLING ME AS MY GIRLFRIEND WAS HEARING THIS THAT "NISSAN KNOWS THAT THIS IS A PROBLEM,BUT DOESN'T HAVE A FIX FOR THIS AND THAT THEY SHOULD HAVE NEVER LET THAT OUT OF THE FACTORY LIKE THAT" WHILE HE WAS SAYING THIS A EMPLOYEE HAD WALKED BY AND OVERHEARD THIS.AND HE WAS SHORTLY

FIRED AFTERWARDS?THEY TOOK MY CAR IN AND HAD IT FOR LIKE 2-DAYS AND PUT A 124-MILES ON MY CAR,I HAD EXPLAINED THAT HE DIDN'T NEED TO DO THAT JUST TAKE OFF GET UP TO HIGHWAY SPEEDS AND SLOW DOWN THEN TAKE OFF,IT WILL START TO SHUDDER.I CAME DOWN AND GOT THE SERVICE MANAGER [XXX] AND THE TECH RODE WITH ME AND I GOT IT TO SHUDDER INSIDE OF 15-MINUTES WITH THEM WITH ME.WE GOT BACK TO THE DEALERSHIP AND WITHIN 15-MINUTES [XXX] SERVICE MANGER SAID "WE JUST GOT A TECHNICAL SERVICE BULLETIN IN OCTOBER 2013 IN WHICH WAS A LIE.I FOUND OUT A TECHNICAL SERVICE BULLETIN WAS ISSUED ON JUNE 13TH 2013 FOR A "CVT CLUTCH ENGAGEMENT SHUDDER" & [XXX] LOOKED MAD WHEN WE GOT BACK FROM THE TEST DRIVE.THEY DECIDED TO REPLACE THE TORQUE CONVERTER AND HAD MY CAR FOR 16-DAYS,WHEN I RETURNED TO PICK UP THE CAR,THE WILKES NISSAN DEALERSHIP SAID THAT EVERYTHING WAS FINE AND WITHIN 11-MILES THEY CAR STARTED SHUDDERING AGAIN AT SLOW SPEEDS AS WELL AS HIGHWAY SPEEDS.I WAS GOT SO SICK FROM ALL THE ARGUING THAT I WENT INTO THE HOSPITAL IN DECEMBER 2013 FOR 5-DAYS.I HAD THE PROBLEM AND WAS SICK FOR MONTHS SO WHEN I STARTED TO FEEL BETTER.I TOOK THE CAR DOWN TO WILKES AND THEY SAID NISSAN REFUSED TO WORK ON MY CAR EVEN THOUGH UNDER WARRANTY. INFORMATION REDACTED PURSUANT TO THE FREEDOM OF INFORMATION ACT (FOIA), 5 U.S.C. 552(B)(6). *TR

- NHTSA Complaint:  I WAS DRIVING MY CAR ON THE HIGHWAY WHEN IT STARTED TO SHUTTER. IT WAS FIRST HAPPENING ON INCLINES THEN ALL THE TIME. IT EVENTUALLY JUST SLOWED DOWN AND I HAD TO QUICKLY EXIT TO AVOID GETTING STUCK IN THE MIDDLE OF THE HIGHWAY. I HAVE BROUGHT THE SHUTTERING/JERKING ISSUE TO THE DEALER PREVIOUSLY AND WAS TOLD THAT NO ISSUE WAS FOUND. NOW I AM TOLD THAT I HAVE TO REPLACE THE TRANSMISSION WHICH IS $3,500. AFTER DOING SOME INTERNET SEARCHES I LEARNED THAT SEVERAL OTHER DRIVERS ARE HAVING ISSUES WITH THE TRANSMISSION ON THEIR "NEW" NISSAN ALTIMA (2013). *TR

- NHTSA Complaint:  I BOUGHT A NEW 2013 NISSAN ALTIMA 2.5 S IN AUGUST 2013 AND THE NEXT MONTH I NOTICED A SHUDDER IN THE CVT TRANSMISSION AT APPROXIMATELY 20 MPH. SINCE THEN IT HAS OCCURRED NUMEROUS TIMES BUT AT ALL SPEEDS, IE 20 MPH, 35 MPH, 45 MPH, IT WILL HAPPEN AT ANY SPEED. I'VE MENTIONED IT TO NISSAN AND THEY SAY

ITS NORMAL. EVEN THE WIFE STATES THAT SOMETHING IS WRONG WITH THE TRANSMISSION. *TR

- NHTSA Complaint:   I HAVE HAD MAJOR ISSUES WITH THIS VEHICLE SINCE THE THIRD DAY AFTER PURCHASE. THE BRAKES HAVE MALFUNCTIONED. THE BRAKE LIGHT WOULD INTERMITTENTLY COME ON AND I HAD IT IN SEVERAL TIMES, BUT THE DEALERSHIP COULD NEVER "DUPLICATE" ANYTHING. THEN THE CAR STARTED TO MISFIRE AND EMIT A THICK BLACK SMOKE FROM EXHAUST. I CONTACTED THE DEALERSHIP AND AT FIRST THEY SAID IT WAS NORMAL BECAUSE THE CAR HAS A CVT TRANSMISSION. THEN THEY SAID BRING IT IN FOR ASSESSMENT. A SERVICE TECHNICIAN TEST DROVE WITH ME AND EXPERIENCED THIS FIRST HAND. I WAS TOLD THEY COULD NOT SERVICE IT THAT DAY, BUT TO BRING IT BACK IN. WHEN I TOOK IT BACK A WEEK LATER, THEY "COULD NOT DUPLICATE" THE PROBLEM. THERE HAS BEEN MUCH BACK AND FORTH. I ASKED THEM TO BUY THE CAR BACK BECAUSE THE PROBLEMS WERE LIFE THREATENING. THE CAR ACTUALLY SHUT OFF ON ME, TWICE, IN TRAFFIC. WHEN I LAST CONTACTED THE DEALERSHIP, ON JULY 24TH, 2014, ABOUT THE MAJOR ISSUES I'VE BEEN EXPERIENCING; THE EARLIEST THEY SAID THEY COULD SEE ME WOULD BE ON AUGUST 11TH, 2014. ON YESTERDAY, IT FINALLY SHUT OFF FOR GOOD, IN THE MIDDLE OF THE INTERSTATE. AS I WAS ON A TRIP, I HAD TO HAVE THE VEHICLE TOWED 125 MILES TO MY HOMETOWN DEALERSHIP AT THE COST OF $230.00, OUT OF POCKET. THE ONLY REASON I GOT IT HOME THAT CHEAPLY WAS BECAUSE I HAVE FOUR ROADSIDE ASSISTANCE COVERAGE PACKAGES AND LUCKILY ONE OF THEM COVERED TOWING UP TO 100 MILES. THE CAR IS NOW SITTING ON THE DEALERSHIP'S PARKING LOT. *JS

- NHTSA Complaint:   OCCURRENCE HAS HAPPENED 8 TIMES WHILE DRIVING. THE VEHICLE SHUDDERS WHICH LEAVES ABOUT 4 SECONDS OF NO THROTTLE RESPONSE. A LOUD NOISE IS HEARD FROM THE TRANSMISSION AREA, THE VEHICLE JERKS HARD AND THE RPMS DROP AS WELL. USUALLY OCCURS WHEN DRIVING 25-35 MPH WHILE SLOWING DOWN AND/OR TURNING. *TR

- NHTSA Complaint:  2013 NISSAN ALTIMA. CONSUMER WRITES IN REGARDS TO DEFECTIVE TRANSMISSIONS.   *SMD   THE CONSUMER STATED FOR AT LEAST TWO YEARS, NISSAN HAS BEEN SELLING CARS IN THE US WITH DEFECTIVE TRANSMISSION. THESE DEFECTS CAUSED THE VEHICLE TO HESITATE, SHUDDER OR EVEN STALL WHEN ACCELERATING

FROM LOW SPEEDS, WHEN ENTERING OR MERGING INTO TRAFFIC. *JB

- NHTSA Complaint:  I PURCHASED A 2013 NISSAN ALTIMA IN JULY 2014 WITH 36,000 MILES. ABOUT 3 WEEKS AFTER PURCHASING THIS VEHICLE, THE CHECK ENGINE LIGHT CAME ON. I TOOK IT INTO THE LOCAL NISSAN DEALER TO DETERMINE THE CAUSE. I WAS TOLD THAT THEY COULDN'T FIND THE SOURCE AND IT WOULD REQUIRE FURTHER DIAGNOSTIC TESTING FOR $80. I DISAGREED AND LEFT. TWO DAYS LATER, MY DAUGHTER AND I WERE TRAVELING ALONG INTERSTATE 10 WHEN SUDDENLY THE CAR WOULDN'T ACCELERATE. AS I MERGED OVER TO THE LEFT LANE, EVERY LIGHT ON THE DASH CAME ON AND THE ENGINE WENT DEAD JUST AS I MADE IT TO THE SHOULDER. I PUT THE CAR IN PARK AND WAITED 10 MINUTES BEFORE I ATTEMPTED TO START IT UP AGAIN. THE FOLLOWING DAY, I TOOK THE CAR BACK TO MY LOCAL NISSAN DEALER. AT THAT POINT, THEY TOLD ME THERE WAS AN ELECTRICAL MALFUNCTION THAT WAS COVERED UNDER WARRANTY BUT THEY WOULD NEED TO ORDER A REPLACEMENT PART. I WAS WITHOUT A VEHICLE FOR 3 DAYS WHEN I RECEIVED A CALL THAT THE CAR WAS READY. I SENT MY MOTHER TO PICK UP THE CAR BECAUSE I WAS AT WORK. THEY DIDN'T PROVIDE ANY REPAIR SUMMARY TO SHOW WHAT REPAIRS WERE MADE. FAST FORWARD THREE WEEKS...MY FAMILY WAS TRAVELING TO MOBILE, ALABAMA TO DEPART FOR OUR ANNUAL WALT DISNEY WORLD TRIP, WHEN YOU GUESSED IT...THE CAR WOULDN'T ACCELERATE ALTHOUGH MY FOOT WAS LITERALLY ON THE GROUND. I PULLED OVER ONCE AGAIN AND DIDN'T TRY TO START THE ENGINE AGAIN FOR ABOUT 20 MINUTES. THE SERVICE ENGINE LIGHT HAS BEEN ON EVERY SINCE. I HAVE CONSTANTLY FOUGHT WITH THE SELLER (BOB TYLER TOYOTA) ABOUT RETURNING THIS VEHICLE. I SOLD A 2006 HONDA ACCORD EX-L WITH 176,000 MILES TO PURCHASE THIS LEMON. IT IS AN ABSOLUTE CLUNKER. WILL SOMEONE PLEASE SUGGEST OTHER OPTIONS FOR ME??? *TR

- NHTSA Complaint:  I WAS DRIVING ON THE EXPRESSWAY DOING ABOUT 40MPH AND THEN ALL OF A SUDDEN THE CARE SEEMED AS THOUGH IT HAD PROBLEMS SHIFTING OUT. THEN WHEN I STOP THE CAR HESITATED TO TAKE OFF AND THEN WHEN IT DID TAKE OFF IT JERK AND THE TOOK OFF. WHEN I GOT HOME I TURNED OFF THE CAR AND STARTED IT BACK UP IT DROVE FINE, BUT LATER THAT DAY WHEN I DROVE IT STARTED TO DO IT AGAIN AND THEN THE CHECK ENGINE LIGHT CAME ON. *TR

- NHTSA Complaint:    VEHICLE HAS A SHUDDER WHEN DECELERATING FROM 65 TO 60. HAS PROGRESSIVELY BEEN HAPPENING MORE OFTEN. IN ADDITION TO THE SHUDDER AT HIGHER SPEEDS, IT NOW HAS STARTED TO SHUDDER AND LACK RESPONSE AT LOWER SPEEDS AT RANDOM. THE GAS MILEAGE HAS DROPPED AT LEAST 5 MPG SINCE ALL OF THESE ISSUES STARTED. I HAVE TAKEN TO NISSAN SERVICE TWICE FOR THE SAME ISSUE. BOTH TIMES THE PROBLEM "COULDN'T BE DUPLICATED" AND THERE ISN'T A CODE THAT SHOWS ANYTHING WRONG ON COMPUTER DIAGNOSTICS. ALL SEARCHES FOR THESE ISSUES IN RELATION TO A 2013 NISSAN ALTIMA 3.5 SL, RETURN NUMEROUS COMPLAINTS ABOUT THE SAME PROBLEMS AND NO RESOLUTION. CURRENT MILEAGE IS15,000. I HAVE BEEN TOLD TO KEEP ALL REPORTS FROM SERVICE SO IF THERE IS A PROBLEM LATER I HAVE DOCUMENTATION THAT IT HAS BEEN AN ONGOING ISSUE. IT APPEARS NISSAN SHOULD GET IN FRONT OF THIS PROBLEM QUICKLY AS IT IS NOT LEAVING A GOOD MARK ON THEIR NAME TO HAVE SUCH NEW VEHICLES WITH THIS DRASTIC OF A PROBLEM. *TR

- NHTSA Complaint: WHEN I TEST DROVE AND PURCHASED MY VEHICLE, EVERYTHING SEEMED GREAT. IT WAS A VERY SHORT TEST DRIVE THOUGH. NOT EVEN 1MONTH AFTER BUYING THE CAR, I HAVE PROBLEMS WITH IT. I NOTICED THE SUSPENSION AND STEERING TO BE NOT AS TIGHT OR RESPONSIVE (DIMINISHED) AND ALSO NOTICE A LOT OF WANDER IN THE FONT END AND UNDERSTEER/OVERSTEER. ALONG WITH THE SUSPENSION AND STEERING PROBLEMS CAME THE TRANSMISSION SHUTTER. AT LOWER SPEED ACCELERATION (APPROX. 25-40MPH), THERE IS A SHUTTER OR JUMPY FEELING. TOOK THE CAR TO NISSAN MULTIPLE TIMES TO FIX THE PROBLEM AND HAS YET TO BE DONE. MY SERVICE TECH HAS BEEN ABLE TO DUPLICATE ALL THE PROBLEMS, BUT NISSAN TECH LINE REFUSES TO FIX ANYTHING BECAUSE "IT IS UP TO NISSAN STANDARDS". IN ORDER FOR THEM TO EVEN BEGIN TO REPLACE OR WORK ON ANYTHING, IT HAS TO MEET CERTAIN CIRCUMSTANCES (BASICALLY JUMP THROUGH HOOPS), EVEN THOUGH IT IS A KNOWN PROBLEM WITH THE CAR AND HAS BEEN DUPLICATED BY ONE OF THEIR OWN TECHS. I HAVE CONTACTED THE BBB AND HAVE STARTED ARBITRATION TO GET THIS MATTER RESOLVED. THIS ENTIRE ORDEAL HAS COST ME TIME OFF WORK AND ABOUT A TOTAL OF 4WEEKS WITHOUT MY CAR. *TR

- NHTSA Complaint:  WHEN I STARTED THE CAR IN THE MORNING THE CAR WOULD NOT GET OUT OF PARKING TRIED SEVERAL TIMES TO TURN OF CAR AND START CAR TO SEE IF IT GET OUT OF PARK AND IT WOULD NOT. HAD TO INSERT ANOTHER OBJECT IN MANUAL SHIFT RELEASE TO GET CAR INTO GEAR AND DRIVE. CALLED DEALER THEY SAID IT IS UNKNOWN IF COVERED. TOOK IT TO THE DEALER THEY LOOKED AT IT AND SAID IT IS NOT COVERED AND THE PART IS OVER A MONTH AWAY. I HAVE SEEN SEVERAL OTHER CARS HAVE THE SAME ISSUE. *TR

- NHTSA Complaint:  TRANSMISSION SHUDDERS DURING ACCELERATION, GENERALLY BETWEEN 1ST AND 2ND GEAR THUS HESITATION OCCURS WHEN ENTERING HIGHER SPEED LANES.(I.E. A MOMENTARY HESITATION IN POWER DURING ACCELERATION) *JS

- NHTSA Complaint:  VERY HARD SHUTTER AT DURING ACCELERATION LOW SPEEDS OF APPROXIMATELY 20 MPH. THIS SHUTTER CAUSES A HESITATION WHICH COULD PROVE DANGEROUS. *TR

- NHTSA Complaint:  I WAS DRIVING ON HIGH WAY CAR SUDDENLY STARTED MAKING NOISE AND I WAS NOT ABLE TO ACCELERATE MORE THAN 20 MPH AND FINALLY IT STOPPED MIDDLE OF THE HIGH WAY.AFTER VISITING THE SERVICE CENTER THEY TOLD ME TRANSMISSION IS BROKEN,I SAW SAME POSTS IN OTHER BLOGS AS WELL.PLEASE TAKE A ACTION AS SOON AS POSSIBLE. *TR

- NHTSA Complaint:  JANUARY THE 8TH I WAS DRIVING FROM WORK TO HOME MY JOB IS ABOUT 30 MILES FROM MY HOME. I WAS DRIVING NO FASTER THAN 50-45 MILES AN HOUR DUE TO CONSTRUCTION IN THE AREAS ON MY WAY HOME. THERE ARE CAMERAS AT THE LIGHTS IN A CITY 7 MILES BEFORE MY CITY. IF YOU GO OVER THE LINE A BIT THEY TAKE PICTURES OF YOUR LICENSE PLATE AND SEND YOU A PICTURE AND TICKET IN THE MAIL WITH AN IMAGE OF YOU GOING OVER THE LINE INDICATING YOU'VE RUN A RED LIGHT. SO I PRESSED ON THE BREAKS TO SLOW DOWN AS THE LIGHT TURNED YELLOW TO ASSURE I DID NOT GO OVER THE LINE. AS I SLOWED DOWN MY CAR JERKED I HAD A 2011 ALTIMA THAT DID THE SAME THING SO I WAS THINKING ITS NOTHING ITS HOW THE TRANSMISSION RUNS. BUT WITHIN A 12-15 FEET DISTANCE I STOPPED AS I COMPLETELY CAME TO A STOP MY CAR JERKED FORWARD, THE BRAKES LOCKED UP, HAZARD LIGHTS ON THE DASH SHOWED UP, AND THE ENGINE SHUT

OFF. I COULD NOT GET MY CAR TO DRIVE FORWARD IT WAS EMBARRASSING AS CARS HONKED FOR ME TO DRIVE. I RETURNED MY CAR TO NISSAN AND THEY UPDATED SOME RECALLS. THEN STATED THEIR SYSTEM IS NOT SHOWING IN ISSUES. THIS HAS OCCURRED MULTIPLE TIMES AND ONCE I WAS ON A HILL THE CAR WAS IN DRIVE AND IT STARTED ROLLING BACKWARDS. I HOPE THE RECALLS THEY HAVE FIXED RESOLVES THE ISSUE I AM SCARED THAT THE CAR WILL DIE AND CUT OFF WHILE I AM ON A BUSY HIGHWAY. I HOPE AND PRAY MY ISSUES ARE RESOLVED AND, I DO NOT GET CRUSHED IN A COLLISION. *TR

- NHTSA Complaint: THIS CARD START SHUDDERING AND WITH ENOUGH VIBRATION TO SHAKE THE CABIN DASHBOARD. VEHICLE START SHUDDERING AROUND: 20 / 40 / 55MPH WHEN RPM STAY AROUND 1500 -- 2000 RPM. WITH LIGHT ACCELARATION, THE CAR WILL SHUDDER JUST LIKE WITH A STICK SHIFT WITH 1 GEAR HIGHER. VERY ANNOYING. NISSAN DEALER OFFER NO HELP. FIRST WAS REPLACE A ALTERNATOR, BUT AFTER 10000 MILES, IT COME BACK AGAIN. AND THE CAR STILL SUDDERING WITH ENOUGH VIBRATION TO MAKE YOU CRAZY AND TIRE OF IT. THE TRANSMISSION SHOULD ON A RECALL. *TR

- NHTSA Complaint: TRANSMISSION BEGINS TO VIBRATE WHEN CAR IS LOADED WITH PASSENGERS AND / OR GOING UP A HILL. REPORTED IT TO LOCAL NISSAN DEALER AT 17,000 MILES AND IT SEEMED TO STOP VIBRATING FOR ABOUT 5,000 AND THEN IT STARTED AGAIN. WE NOW HAVE 35,000 MILES ON THIS CAR AND WE HAVE TAKEN IT TO THE LOCAL NISSAN DEALER AGAIN. THEY PERFORMED A TCM REPROGRAM TO THE CAR, BUT THE TRANSMISSION STILL VIBRATES. WE HAVE REPORTED THIS TO NISSAN CORP OFFICE AND THEY HAVE SET UP CASE # 17560576 TO BEGIN LOOKING INTO WHAT IS CAUSING THIS PROBLEM. *JS

- NHTSA Complaint: EXTREME VIBRATION IN THE FRONT ALL THE WAY TO THE SEATS AT ANY SPEED ABOVE 20 MPH. TOOK TO THE DEALERSHIP THREE TIMES. LAUGHED AT EACH TIME. WAS TOLD IT'S THE CVT AND HOW IT WORKS. THAT IS FALSE AS I HAVE DRIVEN NUMEROUS VEHICLES INCLUDING OTHER ALTIMAS WITH THE CVT AND THE NISSAN XTRONIC CVT. I HAVE NEVER DRIVEN A VEHICLE WITH SO MUCH VIBRATION THAT CONCENTRATED. THIS IS ONE OF THE NUMEROUS ISSUES WITH THIS CAR. GOOD WAY TO LOSE A LOYAL NISSAN CUSTOMER. *TR

- <u>NHTSA Complaint:</u> MY CAR HAVE SOME ISSUE I TOOK THE CAR COMPLAINING ABOUT THE PAX LIGHT AIRBAG NHTSA NUM 14V138000 BUT AS OF NOW THE PROBLEM EXIST AND ANOTHER NHTSA 13V069000 OCCUPANT DETECTION SYSTEM MAY DISABLE PAS AIRBAG AND THIS PROBLEM STILL EXIST ON MY CAR AND ANOTHER PROBLEM THAT I HAVE MY CAR HAS 3 NEW TRANSMISSIONS AND ONLY HAS 24763 MILES. *TR

- <u>NHTSA Complaint:</u> AT APPROX. 25 MPH OR 1500 TO 2000 RPM'S THERE IS A VERY NOTICEABLE VIBRATION OR SHUDDER IN THE VEHICLE COMING UP THROUGH THE STEERING WHEEL AND THE GAS PEDAL. THIS ALSO OCCURS AROUND 60 MPH AND IS VERY DISTURBING. ALSO SOMETIMES WHEN I AM STOPPED FOR A STOP SIGN, TRAFFIC SIGNAL ETC., WHEN I STEP ON THE GAS TO MOVE FORWARD, THERE IS NO RESPONSE FOR APPROX. 2 TO 3 SECONDS. I WAS MAKING A RIGHT TURN ONCE AND THE VEHICLE SHOT FORWARD AT A SPEED THAT IS TOO DANGEROUS FOR MAKING THE TURN SAFELY. I HAD THE VEHICLE TO THE DEALER ON 2-25-15 AND THEY SAID THAT THE PROBLEM I AM EXPERIENCING IS NORMAL FOR THE CVT TRANSMISSION AND IT ADAPTS TO THE DRIVER'S HABITS. I DIDN'T KNOW IF I SHOULD LAUGH OR CRY. I WAS TOLD TO DIFFER MY DRIVING HABITS PERIODICALLY TO ALTER THE TRANSMISSION. I HAVE BEEN DRIVING FOR 56 YEARS OF ACCIDENT FREE DAYS. NISSAN HAS A COMPLAINT AND HAS GIVEN ME A CASE NUMBER. I THOUGHT I HEARD EVERYTHING UNTIL I HEARD THE ABOVE EXCUSE. THIS VEHICLE IS LESS THAN 2 YEARS OLD AND AT THIS TIME HAS 21817 MILES ON THE ODOMETER. IF THIS IS NORMAL, WHY DIDN'T IT DO IT WHEN I PURCHASED IT NEW? NISSAN MODIFIED THE CVT TRANSMISSION IN THE 2015 MODEL, BUT WON'T DO IT IN OLDER MODELS FOR COST REASONS. THIS IS TOTALLY INSANE TO THEIR CUSTOMERS. THIS TRANSMISSION IS GOING TO GET SOMEONE KILLED, OR SEVERELY INJURED AND THEN THERE WILL SOME SERIOUS LAW SUITS. *TR

- <u>NHTSA Complaint:</u> ERIOUS INTERMITTENT PROBLEM WHERE MY 2013 NISSAN ALTIMA CANNOT BE PLACED INTO GEAR FROM THE PARK POSITION WITH THE SHIFTER LEVER. WHEN ISSUE HAPPENS MANY TIMES YOU HAVE TO PULL OUT PLUG AND INSERT SCREW DRIVER INTO OVERRIDE SHIFTER RELEASE IN THE CENTER CONSOLE BESIDE THE SHIFTER IN ORDER TO GET THE CAR INTO GEAR. IT SEEMS THE ELECTRONICALLY CONTROLLED INTERNAL LOCK MECHANISM IN SHIFTER WILL NOT UNLOCK. PRESENTED VEHICLE TO NISSAN DEALER WHICH COULD NOT REPRODUCE

ISSUE AND SERVICE CONSULTANT STATED IF THEY COULD HAVE REPRODUCED THE ISSUE MOST LIKELY THEY WOULD FIND THAT SOME LIQUID SPILLED INTO SHIFTER AND ANY REPAIR THEN WOULD NOT BE COVERED UNDER WARRANTY. ISSUE HAPPENS VERY OFTEN AND IS FRIGHTENING ESPECIALLY IN CASES WHERE YOU NEED TO GET YOUR CAR MOVED OUT THE WAY QUICKLY. THE ISSUE HAPPENS AFTER STARTING THE CAR, PRESSING AND HOLDING THE BRAKE, SQUEEZING THE PARK RELEASE ON SHIFTER AND TRYING TO PULL THE SHIFTER BACK TO PUT INTO GEAR AND SHIFTER WILL IT WILL NOT BUDGE OR MOVE. SOMETIME WHEN SHIFTER WILL NOT UNLOCK YOU CAN WIGGLE THE SHIFTER HANDLE OR TRY REPEATEDLY AND THE SOLENOID LOCK IN THE SHIFT MECHANISM WILL FINALLY RELEASE HOWEVER MOST TIMES YOU ARE BETTER OFF USING THE OVERRIDE HOWEVER YOU NEED TO HAVE A SCREW DRIVER IN CAR TO PERFORM THAT PROCEDURE. I FEEL IF THIS ISSUE IS TRULY CAUSED BY ANY LIQUID SPILLING DOWN INTO THE MECHANISM THAT NISSAN HAS A SERIOUS DESIGN FLAW IN PLACING 2 DRINK HOLDERS PRACTICALLY ON TOP OF THIS MECHANISM. *TR

- NHTSA Complaint:  UNABLE TO SHIFT THE GEAR SHIFT LEVER OUT OF THE PARK POSITION. AT FIRST I THOUGHT I MIGHT NOT HAVE PRESSED ON THE BRAKE. AFTER A FEW ATTEMPTS IT UNLOCKED AND I WAS ABLE TO PUT IT IN GEAR. I TOOK IT TO THE LOCAL NISSAN DEALERSHIP ON FRIDAY MARCH 27, 2015, AND WAS TOLD THE 'BRAKE SAFETY SWITCH' FAILED. THIS WAS REPLACED AT A COST OF $154. LEFT THE DEALERSHIP AND CAR WAS SHIFTING FINE. THE NEXT MORNING I DROVE A LOCAL DAY WENT TO LOCAL STORE AND PULLED INTO A PARKING SPOT, WHEN I CAME OUT AND WHEN TO LEAVE, I WAS NOT ABLE TO SHIFT THE GEAR SHIFT OUT OF THE PARK POSITION. CALLED THE NISSAN DEALERSHIP AND WAS TOLD TO HAVE IT TOWED IN. THE TOW TRUCK DRIVER REMOVED THE "SHIFT LOCK COVER BUTTON" AND USED A SCREWDRIVER TO OVERRIDE THE GEARSHIFT LEVER AND THEN PUT THE CAR INTO GEAR, AND ON THE TRUCK. THE SERVICE REPRESENTATIVE STATED THAT THE ENTIRE GEAR SHIFT MECHANISM HAD TO BE REPLACED. THEY HAVE NOT TOLD ME WHY IT FAILED. WHEN THE CAR HAD 59,000 MILES I TOOK THE CAR INTO THIS SAME DEALERSHIP. AT T AT THAT TIME, THEY REPLACED THE TRANSMISSION, STATING THAT THERE WAS A "CODE FAILURE". SINCE THE CAR IS NO LONGER UNDER THE MANUFACTURER'S WARRANTY, THE COST FOR REPAIR IS OVER $650. THEY HAVE NOT INDICATED WHAT CAUSED THE

FAILURE, ONLY THAT IT HAS TO BE REPLACED . SEEMS FUNNY THAT THIS WOULD FAIL RIGHT AFTER THE TRANSMISSION WAS REPLACED. *TR

- NHTSA Complaint:  TL* THE CONTACT OWNS A 2013 NISSAN ALTIMA. THE CONTACT STATED THAT THE VEHICLE DECELERATED WHILE DRIVING. THE FAILURE OCCURRED NUMEROUS TIMES. THE VEHICLE WAS TAKEN TO A DEALER WHERE IT WAS DIAGNOSED THAT THE TRANSMISSION NEEDED TO BE REPLACED. THE VEHICLE WAS REPAIRED BUT THE FAILURE PERSISTED. THE MANUFACTURER WAS NOT MADE AWARE OF THE FAILURE. THE VIN WAS NOT AVAILABLE. THE APPROXIMATE FAILURE MILEAGE WAS 28,000.

- NHTSA Complaint:  I HAVE BEEN HAVING AN ISSUE WITH THE TRANSMISSION SINCE MY CAR REACHED JUST OVER 60K MILES. I'VE TAKEN TO THE DEALERSHIP NUMEROUS TIMES AND KEEP TELLING ME IT'S NOT A VIN NUMBER THAT COMES UP IN A RECALL, BUT SOME OF THE 2012-2013 NISSAN ALTIMAS ARE GETTING NOTICES FOR WHAT MY COMPLAINT IS ON MY CAR. THE NISSAN DEALERSHIP SERVICE TOLD ME TO FLUSH THE TRANSMISSION THAT IT SHOULD FIX THE ISSUE, SO I DID THAT AND NO HELP WITH THE ISSUE. I'VE SINCE TAKEN BACK TWO MORE TIMES WITH THE SAME COMPLAINT AND NOT GETTING ANY RESULTS AND THERE IS A PROBLEM WITH THE TRANSMISSION. THEY EITHER TELL ME IT'S NOT PART OF THE CARS ON RECALL OR IT'S THE WAY THAT TRANSMISSION IS, WHICH THEY ALREADY AGREED THERE WAS AN ISSUE WHEN THEY REQUIRED ME TO FLUSH THE TRANSMISSION FOR THE 60K MILES. I'VE SINCE TAKEN MY CAR TO TWO OTHER OUTSIDE MECHANICS AND THEY AGREE THERE IS AN ISSUE, BUT NISSAN NEEDS TO REPAIR IT. I JUST WANT SOMEONE TO STEP UP AND DO THE RIGHT THING. *TR

- NHTSA Complaint:  I WAS DRIVING ON THE HIGHWAY WHEN THE CAR STARTED RUNNING ROUGH. NEXT THE RPM'S DISPLAY WAS JUMPING AROUND. THE CAR JUST SLOWED DOWN LIKE IT WAS GOING TO STOP IN THE MIDDLE OF THE HIGHWAY. WHEN I GOT TO TOWN IT BECAME WORSE. THE CAR HAD A DELAY WHEN I TRIED TO ACCELERATE FROM A DEAD STOP THE CAR SOUNDED LIKE IT WAS A STANDARD INSTEAD OF AN AUTOMATIC. ALSO AFTER SHIFTING TO DRIVE OR REVERSE IT WAS A LONG WAIT BEFORE THE CAR WOULD ENGAGE. WHEN I TOOK THE CAR TO THE DEALER THEY DIAGNOSED THAT THE TRANSMISSION HAD GONE OUT. I HAD

THE CAR FROM APRIL 22 TO MAY 3 WHEN THIS OCCURRED. *TR

- NHTSA Complaint:  THREE WEEKS PRIOR TO THE INCIDENT DAY I RETRIEVED MY CAR FROM THE DEALER UNDER THE ASSUMPTION THE AIR FLOW SENSOR WAS MALFUNCTIONING AND IT WAS REPLACED. THE SYMPTOMS I WAS EXPERIENCING WAS A SHUTTERING OF THE CAR WHILE ACCELERATING. THE CAR WOULD JUST CUT OFF WHILE IN DRIVE OR WHEN THE GEAR CHANGED TO REVERSE. IT WOULD CUT ON, BUT AS SOON AS A GEAR CHANGED, IT WOULD AUTOMATICALLY SHUT OFF. THE DEALER SAID IT WAS AN AIR FLOW SENSOR PROBLEM AND TWO OTHER CARS CAME IN THE SAME WEEK WITH THE SAME PROBLEM. THAT WAS THE 1ST INCIDENT THREE WEEKS AGO. AS OF TODAY, MY CAR IS IN THE DEALER YET AGAIN ALTHOUGH IT ENCOUNTERED THE SAME SYMPTOMS MENTIONED PREVIOUSLY. THIS TIME THE DIAGNOSES WAS THE TRANSMISSION WENT OUT AND NEEDED TO BE REPLACED. THE CAR IS ONLY 32K MILES AND I'VE HAD OWNERSHIP FOR LESS THAN 2 YEARS. IT HAS ALWAYS BEEN SERVICED TIMELY AND BY CERTIFIED INDIVIDUALS. THE TRANSMISSION IS FAULTY AS NOTED BY OTHERS COMPLAINTS OCCURRING THIS YEAR AS THE TRANSMISSION JUST GIVES OUT.

- NHTSA Complaint:  I WAS DRIVING DOWN THE ROAD BETWEEN 45 AND 50 MILES AN HOURS, AND MY CAR JUST CUT OFF. WOULD START FINE, BUT WOULD CUT OFF AS SOON AS INPUT IT INTO DRIVE OR REVERSE.

- NHTSA Complaint:  I WAS DRIVING DOWN THE INTERSTATE WITH MY THREE CHILDRED GOING 65 MPH ( WHICH WAS THE SPEED LIMIT) I SLOWED DOWN TO LET A CAR IN FRONT OF ME, TRIED TO SPEED UP BUT MY CAR WOULD NOT ACCELERATE. PULLED TO THE SIDE OF THE INTERSTATE, CONFUSED AT WHAT WAS HAPPENING WITH MY CAR. I TURNED MY CAR OFF AND ON AND AS SOO N AS I WOULD PUT IT IN GEAR MY CAR CUT OFF. IT DID THIS 3 TIMES. WHEN I FINALLY GOT MY CAR TO STAY "IN DRIVE" MY CAR WOULD NOT GO FASTER THAN 45 MPH AND IT FELT LIKE MY CAR WAS PULLING. I WAS SCARED TO DEATH WITH MY THREE CHILDREN IN THE CAR WITH ME AND WE WERE ON THE SIDE OF THE INTERSTATE. I DROVE WITH MY FLASHERS ON GOING 45 MPH DURING RUSH HOUR, HAD TO GET OFF ON THE FIRST EXIT. TOOK MY CAR TO THE NISSAN DEALERSHIP, BY THEN MY CAR WOULD NOT GO FASTER THAN 25 MPH, AND STATED THAT I NEEDED A NEW TRANSMISSION. ITS A 2 YEAR OLD CAR

AND I BOUGHT IT LESS THAN A YEAR AGO. NISSAN HAS REFUSED TO PAY FOR THE REPAIRS AS IT HAS PASSED THE 60000 WARRANTY.

- NHTSA Complaint: FIRST AND FOREMOST, THIS VEHICLE IS NOT SAFE SINCE THE AIR BAG LIGHT FOR THE PASSENGER HAS NEVER WORKED. MORE THAN 6 TIMES THE DEALER HAS TRIED TO FIX TO NO AVAIL. I WONT LET PASSENGERS SIT IN THE FRONT FOR THEIR SAFETY. I ALWAYS HAVE THEM SIT IN THE BACK. IT LOOKS LIKE I AM THEIR EMPLOYEE/DRIVER. ALSO A HUGE PROBLEM IS THE CVT TRANSMISSION. IT SHUDDERS, GRUMBLES AND THE WHOLE CAR VIBRATES INTERMITTENTLY. FIRST THE DEALER SAID IT WAS THE ALTERNATOR AND REPLACED IT, THAT DIDNT FIX IT SO THEY SAID IT WAS A BOLT, THAT WASNT IT, FINALLY THEY JUST GAVE UP AND SAID THEY DONT KNOW AND "THEY CANT REPRODUCE THE PROBLEM" ITS ALL A SCAM. THIS CAR IS DEFECTIVE.

- NHTSA Complaint: TL* THE CONTACT OWNS A 2013 NISSAN ALTIMA. WHILE DRIVING, THE VEHICLE HESITATED WHEN THE ACCELERATOR PEDAL WAS DEPRESSED. THE CONTACT INDICATED THAT THE FAILURE WOULD OCCUR IN BOTH THE DRIVE AND REVERSE POSITION. THE VEHICLE WAS NOT DIAGNOSED OR REPAIRED. THE MANUFACTURER WAS NOT NOTIFIED OF THE FAILURE. THE FAILURE MILEAGE WAS 55,000.

- NHTSA Complaint: WHEN SLOWING DOWN FOR TRAFFIC LIGHT, CAR STALLED. WOULD START BUT WOULD NOT MOVE. TRANSMISSION STALLED AND IT ROLLED BACKWARD ALTHOUGH I WAS IN DRIVE AND PUSHING ON GAS. TRANSMISSION FINALLY ENGAGED ONCE UP TO 4000 RPM AND CAR BEGAN TO MOVE, SLOWLY. VARIOUS CARS ALMOST REAR-ENDED ME AT DIFFERENT TIMES WHEN LIGHT WAS GREEN, I HAD FOOT OFF BRAKE, AND WAS TRYING TO MOVE FORWARD. THIS HAPPENED VARIOUS TIMES BEFORE THE TRANSMISSION ACTUALLY WENT OUT AT 62,500 MILES. HAD IT HOOKED UP TO COMPUTER AT NISSAN DEALER AND SHOWED NO DEFECT.

- NHTSA Complaint: LOST POWER TO THE DRIVETRAIN - CAR COASTED TO A STOP THIS HAPPENED JUST AS I WAS PULLING INTO A PARKING LOT SO IT WAS FAR LESS DANGEROUS THAN IT COULD HAVE BEEN - NISSAN IS REPLACING THE TRANSMISSION

- NHTSA Complaint: WHEN I WAS DRIVING MY 2013 NISSAN ALTIMA ON AUGUST 26, 2015 MY CAR LOST PRESSURE AND STARTED TO JERK, AFTER ALMOST BEING HIT BY OTHER DRIVERS, I WAS ABLE TO PULL OVER AND CALL FOR HELP. I TRIED TO RESTART THE CAR AND IT STARTED UP AGAIN AND WHEN I PUT THE CAR IN DRIVE IT SHUT OFF. I HAVE MADE SEVERAL REPORTS TO THE SERVICE DEPARTMENT AT THE DEALERSHIP AND NO HELP. FINALLY, AFTER EXPERIENCING THE HORRIBLE DEAL ON YESTERDAY, THE TECH CALL TO REPORT THAT HE TRIED TO CHECK THE CAR ON THE MACHINE AND ITS WASN'T GIVEN HIM A INDICATION OF ANYTHING BEING WRONG WITH THE CAR. HE FINALLY DROVE THE CAR AND IT STARTED ACTING UP ON HIM AND STOP AND HE SAW THAT IS WAS INDEED THE TRANSMISSION GONE BAD. WHAT IS SO SAD ABOUT THE SITUATION IS THAT I HAD BE COMPLAINING ABOUT THE CAR A WEEK AFTER I BOUGHT IN. YOU COULD PARK ON A HILL AND THE CAR WILL VIBRATE REALLY HARD AND I WAS TOLD THIS WAS NORMAL. COMPLAINT AFTER COMPLAINT AFTER COMPLAINT. I AM REALLY TERRIFIED OUT MY HEAD TO DRIVE THIS CAR. I FEAR FOR MY LIFE AND MY CHILDREN. ALL I CAN THINK OF IS THE WHAT IF!

- NHTSA Complaint: THE ISSUE FIRST STARTED TWO (2) MONTHS AFTER I PURCHASED THE VEHICLE, MAKING A SHUTTER/POWER SURGE FEELING UNDER ACCELERATION. THE BRAKES ALSO SHUTTERED, THE BACKUP CAMERA WENT IN AND OUT, THERE WERE NUMEROUS RECALLS FOR THE VEHICLE AS WELL. I BROUGHT IT TO THE DEALERSHIP AND THEY "FIXED" ALL OF THE ISSUES WITH SOME SOFTWARE UPDATES, RESURFACED THE ROTORS, AND ALSO REPLACED THE SIDE MIRRORS. THE TRANSMISSION SEEMED BETTER FOR A COUPLE OF MONTHS. THEN THE ISSUE STARTED AGAIN, THE CAR WOULD MAKE A LOUD GRINDING NOISE AND WOULD SHUTTER AT LOWER SPEEDS NOW. I BROUGHT IT BACK AND THEY COULD NOT REPLICATE THE ISSUE, SO I LEFT. I BROUGHT IT BACK A THIRD TIME WHEN IT STARTED GETTING WORSE AND THE ENTIRE TRANSMISSION WAS REPLACED UNDER WARRANTY. I GOT THE CAR BACK AND NOW THE PROBLEM IS HAPPENING WITH THE TRANSMISSION. IT SHUTTERS VIOLENTLY AND HAPPENS AT ALL SPEEDS UNDER ACCELERATION. I BROUGHT IT BACK FOR THE FOURTH TIME AND THEY COULD NOT "REPLICATE" THE ISSUE AND TOLD ME TO MONITOR THE ISSUE AND IF IT HAPPENS AGAIN TO BRING IT BACK IMMEDIATELY AND THEY WOULD LOOK AT IT. TODAY 09/16/15 IT WAS WORSE THAN OTHER DAYS SO I CALLED THE DEALERSHIP AND THEY SAID THERE WAS

NOTHING THEY COULD DO BECAUSE THEY WERE TOO BUSY TO SEE ME. IT STILL SHUDDERS/SURGES DAILY AND AT ALL SPEEDS. IT REALLY FEELS LIKE THE TRANSMISSION IS ABOUT TO LET GO.

- NHTSA Complaint: THE CONTINUOUSLY VARIABLE TRANSMISSION FAILED WHILE GOING DOWN THE INTERSTATE. THE CAR WOULD MAINTAIN SPEED BUT WAS VERY, VERY SLOW TO ACCELERATE AND WHEN I EXITED THE INTERSTATE, IT ONLY IDLED AND WOULD NOT ACCELERATE FROM A STOP FOR SEVERAL MINUTES. EVENTUALLY IT SPUTTERED AND I WAS ABLE TO LIMP IT TO THE DEALERSHIP THAT, BY THE GRACE OF GOD, JUST HAPPENED TO BE AT THAT SAME EXIT IN VICKSBURG, MS. AFTER DOING RESEARCH WHILE STUCK AT THE HOTEL THIS SEEMS TO BE A VERY COMMON PROBLEM THE THE CVT'S IN 2013 ALTIMAS. HTTP://WWW.CONSUMERAFFAIRS.COM/AUTOMOTIVE/NISSAN_ALTIMA.HTML HTTP://WWW.CARCOMPLAINTS.COM/NISSAN/ALTIMA/2013/TR ANSMISSION/CVT_SHUTTERING_VIBRATION_RUNNING_ROUG HLY.SHTML     HTTP://WWW.NISSANCLUB.COM/FORUMS/2013-NISSAN-ALTIMA-DISCUSSION-2-5-3-5/334681-13-ALTIMA-CVT-ISSUES-PLEASE-READ.HTML THIS ONE IS 49 PAGES!!

- NHTSA Complaint: TL* THE CONTACT OWNS A 2013 NISSAN ALTIMA. THE CONTACT STATED THAT THE VEHICLE STALLED IN THE PARK GEAR AND HESITATED TO RESTART. THE VEHICLE WAS NOT DIAGNOSED OR REPAIRED. THE MANUFACTURER WAS MADE AWARE OF THE ISSUE. THE FAILURE MILEAGE WAS UNKNOWN.

- NHTSA Complaint: MY CAR JERKS HARD AT LOW SPEED AROUND 15-20 MPH WHILE DECELERATING ON CITY STREETS. IN BUMPER TO BUMPER TRAFFIC THE CVT TRANNY IS AT ITS WORSE. IT FEELS LIKE THE TRANNY CAN'T DECIDE WHAT IT NEEDS TO DO. ALSO, BETWEEN 60-65 MPH ON THE HIGHWAY THERE IS A JUDDER FEELING LIKE THE CAR IS MOVING ACROSS A WASH BOARD. TOOK CAR TO THE DEALER ON 02DEC15, TCM WAS REPROGRAMED. 08DEC15, CAR HAS THE SAME ISSUE.

- NHTSA Complaint: THE NATURE OF MY COMPLAINT IS CENTERED AROUND THE NOW DEFUNCT TRANSMISSION (CVT) IN MY 2013 NISS ALT SV ONLY HAS 82000 MILES ON IT. THE CAR HAS BEEN DRIVEN PRIMARILY AS A COMMUTER CAR TO AND FROM WORK EVERYDAY (164 MILES) ROUNDTRIP. THERE WERE NO CODES, HAD THE CAR CHECKED BY THE LOCAL

AUTO ZONE. THE FIRST NOTICEABLE PROBLEM OCCURRED ON SUNDAY, NOVEMBER 29TH, 2015, I WAS COMING HOME FROM ABOUT A 150-MILE TRIP AND STOPPED TO TAKE A RESTROOM BREAK, PARKED THE CAR, RAN INTO THE STORE, CAME BACK OUT AND CRANKED IT UP. WHEN I STARTED TO BACKUP THE CAR BOBBLED AND SHUTTERED SOMETHING FIERCE AND WENT DEAD. AFTER MAKING IT TO THE INTERSTATE I TRAVELED ABOUT 15 MILES TO THE NEXT TOWN, WHEN I GOT TO THE STOP LIGHT THE CAR DIED. I MANAGED TO CRANK IT BACK UP AND GET HER GOING AGAIN ON MY WAY HOME. AFTER MAKING IT HOME THE CAR WAS PARKED UNTIL THE NEXT MORNING. GOING BACK TO WORK THE NEXT DAY WITH NO PROBLEMS (NOV 30TH, 2015), ON THE WAY HOME FROM WORK, I STARTED TO NOTICE THAT THE CAR WAS VERY SLUGGISH IN RESPONSE TO THROTTLE AND FELT LIKE IT WASN'T DOWNSHIFTING, SOMETHING WAS RIGHT…I IMMEDIATELY CALLED THE NISSAN DEALERSHIP AND SETUP SERVICE FOR DECEMBER 03, 2015 AND TOLD THEM THAT THE TRANSMISSION NEEDED TO BE LOOKED AT. ABOUT 3 MILES FROM THE HOUSE THE CAR WAS HAVING SOME DEFINITE PROBLEMS WITH ACCELERATION. I MANAGED TO MAKE IT HOME AND PARKED THE CAR THINKING NOTHING OF IT. A COUPLE OF HOURS LATER I DECIDED TO LEAVE FOR A BITE TO EAT, WHEN I GOT IN AND PUT IT IN GEAR, NOTHING, THE CAR WOULD NOT MOVE IN FORWARD OR REVERSE. CALLED NISSAN USA AND OPENED A CASE, HAD THE CAR TOWED TO THE DEALERSHIP DEC 01, 2015. THE NEXT DAY DEC 02, 2015 THE DEALERSHIP CALLED AND SAID THE TRANSMISSION HAD AN "INTERNAL FAILURE" (NO CODES) AND THE COST TO REPAIR WOULD BE AROUND $3200, NISSAN IS REFUSING TO PAY FOR THE FAULTY TRANSMISSION AND DENIES THAT THERE IS A ONGOING PROBLEM WITH THE CVT.

- NHTSA Complaint: TL* THE CONTACT OWNS A 2013 NISSAN ALTIMA. WHILE DRIVING AT 15 MPH, THE VEHICLE STALLED WITHOUT WARNING. IN ADDITION, ON SOME OCCASIONS, THE VEHICLE VIBRATED SEVERELY WHILE IDLING. THE FAILURE RECURRED INTERMITTENTLY. THE VEHICLE WAS TAKEN TO THE DEALER WHERE IT WAS DIAGNOSED THAT THE CONTINUOUSLY VARIABLE TRANSMISSION FAILED AND NEEDED TO BE REPLACED. THE VEHICLE WAS NOT REPAIRED. THE MANUFACTURER WAS NOTIFIED OF THE FAILURE. THE APPROXIMATE FAILURE MILEAGE WAS 69,000.

- NHTSA Complaint: I BOUGHT A 2013 NISSAN ALTIMA FROM ENTERPRISES CAR SALES WITH 44,669 MILES ON IT, AT 1 MONTH LATER I STARTED HAVING TRANSMISSION PROBLEMS

BUT EVERY TIME I WOULD TAKE THE CAR BACK THE PROBLEM WOULD GO PHANTOM. AT 8 MONTH LATER THE TRANSMISSION GOES OUT. ENTERPRISE LIED AND SAID THAT I NEVER REPORTED THE PROBLEM. IT IS NOT NORMAL FOR A TRANSMISSION TO GO OUT SO SOON, WHAT CAN I DO ABOUT THIS?

- NHTSA Complaint: PURCHASED CAR MAY OF 2013, PRE-OWNED CERTIFIED AND ONLY 21000MILES. FROM ONSET OF OWNERSHIP, BRAKES MADE NOISES, "CYCLOP BRAKE LIGHT IN REAR WINDOW WOULD BLINK CONSTANTLY, DASH LIGHTS WOULD GO FROM DIM TO BRIGHT ALL THE TIME. THE CAR WOULD HESITATE WHEN LEAVING STOP POSITION, PUSHING ELECTRONIC START BUTTON WOULD NOT WORK OFTEN. DEALERSHIP ALWAYS SAID THAT THE SITUATION COULD NOT BE DUPLICATED. ON DEC. 2ND, 2015 WHILE DRIVING HOME I WAS APPROACHING A STOPPED CAR IN THE MIDDLE OF THE ROAD AND TRIED TO SLOW BELOW THE 20MPH I WAS DRIVING AND THE BRAKE PEDAL WENT ALL THE WAY TO THE FLOOR AND ALL DASH LIGHTS WENT BLANK AND THE CAR STALLED RESULTING IN A COLLISION. THE CAR WOULD NOT START FOR OVER 2 HOURS. THE DEALERSHIP ASKED ABOUT THE KEY FOB LOCATION AND BATTERY CONDITION AND THE BATTERIES WERE GOOD AND KEY FOB WAS ON FRONT SEAT WHERE IT ALWAYS WAS. I FILED A CUSTOMER COMPLAINT WITH NISSAN CONSUMER AFFAIRS ON DEC, 4TH 2015 AND CONSTANTLY GOT RUN-AROUNDS WITH NO CALL BACKS SEVERAL TIME. I WAS LEFT WITHOUT A VEHICLE AND NO HELP FROM DEALERSHIP OR NISSAN CONSUMER AFFAIRS. WHILE READING THE MANY COMPLAINTS OF OTHER ALTIMA'S I WAS SO CONCERNED WITH MY SAFETY AND HEALTH I PURCHASED ANOTHER CAR. I BELIEVE I HAD AN ELECTRICAL ISSUE FROM THE BEGINNING AND IT COULD NOT BE DIAGNOSED AND IT ENDED UP WITH A COLLISION INVOLVING ANOTHER CAR.

- NHTSA Complaint: CAR WAS DRIVING DOWN THE ROAD AND STALLED OUT ON ME COMPLETELY AS I WAS COMING TO A STOP LIGHT ABOUT TO GET ON INTERSTATE 81 IN STAUNTON VA. I WAS ABLE TO RESTART THE CAR BACK UP, BUT THE CAR WOULD DIE OUT IF I SHIFTED IT FROM PARK TO DRIVE. LOCAL SHERIFF'S DEPUTY WAS KIND ENOUGH TO PROTECT OUR CAR AT THIS BUSY INTERSECTION AS WE WAITED FOR TOW COMPANY. DEALERSHIP ADVISED THE TORQUE CONVERTER HAD LOCKED UP. ONCE THEY HAD IT UP ON LIFT, IT DISENGAGED AND STARTED WORKING PROPERLY. HOWEVER, THE MECHANIC (WHO WAS VERY PROFESSIONAL AT VALLEY

NISSAN IN STAUNTON VA) ADVISED ME THAT IT COULD BREAK DOWN AGAIN AT ANY POINT. IT WAS VERY SCARY WHEN IT DIED IT IN MOTION, SO WE WENT WITH THE OPTION TO REPLACE THE TORQUE CONVERTER AND THE TRANSMISSION (ADVISED THAT WAS THE ONLY OPTION TO REALLY FIX THIS ISSUE). REPAIR BILL FROM VALLEY NISSAN IN STAUNTON VA IS $3114.39 FOR TRANSMISSION REPLACEMENT. GOOGLING CVT 2013 NISSAN ALTIMA ISSUES BRINGS A PLETHORA OF RESULTS. I AM CLEARLY NOT THE ONLY PERSON TO HAVE THIS ISSUE. THIS HAPPENED AT 64,207 MILES, - 4,207 MILES OVER THE FACTORY WARRANTY FOR THE TRANSMISSION. CAN'T UNDERSTAND HOW THE PEOPLE WHO WORK AT NISSAN COULD STAND BEHIND ANY PRODUCT THAT HAS A FAILURE RATE OF UNDER 100,000 MILES FOR A TRANSMISSION IN THIS WORLD NOW. THEY MADE IT SEEM LIKE A FAILURE AT 60K MILES WAS NORMAL.

- NHTSA Complaint:   IN LESS THAN THREE YEARS AND JUST OVER 36,000 MILES WE HAVE SERVICED THE TRANSMISSION 3-4 TIMES (I'VE LOST COUNT), HAD IT BROUGHT IN FOR BRAKE NOISE (SCREECHING) AT LEAST 4 TIMES, AND JUST THIS WEEK THE BEARINGS IN BOTH REAR WHEELS HAD TO BE REPLACED. THE BRAKES SCREECH IS EAR SPLITTING. THEY RECONDITIONED THE SURFACE OF THE ROTORS, RE-SHIMMED THE PADS AND REPLACED THE PADS 9 MONTHS AGO. I WARNED THEM THEN THAT I KNEW THIS WAS ONLY A TEMPORARY FIX AND THAT I WAS CONCERNED THAT THEY WOULD GET NOISY AGAIN ONCE THE WARRANTY EXPIRES AND THAT IS EXACTLY WHAT HAS HAPPENED. A FEW MONTHS BEFORE THAT THEY SHIMMED THE PADS WHICH MADE IT BETTER TEMPORARILY. I TOLD THEM SHIMS WERE A BAND AID FOR A DESIGN FLAW AND THAT IT WOULDN'T LAST. SEVERAL WEEKS LATER IT WAS BACK IN THE SHOP. THE TRANNY HAS THE SHAKES. IT HAS BEEN REPROGRAMMED, THE ALTERNATOR WAS REPLACED BECAUSE SUPPOSEDLY THE VOLTAGE VARIATION WAS AFFECTING THE TIMING OF THE TRANNY, AND MOST RECENTLY A VALE BODY WAS REPLACED. THE OSCILLATION PROBLEM IS BETTER FOR NOW BUT MY WIFE HAD IT BUCK AGAIN LAST WEEK JUST NOT AS BAD. IT'S JUST A MATTER OF TIME ON THIS TOO. THEIR COMPETITORS DO NOT HAVE THIS PROBLEM. I AM HIGHLY CONCERNED THAT I HAVE MORE BEARING ISSUES IN THE FUTURE. TWO OUT OF TWO BEARING SETS FAILING (THE FRONTS BEARINGS ARE DIFFERENT) IS A 100% FAILURE RATE IN LESS THAN 36K. ALL THREE PROBLEMS (BRAKES, TRANSMISSION AND BEARINGS) ARE KNOWN ISSUES IN THIS YEAR, GOOGLE IT.

- <u>NHTSA Complaint:</u>  I HAVE A BAD RATTLE COMING FROM THE RIGHT SIDE OF MY CAR ALONG WITH A WHINE NOISE COMING FROM THE SAME AREA. ALSO HAVE A VERY BAD VIBRATION/RATTLE IN THE CAR THAT SEEMS TO BE FROM THE TRANSMISSION AT ACCELERATION FROM A START AND ACCELERATION WHILE SWITCHING LANES ON A CITY STREET. YOU CAN COAST AND PRESS THE GAS AGAIN AND THEN THE WHOLE CAR RATTLES. IT HAS BEEN IN TO A NISSAN DEALERSHIP AND THEY SAID THEY CAN FEEL IT BUT DON'T KNOW WHERE OR WHAT IS CAUSING IT. ALSO HEADLIGHTS GIVE VERY VERY POOR VISIBILITY WHEN DRIVING AT NIGHT AND WHEN RAINING AT NIGHT.

- <u>NHTSA Complaint:</u>  I RECENTLY PURCHASED A PREVIOUSLY OWNED 2013 NISSAN ALTIMA 2.5 SV AND NOTICED ALMOST IMMEDIATELY A SHUDDER AND JUTTERING OF THE VEHICLE WHICH SUGGESTED A LOAD ON THE ENGINE OR TRANSMISSION. IT CREATES A RELATIVELY LOUD SOUND AND A NOT VERY SMOOTH RIDE. YOU CAN FEEL THE VIBRATION IN THE STEERING WHEEL. AS I BEGAN TO RESEARCH WHAT MIGHT BE WRONG I FOUND THAT THERE HAVE BEEN NUMEROUS COMPLAINTS ABOUT THE CVT TRANSMISSION BY MANY OWNERS. FIXES AND/OR EXPLANATIONS BY THE DEALERS HAVE RANGED FROM COMPLETE TRANSMISSION, TORQUE CONVERTER, VALVE BODY ASSEMBLY AND ALTERNATOR REPLACEMENT TO REPROGRAMMING THE TRANSMISSION TO DEALER SERVICE DEPARTMENTS SUGGESTING THAT THIS IS NORMAL FOR A CVT TRANSMISSION. I DON'T KNOW OF ANY PUBLISHED RECALL NOTICES OR SERVICE BULLETINS FOR THIS PROBLEM AND FROM MY RESEARCH A GOOD MANY INSTANCES OCCUR AFTER THE 60,000 MILE POWERTRAIN WARRANTY HAS EXPIRED. SINCE I PURCHASED THIS VEHICLE USED AND IT HAS 51,000 MILES ON IT I AM VERY CONCERNED THAT I MAY BE FACING A COSTLY REPAIR IN THE NOT TOO DISTANT FUTURE. I BRING THIS TO YOUR ATTENTION BECAUSE I HAVE ALREADY LIVED THROUGH THIS EXPERIENCE ONCE BEFORE WITH A 2005 FORD FIVE HUNDRED WITH A CVT TRANSMISSION WHICH ENDED UP COSTING ME CLOSE TO 2,000 DOLLARS TO HAVE THE DEALER FIX IT OUT OF WARRANTY. IN MY VIEW I FIRMLY BELIEVE THAT MANUFACTURERS ARE HAVING NIGHTMARISH PROBLEMS WITH THIS TYPE OF TRANSMISSION AND SO THEY ARE TRYING TO BURY THE PROBLEM UNTIL WARRANTY EXPIRATION BECAUSE THE COST INCURRED BY THE MANUFACTURERS OF A MANDATED RECALL WOULD COST

THEM MILLIONS OF DOLLARS FOR A PERMANENT FIX. I IMPLORE YOU TO BEGIN AN INVESTIGATION INTO THE VIABILITY AND RELIABILITY OF CVT TRANSMISSION TECHNOLOGY ACROSS ALL MANUFACTURERS SO THAT THE PUBLIC CAN BEST BE SERVED BY THE TRUTH, THE INHERENT PROBLEMS AND THE PERMANENT RESOLUTION OF WHAT ALSO CAN BE A SAFETY ISSUE FOR MANY MOTORISTS. THANK YOU. *TR

- NHTSA Complaint:  WHEN THIS ISSUE FIRST HAPPENED I WAS PROCEEDING TO LEAVE THE GAS STATION FROM GETTING GAS AND MY CAR JUST SHUT OFF RIGHT BEFORE I WAS ABOUT TO ENTER ONTO THE HIGHWAY. I TOOK IT TO THE DEALERSHIP AND THEY COULDN'T GET IT TO SHUT OFF ON THEM AND SENT ME HOME. THE NEXT TIME I STARTED TO GET READY FOR MY CLASS AND WENT TO CRANK MY CAR, IT CRANK, BUT ONCE I PUT IT INTO DRIVE IT SHUT OFF. I HAD TO GET IT TOWED TO NISSAN IF VIDALIA AND IT TOOK THEM 3 DAYS TO TELL ME THAT I NEEDED A NEW TRANSMISSION! I HAVE NOT EVEN HAD THIS CAR A YEAR YET AND ALREADY NEEDING A NEW TRANSMISSION. I PURCHASED MY CAR FROM NISSAN OF SOUTH MORROW AND THEY FAILED TO INFORM ME ABOUT AN EXTENDED WARRANTY SO NOW I'M STUCK WITH A CAR BUT CANNOT DRIVE IT BECAUSE I DO NOT HAVE $3,600 TO HAVE IT REPLACED. THIS IS RIDICULOUS AND NISSAN NEEDS TO PUT A RECALL ON ALL CVT TRANSMISSIONS BECAUSE THIS IS VERY UNSAFE!!! THEY'VE DID NOTHING TO HELP ME WITH MY SITUATION AND I WILL NEVER DO BUSINESS WITH THEM AGAIN!!!!

- NHTSA Complaint:  WHILE IN MOTION ON A CITY STREET I PRESSED THE BRAKE TO SLOW DOWN AS A APPROACH A TRAFFIC LIGHT. MY VEHICLE SHUT OFF. I RESTARTED THE VEHICLE AND EACH TIME I PUT THE CAR INTO DRIVE IT WOULD SHUT OFF AGAIN. I WAS UNABLE TO MOVE THE CAR FROM THE STREET. THIS TOOK PLACE IN THE DOWNTOWN DISTRICT DURING THE BUSIEST TIME OF THE DATE.

- NHTSA Complaint:  NOT 2 YEARS YET OF OWNERSHIP (MAY 2015) AND MY CAR DECIDES TO NOT ACCELERATE ON ME. I WOULD HAVE TO FLOOR IT TO GET IT TO FINALLY KICK IN AND DRIVE UNTIL I STOPPED AT THE NEXT LIGHT. THERE WERE NO WARNING LIGHTS OR ANYTHING LETTING ME KNOW OF ANY PROBLEMS. HAD 2 NEAR COLLISIONS WITH MY FAMILY IN THE CAR TRYING TO GET MY CAR TO THE NEAREST DEALER TO HAVE IT CHECKED OUT. DEALER THOUGHT IT WAS TRANSMISSION AND ALTERNATOR BUT

UPON WARRANTY REP DIAGNOSING VEHICLE, IT WAS DECIDED THAT IT NEEDED A NEW ALTERNATOR. THIS IS A HUGE CONCERN FOR ME AND THE SAFETY OF MY FAMILY AND PASSENGERS NOT TO HAVE A LIGHT GO OFF TO WARN ME OF PROBLEMS AND JUST TO HAVE IT HAPPEN WHILE DRIVING.

- NHTSA Complaint: MY 2013 NISSAN ULTIMA DRIVING ON THAT HIGHWAY STOP AND WHEN OFF 20 SEC LATER STARTS TOOK IT TO THE DEALER THEY SAY I NEED A NEW TRANSMISSION I ONLY HAVE 61,000 MILES AND THEY HAVE A LOT OF COMPLAINTS FROM DIFFERENT PEOPLE THEY WANT ME TO PAY ALMOST $5000 BUT I DID NOT GET FIXED

- NHTSA Complaint: WHILE DRIVING CAR SHUTTERS AND STALLS. CUTS OFF WHILE AT TRAFFIC LIGHT. WOULD START BACK UP BUT SHUTTS OFF. GOT IT TOWED TO NISSAN DEALER BUT THEY SAID NO CODES FOUND SO NOTHING THYEY CAN DO. CAR STALLED AGAIN THIS WEEKEND.WHILE I WAS PARKED IN MY DRIVE WAY CAR STARTS SHUTTER AND JERK FORWARD WHILE IN PARK.

- NHTSA Complaint: THE CVT TRANSMISSION STARTED JERKING AND SHUTTERING BEFORE WARRANTY WAS EXPIRED. I TOOK IT TO THE DEALERSHIP AND THEY SAID THEY COULDN'T FIND ANYTHING WRONG WITH IT. NOW THAT THE WARRANTY IS EXPIRED IT IS GETTING WORSE. WHEN DRIVING DOWN THE HIGHWAY IT WILL JERK AND SHUTTER.

- NHTSA Complaint: LOUD VIBRATING SOUND WHEN DEPRESSING THE ACCELERATOR AT 40MPH AND 70MPH. AT LOW RPMS TO CAR ALSO VIBRATES AROUND 25MPH. IT ALSO VIBRATES AT 40MPH AND 70MPH WHEN PRESSING ON THE ACCELERATOR.

- NHTSA Complaint: TL* THE CONTACT OWNS A 2013 NISSAN ALTIMA. WHILE DRIVING 30 MPH, THE VEHICLE STALLED AND THE CHECK ENGINE AND TRACTION CONTROL WARNING LIGHTS ILLUMINATED. THE CONTACT MENTIONED THAT THE VEHICLE WAS ABLE TO RESTART, BUT STALLED IMMEDIATELY WHEN THE GEAR LEVER WAS SHIFTED INTO DRIVE. THE FAILURE OCCURRED CONSTANTLY. THE VEHICLE WAS TOWED TO THE DEALER WHERE IT WAS DIAGNOSED THAT THE TRANSMISSION FAILED AND NEEDED TO BE REPLACED. THE VEHICLE WAS NOT REPAIRED. THE MANUFACTURER WAS MADE AWARE OF THE FAILURE. THE

VIN WAS UNKNOWN. THE APPROXIMATE FAILURE MILEAGE
WAS 90,000.

- NHTSA Complaint: THE VEHICLE WOULD NOT ACCELERATE
AFTER GETTING ON THE HIGHWAY COMING FROM THE MAIN
STREET. CAR HAD TO BE TOWED BECAUSE THE VEHICLE
COULD NO LONGER MOVE. AFTER REVIEW BY MECHANICS
THEY DEEMED THE ISSUE BEING THE TRANSMISSION. THE
CAR WAS NEWLY PURCHASED AT 88K MILES. NO LIABILITY
OR RESPONSIBILITY WAS PICKED UP NISSAN AFTER I WAS
ASSURED THAT THE NEW CVT WAS GREAT ON THE NEW
MODELS.

- NHTSA Complaint: CAR JUTTER & STALLED WHEN CAME TO A
STOP. TOOK CAR TO LOCAL NISSAN DEALERSHIP AND THEY
PLACED CAR ON DIAGNOSTIC WHICH CAME BACK CLEAR
AND COULD NOT DUPLICATE PROBLEM FOR 2 DAYS.
RECEIVED CAR BACK AND CAR DID THE SAME THING, TOOK
IT TO A DIFFERENT NISSAN DEALERSHIP THAT SAID THEY
HAVE HEARD OF SAME COMPLAINTS BUT THEY HAVE HAD
MY CAR FOR 5 DAYS AND CLAIM TO NOT BE ABLE TO
DUPLICATE THE PROBLEM. CAR WARRANTY IS ALMOST UP
AND NISSAN SEEMS TO BE OF NO HELP. PASSENGER AIRBAG
LIGHT ALSO STAYS ON FROM TIME TO TIME. I HAVE READ
AND PRINTED OUT SEVERAL IDENTICAL COMPLAINTS AND
THERE SEEMS TO BE NO RESOLVE.

- NHTSA Complaint:  MY CAR SHUTS OFF AT TRAFFIC LIGHTS
AND HESITATE UPON TAKE OFF..MAKES NOISES WHEN I PUT
IT IN PARK...I GOT THIS CAR IN 2013 BRAND NEW..

- NHTSA Complaint:  TRANSMISSION  ABRUPTLY  STARTED
BUCKING/MALFUNCTIONING WHILE BOTH TRAVELING AS
WELL AS AT A STOP SIGN. I TOOK IT TO THE DEALER WHO
COULD NOT REPLICATE IT, THEN IT HAPPENED AGAIN, AND
AGAIN DEALER COULD NOT REPLICATE BUT PUT SOME
SOFTWARE DOWN. THEN IT HAPPENED AGAIN ON THE NYS
THRUWAY---BUCKING TO THE POINT IT WAS ABRUPTLY
SLOWING DOWN AND I ALMOST GOT HIT BY A SEMI. THIS
TIME THE DEALER SAID THE CVT TRANSMISSION WAS BAD.
CAR WAS PURCHASED NEW 2 YEARS AGO AND HAS 50K MILES
ON IT.

- NHTSA Complaint:  I PUT MY CAR IN REVERSE AND IT WOULD
NOT MOVE. IT EVENTUALLY STARTED ABOUT 10 SECONDS
LATER. THEN WHEN DRIVING IT BEGAN TO SPUTTER AND
JUMP IN AND OUT OF ACCLERATING. IT DID NOT ACCELERATE

CORRECTLY... I WOULD PUSH THE GAS PEDAL AND IT WOULD NOT MOVE, THEN IT WOULD JOLT IN TO FORWARD. THE CAR BARELY GOT ME TO WORK. I TOOK IT TO A NISSAN DEALER WHERE THEY DIAGNOSED IT WITH A BAD TRANSMISSION. HOWEVER, NISSAN WOULD NOT REPLACE THE TRANSMISSION, EVEN THOUGHT THE CAR IS ONLY 2.5 YEARS OLD... BECAUSE IT HAS 62,000 MILES, WHICH IS 2,000 OVER THE POWERTRAIN WARRANTY. I HAVE TO PAY ONE FOURTH THE PRICE OF THE CAR (WHICH I STILL PAY A NOTE ON) TO REPLACE THE TRANSMISSION.

- NHTSA Complaint: DRIVING DOWN ROAD (PKW 55 MILES PER HR SPEED LIMIT), STARTED TO LOOSE POWER, RPM'S DROPPED, SLOWER TILL CAR WOULD NO LONGER GO FORWARD. STOPPED IN MIDDLE OF RUSH HOUR TRAFFIC. TRANSMISSION HAD FAILED. MANY REPORTS OF SAME PROBLEMS WITH THIS CVT TRANSMISSION ON INTERNET OF TRANSMISSION FAILING WITH NO WARNING.

- NHTSA Complaint: I WAS STOPPED AT AN INTERSECTION WHEN THE VEHICLE STARTED JERKING AND MOVING FORWARD. I THOUGHT I GOT REAR ENDED BY THE CAR BEHIND ME, SO I TURNED THE IGNITION OFF. IT TURNS OUT THE CVT WAS HAVING ISSUES. I TURNED THE CAR BACK ON AND STARTED DRIVING.THE CAR WOULD FEEL LIKE IT WAS DOWNSHIFTING WHILE DRIVING, ALMOST CAUSING ACCIDENTS WITH THE VEHICLES BEHIND ME. I BROUGHT THE CAR TO THE DEALER WHERE THEY SAID THE CVT NEEDED TO BE REPLACED.

- NHTSA Complaint: TRANSMISSION LAGS SEVERELY AROUND 2,000 RPM. FAMILY MEMBER BOUGHT THE 2015 ALTIMA AND THE CVT TRANSMISSION, SEEMS FINE / STEADY. MINE HOWEVER NEEDS ADDITIONAL GAS APPLIED JUST TO AVOID THE CAR SLOWING SIGNIFICANTLY. HAVE READ MANY REVIEWS ABOUT THE 2013 FAULTY TRANSMISSION, AND THE FACT THAT NISSAN REFUSED TO RECALL. WILL NOT BE CONSIDERING ANOTHER NISSAN IF THIS CLEAR ISSUE ISN'T RECALLED.

- NHTSA Complaint: TL* THE CONTACT OWNS A 2013 NISSAN ALTIMA. WHILE DRIVING 65 MPH, THE VEHICLE SLOWED INDEPENDENTLY TO 45 MPH. THE VEHICLE THEN INDEPENDENTLY ACCELERATED TO 65 MPH. THE VEHICLE WAS TAKEN TO THE DEALER TO BE DIAGNOSED. THE VEHICLE WENT INTO SAFE MODE. THE CONTACT WAS ALSO INFORMED THAT THE CVT TRANSMISSION NEEDED TO BE REPLACED. THE VEHICLE WAS NOT REPAIRED. THE MANUFACTURER WAS NOT

NOTIFIED OF THE FAILURE. THE FAILURE MILEAGE WAS 100,000.

- NHTSA Complaint: CVT TRANSMISSION RECALL. AT 74000 MILES, THE TRANSMISSION UNEXPECTEDLY WENT OUT. CALLED NISSAN DEALERSHIP AND A MECHANIC WAS ABLE TO IDENTIFY ISSUE. HE STATED THAT IT IS UNFORTUNATELY VERY COMMON. CAR JUDDERS WHILE IN DRIVE. INITIALLY STARTED WHOLE DRIVING ON THE HIGHWAY.

- NHTSA Complaint: SHACKING AND UNABLE TO CONTROL AND NO ONE TILL THIS DAY??? WHY ? I'M SORRY BUT DODGE CHRYSLER NOR ANY DEALER SHIP HAS MY AIR BAG AND 98% OF PARTS IN STOCK... SO NOW WHAT??? I SPENT A LOT OF MUCH $$$$...

- NHTSA Complaint:  I PURCHASED MY 2013 NISSAN ALTIMA (44K MILES) IN MAY 2015. I HAD NO ISSUES WITH THIS VEHICLE UNTIL I REACHED THE 50K MILE MARK IN JANUARY 2016. THE FIRST ISSUE STARTED WHEN THE VEHICLE WOULD PUSH REALLY HARD DRIVING UP A HILL. THE NEXT ISSUE HAPPENED ON 5/2/16 WHEN I PLACED THE VEHICLE IN "DRIVE" AND IT WENT FORWARD FOR A FEW SECONDS AND IT COMPLETELY SHUT OFF. TO BE CLEAR, IT WAS NOT THE BATTERY. EVERYTHING WORKED IN THE CAR EXCEPT ITS ABILITY TO ACTUALLY DRIVE. I TOOK IT TO THE NISSAN DEALERSHIP AND THEY KEPT THE VEHICLE FOR ABOUT 2 DAYS FOR INSPECTION. I WAS TOLD THAT THEY COULDN'T FIND A THING WRONG WITH THE VEHICLE; NO ERROR CODES OR DRIVING ISSUES WHILE THE VEHICLE WAS WITH THEM. I HAD NO CHOICE BUT TO TAKE BACK MY VEHICLE AND HOPE FOR THE BEST. HOWEVER, ON MAY 21, 2016, THE VEHICLE SHUT OFF AGAIN. I WAS ALMOST REAR-ENDED BECAUSE IT SHUT OFF WHILE THE VEHICLE WAS IN MOTION. I SAT IN THE MIDDLE OF A BUSY STREET FOR 20 MINS BEFORE THE VEHICLE DECIDED TO DRIVE AGAIN. I'M ALMOST SURE THAT IT IS THE CVT TRANSMISSION. I HAVE RESEARCHED THIS PROBLEM AND IT SEEMS AS IF I'M NOT THE ONLY NISSAN OWNER WITH THIS PROBLEM. THE CVT TRANSMISSION SEEMS TO "GO OUT" AT THE 50K MILE MARK. I FIND IT HARD TO BELIEVE THAT THIS VEHICLE CAN SHUT OFF WHILE IN USE AND THERE IS NO CODE OR TRAIL AS TO WHY. THE MOST DANGEROUS PART OF THIS EXPERIENCE IS THAT THE CAR SHUTS OFF WHILE IT IS BEING ACTIVELY DRIVEN. I USE THE FREEWAY TWICE A WEEK AND THERE WOULD LIFE-THREATENING EFFECTS IF THE VEHICLE SHUT OFF IN THAT TYPE OF TRAFFIC (65-75 MPH). I HAVE NEVER HAD A VEHICLE

THAT COMPLETELY SHUT OFF AND A CERTIFIED MECHANIC COULD NOT TELL YOU WHY. AS I PREVIOUSLY MENTIONED, I'M SURE IT HAS SOMETHING TO DO WITH THE TRANSMISSION BECAUSE THE VEHICLE'S DRIVING CAPABILITIES ARE AFFECTED. THERE'S NO TELLING WHAT OTHER PARTS ARE BEING AFFECTED BY THIS ISSUE.

- NHTSA Complaint: CAR STOPPED RESPONDING TO PRESSURE ON THE GAS PEDAL - TOOK ITS TIME GETTING IN GEAR, BOTH FROM A COLD START, AND AFTER STOPPING AT AN INTERSECTION. EVEN AFTER THE CAR WAS MOVING, CAR WAS SLOW TO RESPOND TO GAS PEDAL. REPAIR SHOP DIAGNOSED IT AS A CVT FAILURE; WE'VE HAD TO REPLACE THE TRANSMISSION ON A 3 YEAR OLD VEHICLE AT 74,000 MILES.

- NHTSA Complaint: TRANSMISSION STOPPED WORKING WHILE I WAS DRIVING ON WEDNESDAY MAY 25TH 2016. WHILE I WAS DRIVING THE CAR CUTOFF TWICE, AFTER THE CAR RESTARTED AND I PLACED IT IN DRIVE IT WOULD NOT DRIVE.

- NHTSA Complaint: WHILE STOPPED AT A TRAFFIC LIGHT THE CAR CUT OFF ! I RESTARTED AND PUT IT IN GEAR AND THE CAR CUT OFF AGAIN. THE CAR WOULD IDLE FINE IN PARK AND NEUTRAL BUT CUT OFF WHENEVER I PUT IT IN GEAR. AFTER PUSHING THE CAR TO A LOT AND LEAVING IT FOR 12 HOURS THE CAR STARTED TO WORK NORMALLY. HOWEVER THE NEXT DAY THE SAME EXACT THING HAPPENED ! AFTER RESEARCHING THE ISSUE I FOUND THAT THIS TRANSMISSION HAS MAJOR ISSUES AND NISSAN ISN'T ADDRESSING IT. I OPENED A CASE WITH NISSAN CONSUMER AFFAIRS CASE NUMBER 22626692 AND WAS TOLD ME THAT THERE IS NOTHING THEY CAN DO BECAUSE MY CAR HAS 81K MILES . MAKING IT 20K MILES OVER THE MANUFACTURE WARRANTY. THERE IS NO WAY THAT A WELL MAINTAINED CARS TRANSMISSION SHOULD FAIL AT 80K MILES. NISSAN KNOWS THIS YET THEY ARE FAILING TO HELP CONSUMERS WITH THIS PROBLEM ! THE CVT TANSMISSION CAN CAUSE SOMEONE TO LOSE THEIR LIFE .

- NHTSA Complaint: ON 7/1/16, WHILE AT A STOP SIGN, MY CAR SHUT OFF. I WAS ABLE TO RESTART THE CAR, WITHOUT HESITATION. I DROVE 2 MILES & THE CAR STARTED JERKING. ONCE I LET OFF THE GAS, WHILE STILL DRIVING DOWN THE ROAD, MY VEHICLE SHUT OFF AGAIN. I PULLED OVER (LUCKILY), RESTARTED THE CAR, ONCE PUT INTO GEAR, IT STARTED JERKING & SHUT OFF. MY CAR IS NOW AT THE

DEALER & I'VE BEEN ADVISED THAT I NEED A TRANSMISSION. NOW, BACK TO THE VERY BEGINNING....12/30/2013, I WAS SEARCHING FOR A CAR, AS I HAD TOTALED MY EVER-SO-FAITHFUL TOYOTA CAMRY. I WENT TO NISSAN TO LOOK AT A USED ALTIMA. I GOT BETTER FINANCING ON A BRAND NEW MODEL, FOR WHICH I'M WRITING THIS COMPLAINT ABOUT. I NEGOTIATED, COME TO A DEAL, AND THAT WAS THAT. I DID NOT PURCHASE AN EXTENDED WARRANTY BECAUSE I WAS BUYING A NISSAN, A BRAND NEW NISSAN. ANYWAY, VERY SOON AFTER, I NOTICED A VIBRATION WHILE MY CAR WAS IN IDLE, AND MORE SO WHILE ACCELERATING. I MENTIONED MY CONCERN NUMEROUS TIMES TO THE SERVICE DEPT AT NISSAN, WAS TOLD EVERYTHING WAS NORMAL. EVENTUALLY I GOT ANOTHER OPINION FROM ANOTHER NISSAN DEALER, THEY SHIMMED MY EXHAUST & REPLACED MY ALTERNATOR BRACKET, WITHOUT RESOLVING MY PROBLEM. I WAS ADVISED BY THEIR SERVICE MANAGER THAT ON 11/29/2013, MY VEHICLES CVT TRANSMISSION WAS REPLACED. ONE MONTH BEFORE I PURCHASED MY BRAND NEW VEHICLE. I WAS NEVER INFORMED OF THIS AT THE TIME OF PURCHASE, OR I WOULD'VE PASSED ON THIS CAR. NOW, AT 62K MILES, 2K MILES OVER WARRANTY, MY TRANSMISSION NEEDS TO BE REPLACED. I FIND IT STRANGE THAT A 2 1/2 YEAR OLD CAR IS NEEDING A 3RD TRANSMISSION. MY CAR HAS ONLY BEEN SERVICED AT THE DEALER, I'VE COMPLAINED OF VIBRATION AT EVERY SERVICE FROM DAY 1, NOW I'M EXPECTED TO PAY $4000 FOR AN OBVIOUSLY DEFECTIVE CVT, WHICH WILL ONLY BE A BAND-AIDE. THIS COULD RESULT IN AN EXTREMELY UNSAFE SITUATION & I JUST PRAY THAT NISSAN DOES THE RIGHT THING & CORRECTS THIS ISSUE, BEFORE IT'S TOO LATE.

- <u>NHTSA Complaint:</u>  I PURCHASED A 2013 NISSAN ALTIMA IN SEPTEMBER OF 2015 WITH LESS THAN 43,000 MILES. THE CAR WAS REALLY GOOD GAS AND I WAS REALLY HAPPY WITH THE PURCHASE. IN FEBRUARY OF 2016 WHILE ME AND MY HUSBAND WAS DRIVING IN TRAFFIC WE CAME TO A STOP AND THE CAR SHUT OFF. WE STARTED THE CAR UP FINE BUT AS SOON AS WE PLACED THE CAR IN DRIVE IT SHUT OFF AGAIN. WE REPEATED THESE STEPS OVER AND OVER AGAIN UNTIL HE WAS ABLE TO KEEP THE CAR RUNNING WHILE IN DRIVE SO WE COULD PULL ON THE SIDE OF THE ROAD. WE WERE VERY CLOSE TO THE WARRANTY EXPIRING SO WE TOOK THE CAR TO ANTIOCH, CA NISSAN DEALERSHIP. THEY SAID THAT THEY WOULD HAVE TO "DUPLICATE" THE PROBLEM BEFORE MOVING FORWARD. THEY KEPT OUR CAR FOR 3 DAYS TO NO AVAIL. THEY SAID THAT THEY COULD NOT

"DUPLICATE" THE PROBLEM AND TO COME PICK UP THE CAR. 2 DAYS LATER WE STARTED EXPERIENCING THE SAME PROBLEM. WE DECIDED TO TAKE THE CAR TO A DIFFERENT NISSAN DEALERSHIP IN CONCORD, CA HOPING THAT WE WOULD GET A DIFFERENT OUTCOME. NEEDLESS TO SAY THEY COULDN'T "DUPLICATE" THE PROBLEM FOR 2 WEEKS!! THE GUY IN SERVICES ADMITTED THAT THEY HAVE MANY CARS COMING IN WITH THE SAME EXACT PROBLEM AND HE KNEW HOW TO GET THE CAR TO ACT UP SO THAT THEY COULD MOVE FORWARD. HOW CRAZY IS THAT??? HE CALLED ME 2 WEEKS LATER AND TOLD ME THAT THEY HAD TO "RESET" THE TRANSMISSION SYSTEM. HE ALSO TOLD ME THAT EVEN THOUGH I WAS VERY CLOSE TO MY WARRANTY EXPIRING THAT IF THE PROBLEM OCCURS AGAIN THAT THEY WOULD STILL HONOR THE WARRANTY BECAUSE THE PROBLEM PRE-EXISTED. NOT EVEN A WHOLE 2 MONTHS PASSED WHEN MY HUSBAND AND I WERE MOVING FROM CALIFORNIA TO TEXAS DID MY CAR STARTED HAVING THE EXACT SAME PROBLEMS IT HAD BEFORE BUT THIS TIME I NOTICED THAT THE TRANSMISSION WAS SLIPPING. I WAS GOING 80 MILES PER HOUR ON THE FREEWAY WHEN MY CAR SLOWED ALL THE WAY DOWN TO 40 MILES PER HOUR WHILE DRIVING IN FRONT AND ON THE SIDE OF A BIG RIG!!!!

- NHTSA Complaint:  TL* THE CONTACT OWNS A 2013 NISSAN ALTIMA. AFTER STARTING THE VEHICLE, THE GEAR LEVER WAS SHIFTED INTO THE DRIVE POSITION AND THE ENGINE UNEXPECTEDLY BECAME INOPERABLE. THE VEHICLE FAILED TO RESTART AND WAS TOWED TO THE CONTACT'S RESIDENCE. AN INDEPENDENT MECHANIC DIAGNOSED THE VEHICLE, BUT THERE WERE NO TROUBLE CODES DETECTED. THE VEHICLE WAS NOT REPAIRED. THE MANUFACTURER WAS NOT NOTIFIED OF THE FAILURE. THE APPROXIMATE FAILURE MILEAGE WAS 67,000.

- NHTSA Complaint:  TL* THE CONTACT OWNS A 2013 NISSAN ALTIMA. WHILE DRIVING 80 MPH, THE POWER INDEPENDENTLY REDUCED TO 40 MPH WITHOUT WARNING. THE VEHICLE WAS RESTARTED AND SHIFTED INTO THE DRIVE POSITION. WHEN THE ACCELERATOR PEDAL WAS DEPRESSED, THE VEHICLE HESITATED TO RESPOND. THE CONTACT STATED THAT THE FAILURE ALSO OCCURRED WHEN THE VEHICLE WAS SHIFTED INTO THE REVERSE POSITION. THE VEHICLE WAS TAKEN TO THE DEALER WHERE THE TECHNICIAN STATED THAT THE TRANSMISSION NEEDED TO BE REPLACED. THE VEHICLE WAS NOT REPAIRED. THE MANUFACTURER WAS NOTIFIED OF THE FAILURE. THE

APPROXIMATE FAILURE MILEAGE WAS 57,000. UPDATED 09/08/16*LJ

- NHTSA Complaint: TL* THE CONTACT OWNS A 2013 NISSAN ALTIMA. WHILE DRIVING APPROXIMATELY 60 MPH ON THE HIGHWAY, THE SPEEDOMETER DROPPED TO 25 MPH WITHOUT WARNING. THE CONTACT WAS ABLE TO PULL OVER SAFELY, ACTIVATE THE HAZARD LIGHTS, AND EXIT THE HIGHWAY. THE VEHICLE WAS TAKEN TO AN INDEPENDENT MECHANIC WHERE IT WAS DIAGNOSED THAT THE TRANSMISSION NEEDED TO BE REPLACED. THE VEHICLE WAS NOT REPAIRED. THE MANUFACTURER WAS MADE AWARE OF THE FAILURE. THE VIN WAS UNKNOWN. THE FAILURE MILEAGE WAS 71,000.

- NHTSA Complaint: I DRIVE A 2013 NISSAN ALTIMA AND I AM OUTSIDE OF MY POWER TRAIN WARRANTY 77,800 .MY CAR STOPPED ON MY WAY TO WORK AND I HAD TO RESTART IT SEVERAL TIMES, A DIAGNOSTIC TEST WAS PERFORMED AND WAS TOLD IT IS MY CVT TORQUE CONVERTER (TRANSMISSION).WAS BAD, THE AUTO SHOP PRINTED A RECALL THAT WAS DONE FOR NISSAN CUSTOMER, CONTACTED THE SERVICE DEPARTMENT NO KNOWLEDGE OF THE RECALL, THEY STATED NOT UNDER WARRANTY. CONTACTED NISSAN CONSUMER AFFAIRS HAD A CASE REVIEW DONE AND RECEIVED A CALL BACK, I EXPLAINED TO THEM I RESEARCHED INFORMATION, THERE ARE SO MANY CVT TRANSMISSION ISSUES WITH THEIR CARS, REP STATED THERE WAS NOTHING THEY COULD HELP ME WITH. CONTACT LEGAL ADVICE AND WAS GIVEN THIS WEBSITE AND OTHER INFORMATION THERE IS AN ONGOING INVESTIGATION CONCERNING THIS ISSUE .SOMETHING HAS TO BE DONE A.S.A.P. WITH THIS FAULTY TRANSMISSION, I AM VERY DISAPPOINTED TO KNOW THIS HAS BEEN AN ISSUE FOR A WHILE RECALLS WERE DONE FROM 2003-2010 AND THE PROBLEM WAS FIXED .PLEASE MAKE A DECISION SOON TO FIX THIS ISSUE, IT IS A HAZARD, CAR STARTING AND STOPPING AT RED LIGHTS, ETC. THANK YOU *TR

- NHTSA Complaint: THE CAR HAS 44,500 MILES AND WAS GROWLING, SHUTTERING AND VIBRATING WHEN DRIVING. ESPECIALLY AT ACCELERATION AND STOPPING. FINALLY I WAS STOPPED AT A RED LIGHT WHEN THE CAR JERKED HARSHLY AND SHUT OFF. IT WOULD START RIGHT BACK UP, BUT THEN DIE WHEN PUT INTO (D) DRIVE. THE ROAD WAS A VERY DANGEROUS HIGHWAY AND I WAS ALONE SO COULD NOT PUSH CAR TO THE SIDE. FINALLY AFTER ABOUT 20 START AND 15 MINUTES, I MANAGED TO ENGAGE INTO DRIVE. I

DROVE IT TO THE NISSAN DEALER DIRECTLY WHILE IT WAS BUCKING, JERKING AND WOULD NOT ACCELERATE. I BLEW THREW 2 RED LIGHTS BECAUSE IT WOULD NOT DOWNSHIFT TO STOP. THE DEALER HAD THE CAR APPROXIMATELY 6.5 HOURS WHEN THEY CALLED TO TELL ME THAT NO LIGHTS WERE ON AND THEY COULD NOT FIND A PROBLEM. IF I WANTED TO PAY $120 DIAGNOSTIC FEE, THEY COULD GO AHEAD WITH SOME WORK. I ASKED TO SPEAK TO MANAGER, HOWEVER HAD LEFT FOR THE DAY. ABOUT 20 MINUTES LATER, THEY CALLED AGAIN STATING THAT HE SPOKE TO THE MANAGER AND IT IS MOST LIKELY AN ABS SYSTEM PROBLEM, BUT I WOULD STILL HAVE TO PAY THE $120 DIAGNOSIC FEE.

- NHTSA Complaint::  "TAKATA RECALL" I WENT TO PUT CAR IN REVERSE AND CAR JUST SHUT OFF. STARTED RIGHT BACK UP BUT SHUT OFF AGAIN WHEN PUT INTO DRIVE. EVENTUALLY I GOT CAR TO GO WITHOUT SHUTTING OFF BUT FELT CAR JERKING ON AND OFF AND ALMOST SHUTTING OFF WHEN I CAME TO COMPLETE STOP. WOULD HAVE TO QUICKLY PUSH ON GAS TO KEEP CAR FROM TURNING OFF. CONTINUES TO JERK WHILE DRIVING BUT NOT CONTINUOUSLY.

- NHTSA Complaint:  2013 NISSAN ALTIMA 2.5L SV 72,000 MILES CVT FAILURE MY VEHICLE HAS EXPERIENCED CVT FAILURE WITH ONLY 72K MILES. THIS IS THE SECOND TIME THIS ISSUE HAS OCCURRED, WITH THE FIRST INSTANCE HAPPENING A LITTLE OVER ONE YEAR AGO. UNFORTUNATELY FOR THE INITIAL OCCURRENCE, I MISDIAGNOSED THE PROBLEM AS BAD GAS. THE VEHICLE SHUTTERS, BUCKS AND STALLS WHEN DECELERATING OR ACCELERATING AT TRAFFIC LIGHTS, STOP SIGNS OR IN HIGHWAY TRAFFIC. ADDITIONAL STALLS OCCUR WHEN PLACING THE VEHICLE INTO GEAR (DRIVE OR RESERVE) WHICH MAY CAUSE VEHICLE STRANDED IN THE MIDDLE OF PARKING LOTS AND ROADWAY. THE PROBLEM SEEMED TO GO INTO REMISSION FOR THE PAST YEAR, EVEN THOUGH LOOKING BACK I CAN SEE SOME SLIGHT SIGNS OF BUCKING WHEN COMING TO A STOP, ROUGH IDLES, LOUDER WHINING AT HIGHER SPEEDS, ECT.  THIS SECOND OCCURRENCE I WAS ABLE TO HAVE THE ISSUE DIAGNOSED BY NISSAN TECHNICIANS AT CAUSEWAY NISSAN IN MANAHAWKIN, NJ AND THEY HAVE CONFIRMED THAT THIS IS INDEED A CVT FAILURE AND THAT IT IS NOT A RARE ISSUE. A QUICK GOOGLE SEARCH VERIFIES THAT MANY OTHERS HAVE EXPERIENCED THE SAME ISSUES WITH THE CVTS AND NISSAN HAD PROVIDED A RECALL AND EXTENDED WARRANTY ON ALL THEIR CVT'S MANUFACTURED BEFORE 2011. THIS ISSUE

DOES NOT SEEM TO HAVE BEEN RESOLVED ON NEWER MODELS AND IS A ROAD HAZARD ESPECIALLY IN INTERSECTIONS OF MAJOR ROADWAYS AND IN HEAVY TRAFFIC ON MAJOR HIGHWAYS. PLEASE ADVISE.

- NHTSA Complaint:  I PURCHASED MY 2013 NISSAN ALTIMA 3.5 SL WITH ABOUT 18,000 MILES IN MAY OF 2013. THE CAR PERFORMED WELL IN THE BEGINNING. AT ABOUT 28773 MILES THE CAR BEGAN TO SHUTTER HESITATE AND NOT SHIFT PROPERLY. UPON INCLINES HILLS LOW SPEEDS, LOW RPM'S IT WAS ESPECIALLY NOTICABLE. I BROUGHT MY NISSAN TO A LOCAL DEALERSHIP AND THEY REPROGRAMMED THE AUTOMATIC TRANSMISSION CONTROL MODULE. THE CAR PERFORMED NORMALLY BUT THEN INTERMITTENTLY THE SAME PROBLEM THE SHUTTER, LACK OF SHIFTING PROPERLY THE HESTATION, JERKY STRONG VIBRATIONS, JUMPING OF RPM'S. I BROUGHT IT BACK TO THE LOCAL NISSAN DEALERSHIP AND THEY AGAIN REPROGRAMMED THE TRANSMISSION CONTROL MODULE. IT WAS ROAD TESTED AND THEY RECCOMMENDED THE TRANSAXLE BE REPLACED FOR REPAIR. THIS WAS AT 55002 MILES. I WAS INFORMED THAT THE NEW TRANSMISSION WARRANTY WOULD BE 10 YEARS AND 120,000 MILES. MY CONCERN IS THE SAFETY FOR CONSUMERS. THE CAR DOESN'T PERFORM PROPERLY WITH THE EXISTING CVT TRANSMISSION THE BELT SLIPS AND THE CAR DOES NOT SHIFT OR IS STUCK IN EXCELARATION. IT IS AN ONGOING PROBLEM. THE TRANSAXLE WAS REPLACED HOWEVER I WASN'T INFORMED THE EXISTING PROBLEM WAS FIXED CORRECTLY WITH THE NEW TRANSMISSION. I WAS INFORMED ABOUT A WARRANTY. I AM CONCERNED I WIL ENCOUNTER THE SAME UNSAFE CONDITION! THE CAR WAS REPAIRED AS OF 08/22/2015

- NHTSA Complaint:  I RECENTLY PURCHASED A NISSAN ALTIMA S FROM CLAY COOLEY MARCH 2015 SO I ONLY HAD THE CAR A YEAR AND SOME MONTHS AND NOW THE TRANSMISSION IS GONE OUT I GET MY CAR SERVICED AS I SHOULD AND NOW THIS AND NO ONE WANTS TO HELP CLAY COOLEY DAY I'M OUT OF WARRANTY DUE TO MILES OVER 24000 ON THE CAR AND I'M STUCK OUT TO STILL FORK OUT A 518 CAR PAYMENT IT'S NOT RIGHT I NEED HELP. I WAS LEAVING WORK MY MY CAR STARTED VIBRATION AND STARTED TO DECELERATE AND JERKING LIKE IT WAS ABOUT TO GO DEAD I THOUGHT I HAD GOT SOME BAD GAS SO I PULLED OVER MY CAR STARTED JERKING HARDER AND CUT OFF SO I TURNED IT BACK ON AND I SHIFT IT IN REVERSE AND IT WENT DEAD SO I CUT IT BACK ON AGAIN AND SHIFT IT IN DRIVE IT CUT OFF SO

I DIT THERE FOR OVER AN HOUR THEN I STAR IT AGAIN AND SHIFTED IT IN DRIVE AND IT DIDN'T GO DEAD I WAS ABLE TO DRIVE HOME SO THE NEXT DAY I WENT OUT TO SEE IF IT WOULD DO IT AGAIN AND IT DIDN'T WHILE DRIVING MY RPMS WENT UP HIGH AND MY CAR MADE WHINING NOISE AND STARTED VIBRATIONS AGAIN AND THIS TIME MY CHECK ENGINE LIGHT CAME ON SO I WAS COMING UP TO A LIGHT SO I STOPPED BUT WHEN I TRIED TO DRIVE IT WOULDN'T MOVE SO I PUT THE BLINKERS ON AND SOME GUY CAME BEHIND AND PUSHED ME OVER TO THE SIDE AND I SAY THERE FOR ABOUT HOUR AND I STARTED UP AND IT MOVED SO I WENT STRAIGHT HOME AND CALLED AROUND AND EXPLAINED WHAT HAD HAPPENED SO THE MAN FROM AMCO TOLD ME TO COME DOWN SO I CALLED FOR A TOW AND GOT TOWED THERE AND HE TESTED IT AND SAID THAT MY TRANSMISSION IS BAD AND IT'S A CVT TRANSMISSION DO IT CANT BE REBUILT IT HAS TO BE REPLACED FOR AS MUCH AS 4000 DOLLARS

- NHTSA Complaint: ONE OF THE MAIN PROBLEMS IS FAILURE TO START OR STOP. THE OTHER IS THE NOISY TRANSMISSION. NOT A VERY DEPENDABLE CAR. NOW I HEARD A RECALL BECAUSE OF HOOD LATCHES. AS FOR ENGINE PROBLEM COULD BE VERY DANGEROUS IF YOU WERE ON AN INTERSTATE AND THE ENGINE SUDDENLY DIES. TRANSMISSION VERY NOISY ALL THE TIME.

- NHTSA Complaint: I OWN A 2013 NISSAN ALTIMA WHICH I PURCHASED NEW. THE CAR HAS APPROXIMATELY 90K MILES ON IT NOW. ABOUT 5 MONTHS AGO THE CAR BEGINNING DYING WHEN PUTTING IT IN GEAR AND/OR STOPPING WHILE DRIVING. THE OCCURRENCE OF THE PROBLEM GRADUALLY INCREASED UNTIL WE WERE FORCED TO TAKE IT TO A NISSAN DEALER. THE DEALER DIAGNOSED THE CAR AS NEEDING A TRANSMISSION REPROGRAM. I PAID THE DEALER TO PERFORM THE WORK. TWO WEEKS LATER WHEN PUTTING THE CAR INTO DRIVE OR REVERSE THE CAR WOULD NOT MOVE. WE HAD THE CAR TOWED TO THE DEALER, WHOM TOOK OVER A WEEK TO DIAGNOSE INFORMING US IT NEEDED A NEW CVT. THE DEALER INFORMED ME THAT THE NEW CVT HAD BEEN UPGRADED WITH HEAVIER DUTY PARTS INCLUDING A HEAVIER TRANSMISSION COOLER AS THESE UNITS WERE PRONE TO OVERHEATING, WHICH INDICATES (IN MY OPINION) A DESIGN FLAW. THE DEALER NOW WANTS $3.7K TO REPLACE THE CVT WITH A NEW UNIT THAT ONLY HAS A 1 YEAR OR 12K WARRANTY.

- NHTSA Complaint:  I HAVE A 2013 NISSAN, ALTIMA WITH 60,000 MILES AND MY TRANSMISSION HAS GONE OUT. I HAD A 2010 ALTIMA AND THE TRANSMISSION WENT OUT ON I IT AS WELL. I PURCHASED BOTH VEHICLES FROM NALLEY NISSAN. WHEN I PURCHASED THE 2013 ALTIMA THE SALESMAN TOLD US THAT THEY HAVE MADE SOME IMPROVEMENTS TO THE TRANSMISSION, BUT THAT IS A LIE. I

- NHTSA Complaint:  MY CAR WAS GOING ABOUT 75MPH THEN IT STARTED STALLING AND LOSING SPEED. WHEN I STOPPED AND PARKED I PUT THE CAR BACK IN DRIVE AND THE CAR WOULDN'T MOVE. I HAD TO PUSH THE GAS PEDAL ALL THE WAY TO THE FLOOR. THEN THE CAR JUMPED INTO GEAR. BUT IT STALLS. THEY SAID IT'S A FAILED TRANSMISSION.

- NHTSA Complaint:  SHIFT ASSEMBLY - TRANSMISSION: MY CAR IS A 2013 NISSAN ALTIMA AND IT WILL NOT GO OUT OF PARK AT TIMES THERE IS A DEFAULT WITH THE SHIFT GEAR ASSEMBLY THAT NEED TO BE RECALLED OR INVESTIGATED. I HAVE HAD THIS CAR FOR ONLY A YEAR. I HAVE ALSO HEAR RUMORS ABOUT THESE TYPE OF CARS HAVING TRANSMISSION ISSUES. THE COST FOR THE REPAIRS TO FIX THIS CAR IS $600.00 AND THIS SHOULD BE ON THE MANUFACTURE END AND NOT THE CONSUMER. I ACTUALLY BELIEVED NISSAN AND HONEST COMPANY WHEN IT CAME TO VEHICLE SAFETY BUT THE TECH ADVISED ME THAT IF IT IS NOT UNDER RECALL THEN THERE IS NOTHING THAT THEY CAN DO. SO OK THAT MEANS UNLESS SOMEONE IS NOT INJURED OR KILLED THIS IS YOUR PROBLEM EVEN THOUGH WE KNOW THESE CARS HAVE THIS PROBLEM. I WOULD LIKE FOR ANYONE WHO IS HAVING THESE ISSUES TO PLEASE REPORT IT BECAUSE I AM TRADING THIS PIECE OF JUNK IN AS SOON AS POSSIBLE.

- NHTSA Complaint:  I HAVE A 2013 NISSAN ALTIMA THAT I PURCHASED ONE YEAR AGO. WHEN I PURCHASED THE VEHICLE IT ONLY HAD 25,000 MILES ON IT AND WAS STILL UNDER WARRANTY. ABOUT ONE MONTH AGO MY CAR JUST DIED IN THE MIDDLE OF THE HIGHWAY WHILE I WAS DRIVING IT AND I HAD TO MERGE OFF OF THE HIGHWAY BEFORE I WAS HIT BY OTHER VEHICLES. THE CAR WOULD START RIGHT UP AFTER I TURNED IT OFF, BUT NOT MATTER HOW HARD I PRESSED ON THE GAS PEDDLE IT WOULD JUST SIT THERE. I HAD THE CAR TOWED TO THE LOCAL NISSAN DEALERSHIP AND I WAS TOLD THAT MY CVT TRANSMISSION HAD FAILED. I ONLY HAVE 75,000 MILES ON THE CAR, BUT OF COURSE, THE WARRANTY WAS UP AT 60,000 MILES. THE SERVICE CENTER

AT NISSAN SUGGESTED THAT I CALL CORPORATE NISSAN AND SEE IF THERE WAS ANYTHING THAT THEY CAN DO TO HELP. I CALLED NISSAN AND AFTER WEEKS OF PLAYING PHONE TAG WITH THE REPRESENTATIVE HANDLING MY CASE, I WAS TOLD THAT THERE WASN'T ANYTHING THAT THEY WOULD DO TO HELP ME. I PROCEEDED TO ASK HER IF SHE WAS AWARE THAT THERE IS A CLASS ACTION LAW SUIT AGAIN NISSAN REGARDING THEIR FAULTY CVT TRANSMISSIONS AND SHE SAID "YES" AND THAT THEY WOULD RATHER ME SUE THEM THAN JUST REPLACE THEIR FAULTY TRANSMISSION. NEEDLESS TO SAY, I AM EXTREMELY DISAPPOINTED WITH NISSAN AND WILL NEVER BUY ANOTHER ONE OF THEIR VEHICLES AGAIN. THE TOTAL COST TO REPLACE MY TRANSMISSION WAS $5,000.00, PLUS A MONTH AND A HALF OF RENTAL CAR CHARGES.

- <u>NHTSA Complaint:</u> CVT TRANSMISSION FAILURE AT 76,000 MILES. WITHIN IN 2 DAYS THE CAR WENT FROM A SLIGHT SHUDDER TO COMPLETE FAILURE. ACCORDING TO MY RESEARCH AND VIEWIN THOUSANDS OF OTHER COMPLAINTS, 2013 NISSAN ALTIMA SHOULD HAVE A TRANSMISSION RECALL. HAD IT FAILED ON THE FREEWAY WITH MY CHILDREN IN THE CAR, I WOULD BE FILING A LAWSUIT. CAR IS CURRENTLY AT A DEALERSHIP AND WILL REMAIN THERE UNTIL I CAN AFFORD $3500-$4000 FOR REPAIRS. I HAVE FILED A COMPLAINT WITH NISSAN CONSUMER AFFAIRS.

- <u>NHTSA Complaint::</u> I FINANCE A 2013 NISSAN ALTIMA S, I NOTICED THAT MY ENGINE LIGHT, AIR BAG LIGHT, BRAKE LIGHT AND TIRE PRESSURE LIGHT KEPT COMING ON ALL AT ONCE, AND WOULD STAY ON FOR A DAY OR TWO AND THEN WOULD GO AWAY ON IT'S OWN YET THE CAR NEVER GAVE ANY PHYSICAL SIGNS THAT A PROBLEM WAS GOING ON. SO I ASSUMED THAT MAYBE THERE WAS A SENSOR PROBLEM. I WAS LEAVING FROM WORK WHEN I APPROACHED A STOP SIGN AND CAME TO A STOP. AS I PROCEED TO STEP ON THE GAS TO GO IS WHEN I NOTICED THAT THE CAR HAD SHUT OFF ON ME YET THE RADIO AND LIGHTS WERE STILL WORKING. I TRIED TO START THE CAR UP WHEN THE WARNING SYMBOL CAME ON STATING THAT MY KEY PAD WAS INVALID.THAT CONTINUED UNTIL THE TOW TRUCK DRIVER ARRIVED RESULTING IN HIM TOWING THE CAR AWAY TO CHERRY HILL NISSAN. IT WAS THERE THAT I WAS TOLD THAT AT 80,000 MILES MY TRANSMISSION HAD WENT YET NO ONE COULD GIVE ME AN EXPLANATION AS TO WHY OR WHAT CAUSED THE PROBLEM. NOW AS OF 10/22/2016 I AM HAVING THE SAME SIGNS AND SYMPTOMS THAT WERE GOING ON BEFORE MY

TRANSMISSION WENT THE FIRST TIME WITH ALL THE WARNING SYMBOLS COMING ON FOR A FEW DAYS THEN GOING BACK OFF ALL ON THEIR OWN. 10/26/2016 MY CAR CUT OFF ON ME AS I WAS IN ROUTE. AFTER GETTING IT TO START BACK UP I IMMEDIATELY STOPPED AT AUTO ZONE WHERE THEY HOOKED MY CAR UP TO THEIR DIAGNOSTIC MACHINE AND REPORTED TO ME THAT MY COMPUTER BRAIN WAS MALFUNCTIONING.I WON'T KNOW FOR CERTAIN WHAT IS ACTUALLY GOING WITH MY CAR UNTIL MONDAY 10/31/2016 WHEN I TAKE IT INTO NISSAN OF TURNERSVILLE SO THEY CAN RUN TEST. IN WHICH I WAS INFORMED OVER THE PHONE THAT BEINGS THOUGH THE WARNING SYMBOLS COME ON AND OFF ON THEIR OWN THEY MAY NOT BE ABLE TO DIAGNOSIS WHAT THE ACTUAL PROBLEM IS. HOW DO I HANDLE THIS MATTER IF THEY CAN'T FIGURE OUT WHAT CAUSING THE PROBLEM? I'VE ALREADY CONTACTED CORPORATE NISSAN AND THEY COULDN'T EVEN TELL ME IF THE RECALLS THAT OCCURRED PRIOR TO ME GETTING THE CAR WERE EVER ADDRESS

- NHTSA Complaint: TL* THE CONTACT OWNS A 2013 NISSAN ALTIMA. WHEN APPROACHING A STOP OR WHEN SHIFTING GEARS INTO DRIVE, THE VEHICLE HAD A STRONG HESITATION AND STALLED SEVERAL TIMES WITHOUT WARNING. THE VEHICLE WAS TAKEN TO AN INDEPENDENT MECHANIC WHO STATED THAT THE TRANSMISSION FAILED AND NEEDED TO BE DIAGNOSED BY A TRANSMISSION SPECIALIST. THE DEALER REPROGRAMMED THE TRANSMISSION, BUT THE FAILURE CONTINUED. THE MANUFACTURER WAS NOT NOTIFIED. THE FAILURE MILEAGE WAS NOT AVAILABLE.

- NHTSA Complaint: MY CAR HAS 46000 MILES IN IT. SEVERAL TIMES NOW WHILE I AM DRIVING MOSTLY WHEN SLOWING DOWN OR STARTING AGAIN AFTER BEING STOPPED THE CAR SHAKES REALLY BAD AND THEN DIES. IT IS WHILE DRIVING. THIS IS VERY DANGEROUS AND IF IT OCCURS WHILE ON THE HIGHWAY COULD BE DISASTEROUS. THERE ARE MANY COMPLAINTS ABOUT THIS. SEE THE LINK HERE TO OTHER OWNERS HACING THE SAME PROBLEM. HTTP://M.CARCOMPLAINTS.COM/NISSAN/ALTIMA/2013/ENGINE /ENGINE.SHTML

- NHTSA Complaint: TL* THE CONTACT OWNS A 2013 NISSAN ALTIMA. WHILE DRIVING 65 MPH, THE VEHICLE BEGAN TO STALL. THE DEALER DIAGNOSED THAT THE CONTINUOUS VARIABLE AUTOMATIC TRANSMISSION NEEDED TO BE

REPLACED. THE VEHICLE WAS NOT REPAIRED. THE MANUFACTURER WAS MADE AWARE OF THE FAILURE. THE FAILURE MILEAGE WAS 39,000.

- NHTSA Complaint: STOPPED ON THE DRIVEWAY WAITING FOR THE GARAGE DOOR TO OPEN AND THE CAR DIED. THE CAR STARTS AND IDLES, BUT IT DIES WHEN PUTTING IN GEAR. GAS IS 3/4 FULL, ALL LIGHTS WORK AND ARE NOT DIM.

- NHTSA Complaint: I JUST EXITED HIGHWAY 580 TURNING LEFT ON HIGHWAY 84 STOPLIGHT WHEN MY CAR DIED/SHUTDOWN WHILE TRYING TO ACCELERATE. I HAD NO CLUE WHAT HAPPENED AT MY CAR. I WAS IN FULL STOP AT THE MOMENT AND WAS TRYING TO MAKE A LEFT TURN. THERE WAS NO WARNING AND I JUST HAD A COLD CAR ALL OF A SUDDEN. I COULD NOT MOVE MY CAR, THE CAR SHUTS ALL ELECTRICAL POWER. I TRIED TO RESTART MY CAR, AND IT DID, BUT WHEN PUT IT IN DRIVE AND TRIED TO ACCELERATE THE CAR WOULD POWER DOWN AGAIN. THIS HAPPENED FOR AT LEAST FOUR TIMES. I TURNED MY HAZARD LIGHTS ON FEARING THAT THE CARS EXITING THE FREEWAY WOULD HIT ME CONSIDERING WE HAD THE GREEN. I DID NOT WANT TO GET OUT OF MY CAR BECAUSE I WAS IN THE MIDDLE LANE AND FEARED THAT THE ON COMING DRIVERS WILL NOT SEE ME. THIS HAPPENED AROUND 5:10PM AND WE HAVE A LIGHT SHOWER. I FINALLY GOT MY CAR TO MOVE WHEN I RESTARTED MY CAR AND PUT THE GEAR ON SPORTS MODE OR D2 INSTEAD OF DRIVE. THE CAR MOVED WITHOUT HESITATION AND WHILE I WAS HOPING TO SEE ANY ISSUE OR WARNING ON THE DASHBOARD I FOUND NOTHING. AS IF THERE NO ISSUE AND COULD NOT REPLICATE THE ISSUE. I CONTACTED NISSAN DEALER TO MAKE AND APPOINTMENT, AND GOT ME A SLOTTED THE NEXT DAY. THE FINAL DIAGNOSIS IS THAT MY CAR NEEDS A NEW TRANSMISSION. UNFORTUNATELY MY CAR HAS 79K MILES WHILE ITS ONLY 4YRS OLD. THEY TOLD ME THAT MY CAR IS DEEMED UNSAFE TO DRIVE AND THAT THE WHOLE ORDEAL WILL COST ME $3500. MY WARRANTY EXPIRED AFTER DRIVING MY CAR FOR MORE THAN 60K. THE MAIN ISSUE I SUPPOSE THE MAIN ISSUE IS THAT, THERE IS NO WARNING OR TELL TELL SIGN. THIS COULD HAVE HAPPENED AND PUT ME IN DANGER AND OTHER DRIVERS AROUND ME. I LOST TOTAL CONTROL OF MY CAR BECAUSE THE ELECTRICAL SYSTEM POWERED OFF.

- NHTSA Complaint: CAR STALLS TO ACCELERATE WHEN PRESSING THE GAS PEDAL. LAST NIGHT THE CAR WAS MAKING NOTICEABLE NOISE AND JERKED AS I WAS DRIVING .

THIS MORNING THE CAR WAS STALLING AS I PRESSED THE ACCELERATION ON MULTIPLE OCCASIONS. *TR

- NHTSA Complaint:  TL* THE CONTACT OWNS A 2013 NISSAN ALTIMA. THE CONTACT STATED THAT THE VEHICLE WOULD NOT SHIFT INTO GEAR TO REVERSE. THE VEHICLE WAS TOWED TO A DEALER, BUT WAS NOT DIAGNOSED OR REPAIRED. THE MANUFACTURER WAS NOT MADE AWARE OF THE FAILURE. THE FAILURE MILEAGE WAS 93,985.

- NHTSA Complaint:  CAR WOULD SHUT OFF WHEN STOPPED AT TIMES EVEN ON A BUSY HIGHWAY. LATER BECAME JERKY AND BUMPING WITH ACCELERATION. THESE ISSUES WERE CAUSED BY THE CVT TRANSMISSION AT ABOUT 64500 MILES ON THE CAR.

- NHTSA Complaint:  WHEN FIRST STARTING THE CAR THE RPMS START JUMPING. WEN U GO TO PUT IT IN GEAR IT CLUNCKS. AND WHEN I GO TO ACCELERATE IT WONT GO FASTER THAN 40. (GAS PEDAL TO THE FLOOR)

- NHTSA Complaint:  TAKATA RECALL MY 2013 ALTIMA TRANSMISSION WENT OUT WHEN I WAS ON MY WAY HOME THE CAR STALLED AND THEN BROKE DOWN TWICE ON ME AFTER WE GOT IT HOME MY HUSBAND TESTED IT AND IT SAID IT WAS THE CVT TRANSMISSION WE HAD IT TOWED IN TO NISSAN AND FOUND OUT WE HAD 3 RECALLS ON THIS CAR AND ONE OF THEM WAS THE CVT AND A FEW DAYS LATER NISSAN SAID IT WAS TRANSMISSION AND IT WILL COST $5000 TO FIX IT. CORPORATIONS REFUSED TO KEEP THERE PROMISES ON THERE PRODUCT AND SAID THEY WILL NOT PAY FOR IT. HOWEVER IT WAS UNDER THERE RECALL.

- NHTSA Complaint:  MY CAR HAS 97,500 MILES ON IT EQUIPPED WITH A CVT TRANSMISSION. NISSAN IN THE PAST HAS HAD ISSUES WITH THESE TRANSMISSIONS AND EXTENDED TRANSMISSION WARRANTY TO 120K MILES IN 08-2010 MODELS. AFTER DOING RESEARCH CAR.COM FOUND 2013-14 ALTIMAS AND ROGUES HAVE HAD SAME ISSUE. 2 DAYS PRIOR BEFORE GETTING MY CAR TO DEALER TO HAVE TRANSMISSION CHECKED OUT, I FIRST NOTICED MY RPMS REVVING UP AND DOWN WHILE ON CRUISE CONTROL. FOLLOWING WORKDAY I WAS AT A STOP LIGHT. LIGHT TURNED GREEN AND CARS APPROACHING FAST BEHIND ME TOOK MY VEHICLE 2,000 RPMS TO MOVE FROM STOP LIGHT ALMOST GETTING REARENDED, I WAS ONLY 1,100 MILES OVER MY PAID EXTENDED WARRANTY COMMUNICATED

WITH NISSAN ABOUT THE ISSUES WITH THE CVT TRANSMISSION. LONG STORY SHORT THEY WONT BACK UP THIS FAULTY TRANSMISSION AND NOW I HAVE TO PAY $3,200.00 FOR MY TRANSMISSION TO BE FIXED HTTP://WWW.CARCOMPLAINTS.COM/NISSAN/ALTIMA/2013/TR ANSMISSION/ HTTPS://WWW.CARS.COM/ARTICLES/2013-2016-NISSAN-ALTIMA-ROGUE-TRANSMISSION-ISSUE-1420683183828/ HTTP://WWW.NISSANASSIST.COM/PROGRAMDETAILS.PHP?ME NU=2 THE ABOVE RESEARCH SHOW THEY HAVE ISSUES AND AT SOME POINT SOMEONE CAN BE INJURED OR KILLED OR LIKE ME HAVING TO FORK OVER EXCESSIVE CASH FOR A TRANSMISSION REPLACEMENT NISSAN NEEDS TO STEP UP AND WARRANTY THEIR DEFECTIVE TRANSMISSIONS. *TR

- NHTSA Complaint: TO WHOM THIS MAY CONCERN, I OWN A 2013 NISSAN ALTIMA 4 CYLINDER WITH ROUGHLY 81000 MILES ON IT. ABOUT 2 WEEKS AGO I WAS DRIVING AND THE CAR KEPT STALLING OUT WHEN I WOULD COME TO A STOP LIGHT, BUT I WAS ABLE TO RESTART AND MOVE ON. HOWEVER, IN THE MIDDLE OF THE HIGH WAY IT COMPLETELY SHUT OFF ON ME AND DIDN'T RESTART. THANKFULLY THE TRUCK BEHIND ME HAD ENOUGH ROOM TO SWERVE TO AVOID HITTING ME. ME AND MY CAR WOULD HAVE BEEN TOTALED. I RECEIVED NO WARNING LIGHTS BEFORE THIS ISSUE, IT HAPPENED OUT OF NO WHERE. I RECEIVED A DIAGNOSIS OF "BAD TRANSMISSION" AND WAS GIVEN AN ESTIMATE OF $4200+ TAX. I WAS TOLD THAT SINCE MY EXTENDED WARRANTY RAN OUT THAT I WOULD BE RESPONSIBLE FOR THE PAYMENT IN TOTAL. I DID MY RESEARCH ON THIS PROBLEM AND IT SEEMS THAT MANY PEOPLE ARE HAVING THE SAME ISSUE AS I AM. I AM BEYOND DISAPPOINTED IN NISSAN AND THEIR INABILITY TO WARN CUSTOMERS ABOUT SUCH A DANGEROUS MALFUNCTION IN THEIR CARS. THIS IS INCREDIBLY UNSAFE AND NEEDS SOME TYPE OF INVESTIGATION OR RECALL DONE ON THE TRANSMISSION. GOD FORBID ANYONE HAS THIS ISSUE AND IT COSTS THEIR LIFE. SINCERELY, [XXX] INFORMATION REDACTED PURSUANT TO THE FREEDOM OF INFORMATION ACT (FOIA), 5 U.S.C. 552(B)(6). *TR

- NHTSA Complaint:: HAVE A NISSAN ALTIMA S 2013 AND I FINANCED IT ZERO METER IN SEPT 2013 . YESTERNIGHT MY CAR DIED/SHUTDOWN WHILE TRYING TO ACCELERATE, AFTER STOPPING AT THE STOP LIGHT. I HAD NO CLUE WHAT HAPPENED AT MY CAR. I WAS IN FULL STOP AT THE MOMENT AND WAS TRYING TO MAKE A LEFT TURN. THERE WAS NO WARNING AND I JUST HAD A COLD CAR ALL OF A SUDDEN. I

COULD NOT MOVE MY CAR, THE CAR SHUTS ALL ELECTRICAL POWER. I TRIED TO RESTART MY CAR, AND IT DID, BUT WHEN PUT IT IN DRIVE AND TRIED TO ACCELERATE THE CAR WOULD POWER DOWN AGAIN. I TURNED MY HAZARD LIGHTS ON AND CALL THE TOW COMPANY AS I WAS NOT FAR FROM MY HOME. UNFORTUNATELY MY CAR HAS 66K MILES WHILE ITS   ONLY 3YRS AND 5 MONTHS OLD. MY WARRANTY EXPIRED AFTER DRIVING MY CAR FOR MORE THAN 60K (ONLY 6K MILES OVER). I SUPPOSE THE MAIN ISSUE IS THAT, THERE IS NO WARNING SIGN. THIS COULD HAVE HAPPENED AND PUT ME IN DANGER AND OTHER DRIVERS AROUND ME. I LOST MY CONFIDENCE ON MY CAR BECAUSE THE ELECTRICAL SYSTEM POWERED OFF AND IT CAN STOPPED ANYWHERE. THIS IS A ONGOING PROBLEM WITH NISSAN CVT TRANSMISSION. THEY MUST NEED TO RECALL ALL THE NISSAN ALTIMA WHICH HAVE CVT TRANSMISSION AND CORRECT THE PROBLEM, AND FOR ME I NEED A RELIABLE CAR NOT THIS PIECE OF JUNK, (AMERICAN CAR RUNS MORE EFFICIENTLY THAN NISSAN, A JAPANESE PIECE OF JUNK) "NO MORE NISSAN FOR ME". I TOOK MY CAR TO THE CREST NISSAN FRISCO, TX. LETS SEE WHAT THEY SAY??? *TR

- NHTSA Complaint:   WHEN I GET INTO MY CAR IT STARTS BUT IT WILL NOT COME OUT OF PARK. INITIALLY I HAD TO TURN MY CAR OFF TURN IT BACK ON THREE OR FOUR TIMES AND SOMETIMES IT STILL WON'T WORK. THIS IS UNSAFE AS YOU CAN BE STRANDED IN COLD OR UNSAFE MEDICAL CONDITIONS. DEALER INSTRUCTED IF GEAR LOCKS UP IN PARK AND WILL NOT MOVE YOU PRESS THE SHIFT OVER RIDE WITH A KEY. THIS IS NOT OBVIOUS AND THE ONLY CAR I HAVE HAD THIS ISSUE. NOW THIS HAPPENS 100% OF THE TIME. ONLY 38000 MILES ON THE CAR. VEHICLE IS STATIONARY WHEN THIS HAPPENS.

- NHTSA Complaint:   TL* THE CONTACT OWNS A 2013 NISSAN ALTIMA. WHEN THE ACCELERATOR PEDAL WAS APPLIED, THE VEHICLE WAS SLOW TO PICK UP SPEED AND THE GEARS WERE SLOW TO CHANGE OVER. THE VEHICLE WAS TAKEN TO THE DEALER FOR DIAGNOSTIC TESTING AND REPAIR. THE MANUFACTURER WAS NOTIFIED OF THE FAILURE. THE APPROXIMATE FAILURE MILEAGE WAS 100,233.

- NHTSA Complaint:   CAR INTERMITTANTLY STALLS AFTER STOPPING AT STOP SIGN OR TRAFFIC LIGHT.

- NHTSA Complaint:   SINCE OWNING THE ALTIMA. THE TRANSMISSION "SHUTTERS AND VIBRATES THE CAR FROM A

STOPPED POSITION. IF THE CAR IS PARKED AND YOU START IT PUT IT IN REVERSE OR DRIVE IT WILL SHAKE VIOLENTLY AND SHUT OFF. IT WILL NOT CAUSE THE CHECK ENGINE LIGHT TO COME ON. THE DEALERSHIP HAS HOOKED IT UP TO COMPUTER TO FIX AND REPLACED A VALVE TWICE. NISSAN REFUSES TO REPLACE TRANSMISSION BECAUSE NO FAULT CODE IS SHOWING WHEN TAKEN TO SERVICE DEPARTMENT. TAKEN TO DEALERSHIP MORE THAN 6 TIMES FOR THIS SINCE OWNING IT. IT HAS SHUT OFF ON THEM BUT NISSAN STILL REFUSES TO REPLACE TRANSMISSION.

- NHTSA Complaint: MY TRANSMISSION JUT STARTED ACTING UP. I CHECK FOR RECALL AND THERE IS A SERVICE CAMPAIGN CALL. TOOK MY CAR TO THE DEALERSHIP ON FOR THEM TO TELL ME THAT I NEEDED A NEW TRANSMISSION MY CAR ON HAS 86,000 MILES AND I HAVEN'T HAD ANY TROUBLE BEFORE. I SEE THAT THERE ARE MANY PEOPLE COMPLAINING ABOUT THIS TRANSMISSION PROBLEM AND I THINK NISSAN SHOULD COVER TO REPLACE MINE.

- NHTSA Complaint: FIRST, MY CAR WOULD HESITATE TO CHANGE GEARS WHEN STARTED. WHILE AT A COMPLETE STOP MY CAR STARTED WITH A JERK AND THE RPM NEEDLE WOULD FLUTTER. NEXT, I WOULD ATTEMPT TO ACCELERATE FROM A COMPLETE STOP AND THE CAR WOULD HESITATE TO MOVE. I'D PRESS THE GAS AND GO NOWHERE WITH THE RPM NEEDLE AT ITS MAX THEN SUDDENLY TAKE OFF UNTIL ONE DAY I STARTED THE CAR AND IT WOULD NOT MOVE. I HAD THE CAR TOWED TO MY LOCAL NISSAN DEALERSHIP AND WAS ADVISED IT WAS VALVE AND CVT RELATED. LONG STORY SHORT, I REPAIRED WHAT THEY SAID I NEEDED TO REPAIR, $1400 AND 2 DAYS AFTER I PICKED THE CAR UP, THE SAME ISSUE OCCURRED, JERKING AT COMPLETE STOPS AND THE ENGINE LIGHT CAME ON 4 DAYS LATER. NISSAN CONSUMER AFFAIRS WOULD NOT HELP ME EVEN THOUGH THEY'VE HONORED CERTAIN VIN NUMBERS FOR THE SAME PROBLEM. SO MY CAR IS CURRENTLY IN THE SHOP, AGAIN, 5 DAYS AFTER I PAID $1400 FOR A 4 YEAR OLD CAR THAT HAD BEEN DIAGNOSED ME SENT HOME WITH A CLEAN BILL OF HEALTH.

- NHTSA Complaint: CAR STALLED IN TRAFFIC, AT LIGHTS, HESITATES AND SHUDDERS. SAFETY ISSUE IS THE STALLING IN TRAFFIC. SYMPTOMS BEGAN APPROXIMATELY TWO (2) WEEKS AGO, HAVE KEPT LOG OF DATES, SYMPTOMS, TIME, AND TRAFFIC CONDITIONS. ,

- NHTSA Complaint: MY STORY EXACTLY LIKE ALL THE REST. FROM THE DAY I PICKED UP THE VEHICLE THE VEHICLE SOMETIME ACTED STRANGE. THEN OF COURSE SITTING AT STOP LIGHT AFTER 80K MILES...CAR GOES INTO DRIVE BUT THEN DIES. TOW THE VEHICLE IN MYSELF TO SHOP WHO DIAGNOSED AS "NEED NEW TRANSMISSION". 5 THOUSAND DOLLARS... WHAT A PIECE OF CRAP! BILLY (TOMBALL TX) 713-858-1170

- NHTSA Complaint: AFTER RECENT RECALL WORK DONE ON CVT (REPROGRAMMING) 1 WEEK AGO , TWICE IN THE LAST WEEK THE CAR HAS FAILED TO MOVE FROM STATIONARY WHEN ACCELERATOR PEDAL WAS PRESSED FROM IDLE/STANDING - ENGINE DID NOT REV HIGHER ETC, LITERALLY NOTHING HAPPENED AT ALL. HAD TO TAKE ALL PRESSURE OF ACCELERATOR PEDAL, WAIT A FEW SECONDS, THEN PRESS AGAIN TO ACTUALLY MOVE - DANGEROUS STOPPED IN THE MIDDLE OF THE CITY STREET/TRAFFIC.

- NHTSA Complaint: MY NISSAN ALTIMA 2013-ONLY HAS 51,000 MILES. I DRIVING TOWARDS THE GWB AND WAS SITTING ON HEAVY TRAFFIC HEADING TO THE EXIT WHEN MY CAR STARTED TO VIBRATE AND THEN SHUT OFF. ALL THE LIGHT ON MY DASHBOARD CAME ON. I PUT THE STEER BACK TO PARK. AND RESTARTED MY CAR, IT VIBRATED A LITTLE MORE WHEN IT SHUT OFF FOR THE SECOND TIME. I TRIED A FINAL TIME TO TURN MY CAR BACK ON, WHICH FINALLY DID NOT SHUT OFF AND WAS ABLE TO DRIVE TO WORK. I WAS SUPER SCARED AS I WAS ON A MAJOR HIGHWAY, LUCKY FOR ME IT WAS HEAVY TRAFFIC AND THE OTHER VEHICLES WERE DRIVING SLOWER THAN USUAL. THIS IS NOT SAFE AS I USUALLY DRIVE WITH MY 6 YEAR OLD WITH ME. I GOT TO WORK I LOOKED UP WHAT HAD HAPPENED TO ME AND THERE ARE TONS OF COMPLAINS ABOUT THE SAME ISSUE WITH THE TRANSMISSION. I DON'T KNOW WHY NISSAN HAS NOT ADDRESSED THIS ISSUE. I CANNOT SAY THIS CAR IS RELIABLE ANYMORE. I CALLED MY DEALERSHIP AND TAKING THE CAR IN TOMORROW. I AM HOPING THEY CAN CHANGE MY TRANSMISSION AS I AM STILL IN WARRANTY.

- NHTSA Complaint: GEAR SHIFT WILL NOT COME OUT OF PARK. MULTIPLE TRIES SOMETIMES MAKES THE SOLENOID RELEASE, BUT DEALER SAYS THE MECHANISM NEEDS TO BE REPLACED $700. MANY COMPLAINTS ON THE WEB, BUT NO RECALL.

- NHTSA Complaint: BOUGHT THIS AUTO NEW AND FROM BEGINNING HAD PROBLEMS WITH ROUGH OR STUTTERED SHIFTING WHEN CLIMBING HILL (WORST), DESCENDING HILL, DRIVING ON FLAT AREAS, DEPRESSING OR RELEASING GAS PEDAL. I LET THE MAINTENANCE DEPT KNOW WHEN GETTING CAR SERVICED AT THREE MONTHS AND WAS TOLD THIS WAS NORMAL! SURE. I BROUGHT THIS UP AGAIN TWO MORE TIMES AND THEY COULD FIND NOTHING WRONG. AFTER THE RECALL CAME OUT ON THE TRANSMISSION CONTROL MOD , THE FIX HELPED SOMEWHAT. NOW A FEW WEEKS LATER, IT IS WORSE THAN BEFORE, ESPECIALLY IN THE HILLS. THIS FIXED DIDN'T HELP AND MORE INVESTIGATION NEEDS TO TAKE PLACE IN ORDER TO FIND THE PROBLEM AND FIX IT CORRECTLY. THIS HAD BEING GOING ON ALMOST 4 YEARS FROM THE DATE OF PURCHASE TO YESTERDAY LAST DAY DRIVEN. SOONER OR LATER THE TRANSMISSION WILL QUIT WORKING FROM THIS TROUBLE.

- NHTSA Complaint: TL* THE CONTACT OWNS A 2013 NISSAN ALTIMA. WHILE DRIVING 5 MPH OR WHILE IN A LOWER GEAR, THE VEHICLE SHOOK AND FAILED TO ACCELERATE. THE CONTACT STATED THAT IT FELT LIKE THE VEHICLE WAS ABOUT TO STALL. THE VEHICLE ALSO MADE A REVVING NOISE WHILE DRIVING AT LOW SPEEDS. THE FAILURE RECURRED MULTIPLE TIMES. THE VEHICLE WAS NOT DIAGNOSED OR REPAIRED. THE MANUFACTURER WAS NOT MADE AWARE OF THE ISSUE. THE APPROXIMATE FAILURE MILEAGE WAS 39,000.

- NHTSA Complaint: 2013 NISSAN ALTIMA 2.5S WAS SERVICED ON DECEMBER 19, 2016 AT PLANET NISSAN 5850 CENTENNIAL CENTER BLVD. LAS VEGAS, NV 89149 DEALER PERFORMED R1609 OCS RECALL & PC490 CVT REPROGRAM RECALL. DURING THESE PROCESS SOME ELECTRICAL ITEMS DAMAGE. NOW CVT (CONTINUES VARIABLE TRANSMISSION) IS FAILING. ON APRIL 6, 2017 TOOK VEHICLE TO AUTONATION NISSAN LAS VEGAS 5800 W. SAHARA AVE THE SERVICE CONSULTANT SAID CVT IS BAD AND NEEDS TO BE REPLACE BUT NISSAN DO NOT WANT TO PAY. VEHICLE DRIVES BUT WHEN YOU REACH 25-35 MILES PER HOUR IT JERKS, ALSO 65 MILES PER HOUR IT JERKS THEN IT LOOSES POWER, VEHICLE COMES TO A STOP AND IT DOES NOT MOVE. THIS VEHICLE IS NOT SAFE TO BE ON THE ROAD. NISSAN NEEDS TO CORRECT THIS ISSUE BEFORE SOMEBODY GETS INJURED.

- NHTSA Complaint:: NISSAN CVT TRANSMISSIONS I ALWAYS HAD THE SHAKING AND JUDDERING PROBLEM AFTER THE

NISSAN CVT SOFTWARE RECALL THE SHAKING AND JUDDERING GOT WORSE AND KNOW THE DEALER IS TELLING ME THE VALVE IN THE CVT NEEDS REPLACING AFTER A MONTH OF THE RECALL AND AFTER MONTH MY POWERTRAIN WARANTY EXPIRED THE VEHICLE SHAKES WHILE REVERSING OR IN DFIVE OR IN PARK OR JUST IDLE

- NHTSA Complaint: I WAS DRIVING ON A CITY STREET AND CAME TO A RED LIGHT, WHEN THE LIGHT TURNED GREEN IT WAS AS IF MY CAR SHUT DOWN. I WAS UNABLE TO ACCELERATE, BREAK, TURN THE CAR OFF AND PLACE IN PARK. THE CAR COASTED AS IF IT WAS IN NEUTRAL AND I STEERED IT TO THE CURB. I SLAMMED ON BREAKS AS HARD AS I COULD AND THE CAR JERKED SO HARD. I WAS ABLE TO GET IT IN PARK BUT THE CAR WOULDNT TURN OFF FOR ABOUT 30 SECONDS. I WAS FINALLY ABLE TO GET IT TURNED OFF AND STARTED AGAIN AND DROVE IT HOME (LESS THAN A MILE) AND PARKED IT. I AM TERRIFIED TO DRIVE THIS CAR

- NHTSA Complaint: TL* THE CONTACT OWNS A 2013 NISSAN ALTIMA. WHILE AT A STOP LIGHT, THE VEHICLE STALLED AND SHUT DOWN. THE VEHICLE WAS TURNED OFF AND RESTARTED. THERE WERE NO WARNING INDICATORS ILLUMINATED. THE FAILURE RECURRED. THE DEALER DIAGNOSED THAT THE TRANSMISSION NEEDED TO BE REPLACED. THE MANUFACTURER WAS MADE AWARE OF THE FAILURE AND PROMISED TO CONFER WITH THE REGIONAL MANAGER AND CALL THE CONTACT BACK. THE FAILURE WAS NOT REMEDIED. THE FAILURE MILEAGE WAS 67,900.

- NHTSA Complaint: THE CAR WAS RUNNING FINE UNTIL 4/26/17. IT STARTED TO ALMOST STALL AT RED LIGHTS WHILE DRIVING TO WORK, THEN IT COMPLETELY STOPPED MOVING IN TRAFFIC, THE ENGINE STAYED ON BUT THE CAR WOULD NOT SHIFT. NO LIGHT ON DASH OR WARNING. LUCKILY I WAS ABLE TO COAST TO THE SIDE OF THE ROAD. NEED A NEW TRANSMISSION

- NHTSA Complaint: VEHICLE WHILE IN MOTION AT LOW SPEED BEGAN TO SHUDDER, AND STALLED WHEN BRAKE APPLIED. AFTERWARDS, VEHICLE STARTED WHILE IN PARK, BUT STALLED IMMEDIATELY WHEN SHIFTING INTO DRIVE. DEALER DETERMINED THAT CVT TRANSMISSION HAD FAILED.

- NHTSA Complaint: IN JANUARY OF 2017 MY CAR HAS STARTED HAVING TRANSMISSION PROBLEMS. THE TRANSMISSION WOULD JERK AND AS HIGHER SPEEDS WERE BEING PURSUED

IT HAD DIFFICULTY REACHING IT. MY CAR EVEN COMPLETELY DIED. I TOOK TO A LOCAL SHOP WHO TOLD ME WHAT IT WAS. I DECIDED TO LOOK ONLINE AND SEE IF I WAS THE ONLY ONE WITH THE PROBLEM. TO MY SURPRISE THERE HAD BEEN A RECALL ON MY TRANSMISSION THAT WAS EFFECTIVE DECEMBER 08, 2016. I WAS NOT AT THIS POINT IN TIME GIVEN A RECALL NOTICE OF ANY SORT. ACTUALLY I NEVER RECEIVED THE NOTICE UNTIL MARCH 13. I IMMEDIATELY CALLED MY DEALERSHIP TO BRING IN. AS I WAS BRINGING IT IN IT WOULDN'T REACH SPEEDS OVER 25 MPH. THE RECALL STATES THAT CONTINUING TO DRIVE THIS VEHICLE WITHOUT THE RECALL PERFORMED CAN LEAD TO ACCELERATED WEAR ON THE CVT TRANSMISSION. THE DEALER TOLD ME THAT THE CAR HAD BEEN DELIVERED IN THE TIME FRAME NECESSARY, BUT THAT MY TRANSMISSION WAS NOW DEAD AND WOULD COST ME $4000!!!! NOTE: STILL PAYING PAYMENTS ON THIS CAR. SO, ANYWAYS I"VE BEEN SENT THROUGH PHONE LINES AND HUNG UP ON TO NO END. I WENT BACK TO DEALERSHIP AND ASKED THEM FOR A DIAGNOSIS ON MY TRANSMISSION. I WANTED TO KNOW HOW IT COMPLETELY DIED. THEY SAID THEY DIDN'T DIAGNOSE TRANSMISSIONS THERE. SO I THEN SAID WELL YOU TOLD ME THIS RECALL DID NOT CAUSE MY TRANSMISSION DAMAGE. I SAID SO YOU ACTUALLY DON'T KNOW IF THIS IS IN FACT THE PROBLEM. THE GUY AGREED WITH ME! THEY THEN BROKE DOWN AND LET ME HAVE THEIR BOSSES NUMBER WHO APPARENTLY NEVER GIVES THIS NUMBER OUT. I HAD TALKED TO HER PREVIOUSLY AND SHE WAS NO HELP FOR ME. NOT EVEN SYMPATHETIC NOR OFFERING ME A REASON. I ALSO ASKED THE DEALERSHIP TO REPAIR THE RECALL. THEY REFUSED. I AM AT A LOSS. ITS BEEN THREE MONTHS WITHOUT MY CAR. I STILL PAY ON IT! I AM DEVASTATED AND DON'T KNOW WHO CAN HELP ME!

- NHTSA Complaint:  TL* THE CONTACT OWNS A 2013 NISSAN ALTIMA. WHILE DRIVING APPROXIMATELY 40 MPH, THE TRANSMISSION STOPPED WORKING WITHOUT WARNING. THE VEHICLE WAS COASTED TO THE SIDE OF THE ROAD AND TOWED TO A DEALER WHERE IT WAS DIAGNOSED THAT THE TRANSMISSION NEEDED TO BE REPLACED. THE DEALER ALSO STATED THAT THE FAILURE HAD NOTHING TO DO WITH THE PREVIOUS RECALL REPAIR THAT WAS COMPLETED ON THE VEHICLE. THE MANUFACTURER WAS MADE AWARE OF THE FAILURE AND STATED THAT THE VEHICLE WAS NO LONGER UNDER A WARRANTY. THE VEHICLE WAS NOT REPAIRED. THE RECALL DETAILS WERE NOT PROVIDED. THE FAILURE MILEAGE WAS APPROXIMATELY 153,000.

- NHTSA Complaint: AT A STOPLIGHT AT A BUSY INTERSECTION, THE CAR STALLED. WHEN PUT IN GEAR IT DIES. AFTER HAVING IT TOWED TO THE DEALERSHIP, I WAS TOLD THAT THE CVT TRANSMISSION WAS BAD. THE VEHICLE HAS 60,080 MILES AND THE WARRANTY IS GOOD TO 60,000 MILES.

- NHTSA Complaint: ON APRIL 29, 2017 WHILE SITTING AT A STOP LIGHT, THIS VEHICLE STALLED AT A BUSY HIGHWAY INTERSECTION AND COULD NOT BE MOVED, WHEN THE CVT TRANSMISSION WENT OUT. AFTER CONTACTING NISSAN I WAS TOLD THAT IT IS MY RESPONSIBILITY TO PAY THE $5000 FOR A NEW TRANSMISSION. I HAVE ONLY OWNED THIS CAR FOR 1 YEAR AND IT HAS LESS THAN 80,000 MILES ON IT. I HAVE THE DOCUMENTATION THAT THE CVT WAS REPROGRAMMED AT 24,781 MILES. THIS IS OBVIOUSLY AN ONGOING ISSUE WITH THE NISSAN CVT TRANSMISSIONS, AND EVEN THE WARRANTY ON 2010 HAS BEEN INCREASED THE 120,000, BUT NOT THE 2013. IT IS A SHAME THAT I HAD A 2005 NISSAN WITH OVER 200,000 MILES AND IT STILL RAN GREAT, BUT UNFORTUNATELY I SOLD IT TO BUY A NEWER NISSAN, EXPECTING THE SAME RELIABILITY. I HAVE CURRENTLY BEEN WITHOUT THIS VEHICLE FOR OVER A MONTH. THIS 2013 ALTIMA WAS PREVIOUSLY A LEASED VEHICLE AND HAS HAD ALL NECESSARY MAINTENANCE PREFORMED, BUT NISSAN IS STILL NOT STANDING BEHIND THEIR VEHICLE. IS IT GOING TO TAKE A DEATH CAUSED BY THE CVT BEFORE NISSAN WILL AGREE THEY ARE A FAULT? I HAVE HAD OVER $200 IN TOWING EXPENSES ALONE PLUS THE INCONVENIENCE OF NOT HAVING A VEHICLE FOR SUCH A LONG PERIOD OF TIME. NISSAN SHOULD BE ASHAMED TO PUT THEIR NAME ON A TRANSMISSION THAT HAS SO MANY ISSUES. IT IS NEARLY IMPOSSIBLE TO GET TO TALK TO A NISSAN REPRESENTATIVE AND I AM CURRENTLY MAKING PAYMENTS ON A USELESS VEHICLE.

- NHTSA Complaint: LEAVING WORK FROM PARKING GARAGE ON MAY 30,2017, PUT CAR IN GEAR FOR REVERSE AND CAR DID NOT MOVE, FORWARD AND BACKWARDS,HAD TO GET HELP TO PUSH CAR IN PARKING SPACE AND GET A RECKER TO PULL THE CAR HOME, CARS GEARS ARE NOT WORKING, AND THIS IS A 2013 NISSAN ALTIMA.

- NHTSA Complaint: CPSC: 2013 NISSAN ALTIMA, I WAS DRIVING MY CAR ON THE HIGHWAY AND MY CAR JUST DIED. THE CAR STARTS BUT I PUT IN DRIVE IT SHUTS OFF AGAIN, THIS IS A VERY SERIOUS SAFETY ISSUE AND HAS HAPPENED TO LOTS

OF OTHER NISSAN OWNERS BUT NISSAN ONLY EXTENDED WARRANTY ON THEY TRANSMISSION ON CARS FROM 2008 T0 2010. *BF UPDATED 06/13/2017*JS

- NHTSA Complaint:  THIS IS THE SECOND TIME MY 2013 NISSAN ALTIMA STOPPED. FIRST TIME AT SIGN LIGHT IN TRAFFIC EARLY MARCH 2017 I HAD TO PUSH IT OUT OF DANGER AND HAD IT TOWED HOME. AND TODAY JUNE 10 2017 IT JUST STOPPED I HAD TO PUSH IT INTO A SAFE AREA AND AGAIN I HAD IT TOWED HOME. I PURCHASED THE LAST MAY 2016.

- NHTSA Complaint:  VEHICLE STOPS WITHOUT ANY NOTIFICATION, SOMETIMES STALLS BEFORE SHUTTING OFF.

- NHTSA Complaint:  THE PROBLEM EXPERIENCED WITH MY 2013 NISSAN ALTIMA OCCURS WHEN THE VEHICLE IS IN MOTION ON STREETS OR HIGHWAYS. WHILE DRIVING WHEN THE AMBIENT TEMPERATURE IS HOT (I.E. >95 DEGREES), THE CAR PERIODICALLY APPEARS TO ENTER INTO "LIMP MODE" WHERE POWER IS CUT FROM THE ENGINE AND THE VEHICLE LOSES THE ABILITY TO ACCELERATE. IT IS MY OPINION THAT THE DEFECT IS CAUSED BY HIGH TEMPERATURE WITHIN THE TRANSMISSION (CVT) FLUID AND A SENSOR TRIGGERS A "LIMP MODE" TO PROTECT THE TRANSMISSION FROM DAMAGE. THIS CAUSES AN EXTREMELY UNSAFE CONDITION SINCE I (THE DRIVER) MAY LOSE THE ABILITY TO ACCELERATE IN TRAFFIC (I.E. WHILE MAKING A LEFT HAND TURN) RESULTING IN SERIOUS INJURY OR DEATH. MY OWN INTERNET RESEARCH HAS SHOWN THAT THIS IS A COMMON PROBLEM WITH NISSAN (CVT) TRANSMISSIONS AND THE MECHANICAL FIX IS TO INSTALL A TRANSMISSION COOLER. THE NISSAN DEALERSHIP HAS DRIVEN THE VEHICLE AND STATED THAT THEY CANNOT REPRODUCE THE PROBLEM, THEREFORE THEY HAVE NOT OFFERED A SOLUTION TO THIS UNSAFE CONDITION.

- NHTSA Complaint:  WE HAVE NOT RECEIVED ANY RECALLS SINCE PURCHASE OF CAR.ON 06/30/17,MY DAUGHTER CALLED AND INFORMED ME THE CAR WAS HAVING PROBLEMS. WHAT SHE DESCRIBED SOUNDED AS IF THERE WAS WATER IN THE GAS.ITOLD HER TO DRIVE TO THE DEALER IN CONWAY AR.IT WAS BROUGHT TO OUR ATTENTION THERE WAS A RECALL ON THE CVT.THEY REPROGRAMED IT AND TEST DROVE THE CAR. THEY SAID IT WAS OK ,BUT WERE A LITTLE IFFY ABOUT WHETHER WE MIGHT HAVE MORE PROBLEMS.IN THE MEANTIME I FOUND OUT THERE WERE SEVERAL RECALLS ON THE CAR,INCLUDING THE PASSENGER SIDE AIR BAG AND THE

HOOD LATCH.THESE WERE SERIOUS SAFETY PROBLEMS ,IN AND WE HAD RECEIVED NO RECALLS.WE WOULD APPRECIATE ANY ASSISTANCE YOU MAY HELP WITH.SHE SAID IT SOUNDED AS IF IT WOULD BLOW UP,AT THE TIME.SHE BROUGHT THE CAR HOME(3.5 HR. DRIVE)AND AFTER A BRIEF STOP,IT WOULD NOT BUDGE.I LOADED THE CAR ON A TRAILOR AND TOOK IT TO THE DEALER IN JONESBORO AR.ITOLD THE SERVICE MAN ABOUT IT AND THAT I HAD CONTACTED NHTSA AND WAS ASSIGNED A CASE #27278124,BUT HE DIDN'T SEEM TOO INTERESTED IN IT. I LATER FOUND THE RECALL ON THE PASSENGER SIDE AIR BAG.THE CONWAY PEOPLE SAID THEY PREFORMED THE HOOD LATCH RECALL.P.S,IALSO WAS TOLD THE CVT RECALL WAS INTERNAL.

- <u>NHTSA Complaint:</u> WE PURCHASED A USED NISSAN 2013 ALTIMA APPROXIMATELY 2 MONTHS AGO. WE WERE DRIVING WESTBOUND ON INTERSTATE 71 BETWEEN FLORENCE, KENTUCKY AND LOUISVILLE, KENTUCKY. THE CAR HAD ABOUT 86,000 MILES ON IT AT THE TIME OF THE INCIDENT. WHILE DRIVING THE CAR SEEMED TO VIBRATE AND FEEL LIKE IT WAS MISSING OR STALLING. FREQUENTLY THE TACHOMETER WOULD REV HIGH WITHOUT ANY CHANGE IN ACCELERATION. WE STOPPED AT A REST AREA JUST EAST OF LOUISVILLE. WHEN WE LEFT THE REST AREA TO MERGE BACK ON TO I-71 WE LOST ALL ACCELERATION AND HAD TO PULL ON TO SHOULDER BEFORE BEING STRUCK BY AN ONCOMING SEMI. THE CAR JERKED BACK INTO MOVEMENT AND WE MADE IT INTO LOUISVILLE AND ONTO I-64. THE FARTHER WE WENT THE LESS RESPONSIVE THE CAR GOT AND WE SLOWED TO A MAXIMUM SPEED OF ABOUT 30 MILES AN HOUR AND HAD TO PULL ONTO THE VERY NARROW SHOULDER TO GET OUT OF THE HEAVY TRAFFIC.  AFTER LETTING THE CAR SIT FOR ABOUT 10 MINUTES WE WERE ABLE TO GET IT MOVING AGAIN AND AFTER 2 MORE STOPS MADE IT TO CORYDON, INDIANA. AT THAT POINT WE RODE IN THE OTHER VEHICLE WE WERE TRAVELING WITH THE REST OF THE WAY HOME THEN RETURNED TO CORYDON WITH A TRAILER TO HAUL THE NISSAN HOME. WE HAULED THE NISSAN TO A LOCAL TRANSMISSION SHOP WHERE THE OWNER DETERMINED THE CVT TRANSMISSION PAN WAS FULL OF METAL SHAVINGS AND THE TRANSMISSION WAS DEEMED SHOT! SUBSEQUENT TO THIS HAPPENING WE FOUND OUT THAT NISSAN HAD EXTENDED THEIR POWER-TRAIN WARRANTY FROM 60,000 TO 120,000 MILES ON EARLIER MODELS (THROUGH 2010), BUT NOT THE 2013. WE HAVE ENCOUNTERED SIGNIFICANT TIME LOST, VERY SIGNIFICANT EXPENSE, AND WERE IN DANGER OF

BEING REAR-ENDED ON THE INTERSTATE WHEN THE CAR LOST ALL ACCELERATION.

- NHTSA Complaint: I HAVE OWNED A 2013 NISSAN ALTIMA FOR JUST OVER 3 YEARS. THE CAR HAD APPROXIMATELY 99,000 MILES ON IT WHEN THE TRANSMISSION DIED ON ME. I WAS MAKING THE SHORT TRIP TO HOME DEPOT ONE DAY (APPROX. 3 WEEKS AGO) WHEN MY NISSAN ALTIMA STALLED IN THE MIDDLE OF THE STREET! I WAS AT A TRAFFIC LIGHT WHEN MY CAR SHUDDERED AND THEN STALLED IN THE MIDDLE OF THE BUSY INTERSECTION; THANKFULLY IT TURNED BACK OVER AND I WAS ABLE TO CONTINUE MY TRIP. AFTER I FINISHED MY SHOPPING AT HOME DEPOT I CAME TO MY CAR AND TRIED TO LEAVE, THE CAR STARTED BUT WOULD SHUTTER AND DIE AS SOON AS I PUT IT INTO DRIVE OR REVERSE. EVENTUALLY, I GOT THE CAR TOWED TO THE CLOSEST DEALERSHIP WHICH WAS 40 MINS AWAY. AT THE DEALERSHIP THEY TOLD ME THAT MY TRANSMISSION WAS SHOT AND THAT IT COULDN'T BE FIXED AND HAD TO BE REPLACED...$4,500!!! DESPITE THERE BEING A RECALL ON THE CVT WHICH CONTROLS THE 2ND PULLEY IN THE TRANSMISSION, THEY TOLD ME THAT THE CVT RECALL HAD NOTHING TO DO WITH MY TRANSMISSION DYING. EVENTHOUGH, THE RECALL ITSELF STATES THAT FAILING TO GET THE RECALL PERFORMED COULD CAUSE DAMAGE; $4,500 CONTLSTITUTES SERIOUS ENOUGH DAMAGE TO ME! I CONTACTED THE NISSAN AMERICA CORPORATE OFFICE AND THEY BASICALLY ECHOED WHAT THE DEALERSHIP SAID AND WE'RE OF NO HELP.

- NHTSA Complaint: HAVING A SHAKING WOBBLE AT LOW SPEED IN THE FRONT SUSPENSION LIKE THE FRONT SUSPENSIONS GOING TO FALL OFF. WAS THERE EVER SINCE I BOUGHT THE CAR NEW. I THINK IT MUST BE THE MOUNTS OR LOOSE SUPPORT RODS, BUT I FEEL YOU NEED TO RECALL MY CAR TO FIX IT. THIS SEEMS TO BE A ACCIDENT WAITING TO HAPPEN. IT GETS WORST WHEN TURNING RIGHT AT VERY LOW SPEEDS.

- NHTSA Complaint: 2013 NISSAN ALTIMA. CONSUMER WRITES IN REGARDS TO VEHICLE ACCIDENT AND TRANSMISSION RECALL ISSUES. *LD THE CONSUMER STATED THE VEHICLE WAS INVOLVED IN AN ACCIDENT BEFORE RECEIVING A RECALL NOTICE FOR THE TRANSMISSION (35-00F4-72D). THE CONSUMER INQUIRED IF THE RECALL FAILURE WAS RELATED TO THE CAUSE OF THE ACCIDENT. UPDATED 08/28/2017*JS

- NHTSA Complaint:   THE CVT TRANSMISSION ON MY 2013 ALTIMA WENT OUT. I PURCHASED THIS CAR BRAND NEW AND COMPLETED REQUIRED MAINTENANCE. THE TRANSMISSION WENT OUT AFTER LESS THAN 4 YEARS AND AT 70K MILES. IT SEEMS THAT THOUSANDS OF CONSUMERS HAVE HAD THE SAME ISSUE. THE CAR WILL SHUTTER, JERK, AND SHUT OFF WHEN YOU ARE STOPPED/IDLE. THE CAR ALSO SHUTTERS WHEN ACCELERATING AND DOES NOT HAVE MUCH POWER. THIS WAS AN EXTREME SAFE HAZARD WHEN I WAS DRIVING ON THE HIGHWAY. THE CAR IS NOT SHIFTING GEARS PROPERLY/TRANSMISSION BROKE. NISSAN HAD AN ISSUE WITH THE CVT TRANSMISSION FOR MODEL YEARS 2006-2010 AND OFFERED AN EXTENDED WARRANTY FOR THOSE YEARS. NISSAN SHOULD REIMBURSE AND/OR OFFER WARRANTY EXTENSION FOR 2011+ MODELS AS WELL.

- NHTSA Complaint:   TAKATA RECAL: I HAVE A 2013 NISSIAN ALTIMA AND WHEN I PUSH THE GAS PEDAL IT DOESN'T ACCELERATE LIKE IT SUPPOSED TO. FOR AN EXAPMLE WHEN I PUSH THE GAS PEDAL ALL THE WAY TO THE FLOOR IT DOESN'T DO ANYTHING. THIS HAPPENS ABOUT TWO OR THREE TIMES WHEN I'M DRIVING IN A 20MINUTE SPAN. ALSO, WHEN I TURN OFF MY CAR (IT HAS A PUSH START) MY BREAK LIGHTS ARE ON. WHEN I TURN IT OFF I DON'T HAVE TO PUSH THE BREAK AND PUSH THE START BUTTON. (THE CAR THINKS I'M STEPPING ON THE BREAK).

- NHTSA Complaint:  FAULTY TRANSMISSION CVT

- NHTSA Complaint:  MY AUTO DO NOT EVEN HAVE 70,000 MILES AND NEEDS A NEW TRANSMISSION. $ 4,000 ??? REALLY???

- NHTSA Complaint:  60,064 MILES MY TRANSMISSION WENT. THE CAR IS ONLY 3 YEARS OLD AND SHOULD NOT BE HAVING THESE PROBLEMS. I HAVE LOOKED UP REVIEWS ON THIS CAR AND SEEN THIS IS A COMMEN PROBLEM FOR THIS CAR. SO WHY HASN'T THERE BEEN A RECALL ON IT? MY CAR DIED IN THE MIDDLE OF A HIGHWAY AND I COULD HAVE BEEN KILLED! I HAD TO HAVE IT TOWED FROM THE SCENE.

- NHTSA Complaint:   I HAVE A 2013 ALTIMA THAT SHUDDERS/HESITATE/VIBRATES INTERMITTENTLY UPON ACCELERATION. I HAVE TAKEN IT TO THE DEALERSHIP TWICE. UPON PICKING UP MY CAR, I HAVE BEEN TOLD THAT THE ISSUE COULD NOT BE DUPLICATED. THE PROBLEM STARTED AT APPROXIMATELY 25,000 MILES. I AM KNOW AT 54,000 MILES AND FEAR THAT THE WARRANTY WILL BE UP

BEFORE A SOLUTION IS FOUND. THE SHUDDERING/VIBRATION/HESITANCY CAN HAPPEN ANYWHERE. I HAVE RESEARCHED THE ISSUE ONLINE AND FOUND NUMEROUS COMPLAINTS, HOWEVER, NO RECALLS.. I AM SURE NISSAN KNEW OF THE DEFECT PRIOR TO RELEASING THE VEHICLES AND SOMETHING NEEDS TO BE DONT TO CORRECT THIS ISSUE.

- NHTSA Complaint: MY TRANSMISSION WENT OUT ON A THREE YEAR OLD CAR AS I WAS DRIVING ON A HIGHWAY. I ATTEMPTED TO PUSH DOWN ON THE GAS PEDAL ON THE HIGHWAY AND THE CAR WOULD NOT ACCELERATE. AFTER I D ABLE TO PULL OVER AND ATTEMPTED TO DRIVE PUSHING DOWN ON THE GAS THE CAR BEGAN TO ROLL BACKWARDS. WHEN I SWITCH TO DIFFERENT GEARS THE CAR ROLLED BACKWARDS. I HAD TO BE TOWED O THE NEAREST DEALERSHIP.

- NHTSA Complaint: WHEN CROSSING AN INTERSECTION MY CAR STOPPED AND WOULD NOT GO FOR A FEW SECONDS. I WAS JUST FORTUNATE THERE WERE NO CARS COMING. IT'S HAS STOPPED LIKE THIS MANY TIMES I JUST HAVEN'T BEEN IN THE MIDDLE OF AN INTERSECTION. MY PREGNANT DAUGHTER WAS VERY UPSET WHEN IT HAPPENED TO HER ON AN OCCASION SHE WAS DRIVING IT. I'M ALSO EXTREMELY UNHAPPY ABOUT THE RUST IN MY WHEELS. I CAN'T BELIEVE THAT A 2013 CAR HAS THIS HAPPENING. I HAD A 2007 MONTARO THAT HAD LESS RUST AROUND ITS TIRES BEFORE I TRADED IT FOR THIS CAR. I'M EXTREMELY DISAPPOINTED.

- NHTSA Complaint: VEHICLE JERKS AT STOPS AND TAKES OFF, RPMS CLIMBED ON THEIR OWN, VEHICLE WON'T START AND WAS TOWED IN, VEHICLE STALL IN MOVING TRAFFIC ON A MAJOR INTERSTATE, AND FAN BLOWER.

- NHTSA Complaint: CAR SHAKES AT 1900 RPM (EVERYTIME YOU PASS BY 1900RPM) AND WHEN STOPPED AT LIGHT (WHEN YOU HAVE BRAKES APPLIED). THIS VIBRATION CAN BE FEELED BY DRIVER & PASSENGER AND WHOLE CAR SHAKES. I HAD IT POINTED OUT DURING THE SERVICING/OIL CHANGES TO NISSAN TECHNICIAN AND ALL I GOT IS "IT IS NORMAL FOR CVT SO CAR WILL VIBRATE". THIS VIBRATION IS A SAFETY ISSUE AS ON AN AVG I DRIVER THE CAR FOR AN HOUR A DAY. AND IF I STOP AT LIGHTS FOR 10 MINUTES ON AN AVG, THEN I AM EXPOSING MY SELF TO THIS VIBRATION FOR THAT MUCH TIME A DAY WHICH IS BAD. ITS SPECIALLY BAD FOR MY LEGS. NISSAN DOES NOT HAVE A FIX AT THE MOMENT FOR

THIS ISSUE BUT I EPXECT A BRAND NEW CAR NOT TO VIBRATE AS HORRIBLE AS THIS. MY 10 YEAR OLD CAR WAS MUCH SMOOTHER THEN THIS. THE OVERALL EXPERIANCE IS HORRIBLE AND WILL ADVISE ALL TO STAY AWAY FROM NISSAN BECAUSE THEY ARE NOT ADMITTING THE PROBLEM AND THEY DONT HAVE THE SOLUTION FOR SUCH A PROBLEM. THIS IS A SAFETY ISSUE WHEN YOU CONSIDER THE EFFECTS ON LONG TERM EXPOSURE AND I FEEL GOVERMENT SHOULD DO SOMETHING ABOUT IT.

- NHTSA Complaint:  60033  MILES,  NEEDED  NEW  CVT TRANSMISSION. 33 MILES OVER WARRANTY!!!!!

- NHTSA Complaint:   WHILE  DRIVING  THE  CAR  BUT SPECIFICALLY WHEN AT A RED LIGHT AND ATTEMPTING TO ACCELERATE AT A GREEN LIGHT -SMOOTH TRANSITION BUT I COULD HEAR/FEEL THE TRANSMISSION SPUTTER AS IF IT WAS HAVING TROUBLE GETTING INTO GEAR I DIDN'T THINK MUCH OF IT AND THOUGHT IT WOULD NOT CONTINUE TO BE A PROBLEM BUT THEN IT STARTED HAPPENING MORE OFTEN AND NOT ONLY AT A RED LIGHT. IT WOULD HAPPEN ON THE FREEWAY, THE STREETS AND AT RANDOM TIMES BUT MOSTLY AS MY SPEED WOULD GRADUALLY CHANGE USUALLY WHEN STARTING TO GO SLOWER... I HAD A MECHANIC IN MY CAR NOTICE THIS AND ASK IF I HAD THE TRANSMISSION LOOKED AT AND THAT POSSIBLY THERE WAS A RECALL ON THE TRANSMISSION AS HE HAD COME ACROSS THIS ISSUE BEFORE WITH ALTIMAS. I AM CURRENTLY BEING TOLD THERE IS NO RECALL OR EXTENDED WARRANTY FOR MY ISSUE BUT I BELIEVE THIS TO BE FALSE AND WANT MY CAR FIXED AS IT IS ONLY 4 YEARS OLD AND SHOULD NOT HAVE SUCH A MAJOR ISSUE. UP UNTIL 2016 I HAD BEEN HAPPY WITH MY ALTIMA AND CONSIDERING MY NEXT ONE. NOW I AM NOT SO SURE.

- NHTSA Complaint:  DEAR NHSTA YESTERDAY, WHEN I WAS AT A STOP, MY CAR STARTING TO "JUMP" FORWARD. AFTER WORKING  A  12  HOUR  SHIFT,  I  DECIDED  TO  MAKE  AN APPOINTMENT FOR THE NEXT DAY. BUT ON MY WAY TO WORK THE FOLLOWING DAY, I WAS DRIVING ABOUT 45-50MPH AND I COULDN'T ACCELERATE. I CAME TO A BUSY INTERSECTION AND STOPPED WHEN I TRIED TO MOVE IT JUST STOPPED. I TURNED IT OFF TO RESTART, PUT IT IN PARK AND IT STULLED AGAIN. I WAS IN A VERY BUSY INTERSECTION "5 LANES". I HAD TO CALL 911 TO HELP DIRECT TRAFFIC SO THEY COULD PUSH MY CAR OFF THE ROAD. I HAVE ONLY 61000 MILES AND I AM THE ONLY OWNER OF THE CAR. MY

CAR HAD TO BE TOWED TO THE DEALER. I WAS TOLD IT IS THE CVT. I AM AN ICU/ER NURSE. I BOUGHT A NISSAN DUE TO SAFETY RATINGS. LEAVING ME SIT IN A BUSY INTERSECTION, PLUS THE AIRBAG RECALL, I WOULD NOT CONSIDER THIS CAR SAFE,ANYMORE. I HAVE READ MANY COMPLAINTS ABOUT NISSAN AND CVTS, WHY ARE THERE NO RECALLS? ARE YOU WAITING FOR MORE DEATHS AND ACCIDENTS TO OCCUR? WHEN A COMPANY OFFERS AND EXTENDED WARRANTY SPECIFICALLY FOR A CVT UP TO 100,000 MILES, THEN OBVIOUSLY THERE IS A PROBLEM.  PLEASE FIX THIS ISSUE SINCERELY, JILL S RN,BSN,CEN,CCRN

- NHTSA Complaint:  INTERMITTENTLY THE CAR IS COMPLETELY SHUTTING OFF WHILE DRIVING ON THE ROAD. THE ENGINE STARTS VIBRATING WHILE SLOWING DOWN OR BRAKING AND TURNS OFF. IT WILL START IMMEDIATELY7-8 TIMES IN A ROW BUT WILL TURN TURN OFF AS SOON AS THE TRANSMISSION IS PUT INTO DRIVE. THIS HAS HAPPENED 5-6 TIMES IN THE PAST 2 WEEKS. WE HAVE TAKEN THIS TO THE NISSAN DEALER ONLY FOR THEM TO TELL US THEY CAN'T FIX IT BECAUSE THERE ARE NO CODES SHOWING UP! OUR CONCERN IS THE NUMBER OF OTHER PEOPLE WHO HAVE COMPLAINED ABOUT THE SAME ISSUE AND THERE IS NO RECALL FOR WHATEVER IS CAUSING THIS.

- NHTSA Complaint: I HAVE HAD MY VEHICLE LOOKED AT BY PRIVATE MECHANIC DUE TO SHUDDER IN ENGINE WHILE DRIVING HE INFORMED ME THAT MY CVT TRANSMISSION IS FAULTY, I AM STILL UNDER NISSAN WARRANTY BUT WHEN I TOOK MY CAR IN TO THEIR SERVICE CENTER THEY TOLD ME NO. THEY DON'T SEE ANYTHING WRONG WITH MY CAR. I EXPLAINED TO THEM IN DETAIL MY PERSONAL EXPERIENCE AS WELL AS WHAT MY MECHANIC STATED THEY TOLD ME NO. I WAS DRIVING YESTERDAY WHEN MY CAR COMPLETELY SHUT OFF ON ME. I WAS ABLE TO COME TO A STOP. I STARTED THE CAR AGAIN WITH NO ISSUE BUT AS SOON AS I SHIFTED INTO DRIVE MY CAR WOULD JUDDER & SHUT OFF AGAIN. THE SAME JUDDER HAVE BEEN FEELING FOR SOME TIME NOW. BUT NOW MY CAR IS TURNING OFF. BASED ON MY RESEARCH I HAVE DONE THIS IS A MAJOR ISSUE THAT IS NOT BEING ADDRESSED BY NISSAN. I HAVE ALSO SEEN THEY CONTINUE TO DENY THE TRANSMISSION IS FLAWED UNTIL YOU FIND YOURSELF OUT OF WARRANTY THEN THEY DIAGNOSE THE PROBLEM AS THE TRANSMISSION WHICH IS NOW 100% OUT OF YOUR OWN POCKET. THIS IS HEART BREAKING TO KNOW SUCH A LARGE COMPANY IS AWARE OF THIS BUT WILL NOT REPAIR OR RECALL THEIR CARS LEAVING

US STRANDED WITH A $20,000 CAR THAT WILL NOT LIVE PASSED 60,000 MILES  WHEN I WAS DRIVING MY CAR I HAD JUST GOTTEN OFF HIGHWAY WHEN MY CAR JUDDERED & SHUT OFF. I WAS VERY LUCKY I DID NOT STAY ON HIGHWAY IT WOULD HAVE CAUSED ME TO LOSE CONTROL AT A HIGHER SPEED AS WELL BEING STRUCK BY OTHER VEHICLES. THIS IS A LIFE THREATENING DEFECT. I HOPE IT CAN BE RESOLVED BEFORE THERE IS A LOSS OF LIFE. IF THERE HAS NOT BEEN ONE ALREADY.

- <u>NHTSA Complaint:</u> CAR RANDOMLY SHUTS OFF IN STOP AND GO TRAFFIC AFTER DRIVING OVER 20 MILES. CAR HAS BEEN TOWED TO LOCAL DEALERSHIP TWICE, HOWEVER, THE DEALER IS UNABLE TO DUPLICATE. CAR SHAKES, SHUDDERS, CUTS OFF. CAR WILL RESTART BUT GAS HAS TO PRESSED EXCESSIVELY HARD FOR ENGINE TO TURN OVER, CAR CONTINUE TO JERK WHILE RESTARTING. LOCAL DEALERSHIP HAS HAD MY CAR FOR 30 DAYS! I WAS TOLD THAT NISSAN AMERICA WAS CONTACTED FOR DIRECTION, CAR MAY REQUIRE SOFTWARE UPGRADE AND/OR NEW TRANSMISSION. WHICH IS SPECULATION! THE SERVICE ADVISOR WAS TOLD BY THE MECHANIC THAT THEY ARE NOT 100% THAT THIS SOLUTION WILL FIX THE PROBLEM. SINCE THE LOCAL DEALERSHIP WAS UNABLE TO DUPLICATE NO REPAIRS HAVE BEEN MADE. I HAVE SEEN SEVERAL COMPLAINTS OF THE SAME ISSUE ON THE 2013 AND PRIOR YEAR MODELS. I WILL ALSO FILE ANOTHER FORMAL COMPLIANT WITH NISSAN AMERICA. THIS CAR IS NOT SAFE TO DRIVE AS IT RANDOMLY SHUTS OFF WITHOUT WARNING OTHER THAN THE VIOLENT SHAKING AND SHUDDER IMMEDIATELY BEFORE THE CAR SHUTS OFF! THUS FAR THE CAR CUTS OFF WHEN STATIONARY, IF THE GAS IS PRESSED BEFORE THE CAR CUTS OFF COMPLETELY THE CAR WILL SELF CORRECT AND NOT SHUT OFF. THIS HAS HAPPENED TWICE IN 6 MONTHS ON A CITY STREET, THIS CAR HAS A LITTLE OVER 60K MILES.

- <u>NHTSA Complaint:</u> WHILE DRIVING AT SLOW SPEEDS THE CAR BEGINS TO LURCH AND THEN STALLS. THIS HAS HAPPENED 3 TIMES IN THE PAST TWO DAYS. IN ADDITION, WHEN YOU STOP AT A REDLIGHT AND THEN START TO GO AT THE GREEN LIGHT THE CAR STALLS. THIS HAPPENED LAST NIGHT AND WE WERE ALMOST HIT BY THE CAR BEHIND US. THE CAR STALLED AT THE LIGHT SO WE HAD TO PUT THE CAR IN PARK, THEN PUT YOUR FOOT ON THE BRAKE TO START THE CAR, AND THEN PUT IN DRIVE. THE CAR LUNGED FORWARD BUT STALLED AGAIN IN THE MIDDLE OF A INTERSECTION. WE REPEATED THE START UP PROCESS AND THE CAR DROVE

HOME. THIS MORNING THE SAME THING HAPPENED AGAIN. WE CALLED NISSAN AND THEY ADVISED THERE ARE NO RECALLS FOR THIS. THIS CAR IS SIMPLY NOT SAFE TO DRIVE IN THIS STATE. WE DROPPED THE CAR OFF AT A DEALER THIS MORNING. I AM PROVIDING THIS INFORMATION BECAUSE MANY OTHERS HAVE AS WELL. OUR CAR JUST WENT OVER 36000 MILES

- NHTSA Complaint:  TL* THE CONTACT OWNS A 2013 NISSAN ALTIMA. THE CONTACT STATED THAT WHILE DRIVING AT 20 MPH AND COMING TO A STOP, THE VEHICLE SHOOK AND THEN STALLED. THE VEHICLE WAS TAKEN TO A DEALER ON TWO SEPARATE OCCASIONS WHERE THE VEHICLE WAS REPROGRAMMED AND THE TRANSMISSION WAS REPLACED BUT THE FAILURE RECURRED. THE MANUFACTURER WAS NOT NOTIFIED OF THE FAILURE. THE APPROXIMATE FAILURE MILEAGE WAS 45,800.

- NHTSA Complaint:  I HAVE THESE ISSUES EVERYDAY DRIVING THIS CAR. SHUTTERING AT LOW RPM WHEN ACCELERATING OR DECELERATING, NOTICEABLE DELAY IN GEARS SHIFTING WHEN SHUTTERING IS OCCURRING BETWEEN 1200 AND 1800 RPM. RPM'S INCREASE RAPIDLY(SHARP SPIKE) WHEN CAR IS GOING DOWN HILL BUT DOES NOT ALLOW THE CAR TO GAIN SPEED. THE RAMPING OF RPM'S IS LOUD AND RESEMBLES WHEN YOU HIT GAS TO ACCELERATE TO ENTER A HIGHWAY ONLY YOU ARE NOT GETTING THE ACCELERATION IN SPEED. ALSO COMING UP HILL THE CAR GIVES OFF A BURNING SMELL. I HAVE NOT LOCATED THE SOURCE OF THE BURNING SMELL AND IT GOES AWAY AFTER GOING BACK TO FLATTER TERRAIN FOR AWHILE. THE SMELL LINGERS ENOUGH TO CAUSE CONCERN. *TR

- NHTSA Complaint:  WHEN I DRIVE MY CAR IN THE CITY, SOMETIMES IT WILL GOES "NUMB", IN OTHER WORDS DOESN'T RESPONSE TO MY COMMANDS WHEN SPEED IS 30MPH+RPM IS 2K OR SPEED IS 20MPH+RPM IS 1.5K.(ONLY AT THESE TWO UNIQUE COMBINATION, E.G. IS THE SPEED IS 30MPH+RPH IS 1.5K, THE ISSUE WILL NOT OCCUR). EITHER APPLYING GAS OR BRAKE DOESN'T WORK AS I WHEN MY CAR IS FUNCTIONING NORMALLY. THE DURATION OF THIS "NUMB" ISSUE IS USUALLY ABT 10-15 MIN, AND OFTEN HAPPENS WHEN I USE MY CAR FROM COLD START.(BUT THAT USUALLY HAPPENS AFTER A WARM-UP OF 5MIN AND BEING ON THE ROAD FOR ABT 10-15MIN). WHEN THE ISSUE HAPPENS, I FEEL LIKE SOMETHING IS CONTROLLING MY CAR INSTEAD OF ME AND MY CAR DOESNT LISTEN TO ME, E.G. MY CAR WAS GOING

DOWNHILL SMOOTHLY AND ALL OF A SUDDEN IT GOES NUMB, I WAS TRYING TO MAKE THE SPEED LOWER THAN 30 MPH BUT WASN'T ABLE TO, LUCKILY IT FINALLY SLOW DOWN WHEN I APPLIED A HARD BRAKE THAT MAKE THE VEHICLE ALMOST STOPPED. THE OPERATION AND SAFETY ISSUE ANNOYS ME. SOMETIMES IT GAVE ME SUDDEN PAUSE ON THE ROAD(20-30 MPH SPEED). I HAVE TOOK MY CAR TO DEALERSHIP 4 TIMES SINCE JUNE 2013, MY TRANSMISSION SYSTEM GOT REPROGRAMMED 2 TIMES.   12/30/2013, I WAS DRIVING ON THE HIGH WAY AND THE BRAKE LIGHT CAME ON, AFTER THAT MY CAR STARTED OPERATING WEIRD (FEELS LIKE LACK OF POWER). TOOK MY CAR TO DEALERSHIP THE NEXT DAY AND GOT TRANSMISSION REPROGRAMMED, PLUS SOME PARTS CHANGED (I DON'T KNOW WHAT THEY EXACTLY CHANGED).   ALMOST EVERYDAY, I EXPERIENCE MY CAR GOES "NUMB" OUT OF NOWHERE, AND HAD TO LIVE WITH IT BEING UNABLE TO CONTROL MY CAR WHEN IT HAPPENS BECAUSE NISSAN BLAMES THE "COLD" WEATHER IN CALIFORNIA AND MY SENSITIVITY IN DRIVING. *TR

- NHTSA Complaint:  I BOUGHT MY 1ST 2013 NISSAN ON AUGUST 18, 2023 AND IT HAD APPROX. 3,000 MILES ON IT AT THE TIME OF PURCHASE. AFTER A FEW DAYS, I NOTICED A SPUTTERING IN THE CAR WHEN DE-ACCELERATING AND ALSO WHEN ACCELERATING. AFTER 10 DAYS IT HAD GOT SO BAD, I TOOK THE CAR BACK TO THE DEALER. LUCKILY, IT HAPPENED VERY BADLY WHEN THEY DROVE THE CAR. I SPOKE WITH THE STORE MANAGER AND HE AGREED TO GIVE ME A NEW CAR WITH LESS THAN 100 MILES ON IT. LOW AND BEHOLD. THE NEW CAR STARTED SPUTTERING VERY LITTLE (HARDLY NOTICEABLE) AFTER ABOUT 2,000 MILES. TRYING TO GIVE THE CAR THE BENEFIT OF THE DOUBT, I DIDN'T TAKE IT BACK. FAST FORWARD,,,,,,THE CAR NOW HAS 14,000 MILES AND IS SPUTTERING MORE AND MORE. I ALSO NOTICED THAT THE CAR SOMETIMES SMELLS AS IF IT IS RUNNING A LITTLE HOT WHEN I GET OUT OF THE CAR. I AM TAKING THE CAR IN THIS WEEKEND AND HOPEFULLY THE SPUTTERING WILL BE RECREATED. IF NOT, I WILL CONTINUE TO TAKE THE CAR BACK WHEN IT SPUTTERS AND MAKE CERTAIN TO GET DOCUMENTATION EACH TIME I TAKE IT IN. THIS IS TERRIBLE AND I DON'T WANT TO BE STUCK WITH A CAR WITH ISSUES SUCH AS THIS. I AM 64 YEARS OF AGE AND THIS WAS SUPPOSED TO BE MY RETIREMENT CAR.....A NEW CAR WITHOUT CAR PROBLEMS, AS I DON'T NEED TO BE TRYING TO PAY FOR MAJOR CAR REPAIRS ON A FIXED INCOME!!! *TR

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- NHTSA Complaint:  I PURCHASED MY 2013 NISSAN ALTIMA 3.5SL ONE WEEK EARLIER. AS I WAS DRIVING I NOTICED THAT WHEN I BEGAN TO ACCELERATE AND GET TO 20-40 MPH THE CAR WOULD JERK VIOLENTLY AS IF MY CAR WAS IN THE WRONG GEAR. I TOOK MY CAR INTO THE DEALERSHIP AND THEY DID A SOFTWARE UPDATE ON THE TRANSMISSION AND KEPT MY CAR FOR 4 DAYS. THEY PUT 75 MILES ON MY CAR TO "ENSURE" THEY CORRECTED THE PROBLEM. I PICKED UP MY CAR ON THE 4TH DAY AND DROVE 2 MILES FROM THE DEALERSHIP AND ENCOUNTERED THE SAME JERKING AND SHUDDERING PROBLEM. I TURNED AROUND AND WENT BACK TO THE DEALERSHIP WHERE I WAS GREETED BY A SERVICE MANAGER THAT INSISTED WE GO FOR A DRIVE TO SEE IF HE COULD EXPERIENCE WHAT I WAS TALKING ABOUT. AFTER TAKING THE RIDE HE EXPLAINED THAT HE DID FEEL THE JERKING AND SHUDDERING BUT IT IS WITHIN NORMAL LIMITS. I WAS TOLD TO CONTACT NISSAN USA AND MAKE A COMPLAINT BUT THE DEALERSHIP REALLY DOES NOT WANT TO DO ANYTHING FURTHER TO CORRECT THE ISSUE UNLESS THEY ARE CONTACTED BY CORPORATE. I DO NOT FEEL SAFE IN THIS CAR!!! I AM AFRAID THIS CAR IS GOING TO STALL ON ME AT THE WORSE POSSIBLE TIME. *TR

- NHTSA Complaint: I HAD PURCHASED A NEW 2013 NISSAN ALTIMA FROM BOMMARITO NISSAN ON 11/6/2012 MY CAR ONLY HAD 252 MILES ON IT. WHEN I HAD TAKEN THE ACRE BACK TO THE DEALER FOR A OIL CHANGE THAT'S WHEN I WAS NOTIFIED THAT THEY WILL HAVE TO ORDER PARTS FOR MY CAR FOR THE FUEL RATIO SENSOR AND ECU WITH NEW UPDATES SINCE THIS WAS MADE THE CAR HAS BEING RUNNING HORRIBLE AND WHEN THE CAR WAS TAKEN TO THE DEALER THEY STATED THAT THE CAR HAS ALL THE UPDATES AND THIS IS HOW IT SUPPOSED TO RUN SO THEY COULD NOT DUPLICATE THE CONCERN. I DID RESEARCH AND SEE THAT OTHERS HAVE THE SAME PROBLEM. NISSAN DOES NOT WANT TO PAY FOR ANOTHER DIAGNOSTIC THAT I WOULD HAVE TO PAY FOR IT. THIS CAR IS CARP AND IF I WANTED A USED CAR I WOULD HAVE BOUGHT ONE WITHOUT ANY POWER BECAUSE THE CAR SEEM TO LOOSE POWER YOU HAVE TO TURN OFF AIR TO GET SPEED AND PUNCH YOUR FOOT INTO THE FLOOR TO GET POWER AND ITS IDLED TO HIGH AS IF IT IS NOT GETIN ANY GAS I WOULD LIKE THIS ISSUE TO LOOKED INTO BECAUSE THERE IS A PROBLEM ON HAND AND OTHERS HAVE THE SAME PROBLEM AND NISSAN IS NOT WANTING TO FIX THESE PROBLEMS. *TR

1
2
3
4
5

- <u>NHTSA Complaint:</u> TL* THE CONTACT OWNS A 2013 NISSAN ALTIMA. THE CONTACT STATED THAT WHILE DRIVING 20 MPH, THE VEHICLE STALLED WITHOUT WARNING. THE VEHICLE ALSO VIBRATED VIOLENTLY. THE VEHICLE WAS NOT TAKEN TO THE DEALER. THE MANUFACTURER WAS NOT MADE AWARE OF THE FAILURE. THE VEHICLE WAS NOT REPAIRED. THE FAILURE MILEAGE WAS 1,000 AND THE CURRENT MILEAGE WAS 17,000.

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

- <u>NHTSA Complaint:</u>  I BOUGHT A NISSAN ALTIMA 2013. BACK IN FEBRUARY THE CAR WOULD START AND WOULD SHUT OFF WHEN I PUT IT ON DRIVE AND REVERSE. THIS HAPPEN IN THE MIDDLE OF THE STREET. I TOOK IT TO THE DEALERSHIP AND LEFT IT THERE FOR A MONTH AND THEY STILL WERE NOT ABLE TO TELL ME WHAT WAS WRONG WITH THE CAR. EVEN THOUGH A TECHNICIAN DUPLICATED THE PROBLEM THE CAR COMPUTER WOULD STILL SAY THE CAR IS FINE .I TOOK IT TO GET A SECOND OPINION FROM A NISSAN MASTER TECHNICIAN AND THEY WEREN'T ABLE TO TELL ME WHAT WAS WRONG WITH THE CAR. AFTER ABOUT A MONTH THE CAR STARTED WORKING AGAIN. I WAS TOLD BY A 3RD PLACE I TOOK THE CAR THAT IT MIGHT BE A SENSOR ISSUE AND THE CAR LITERALLY DECIDES WHEN'S GOING TO WORK AND NOT AND THAT THIS IS AN ON GOING ISSUE IWTH THE ALTIMA. A COUPLE OF DAYS AGO THE CAR WOULD TOOK OFF WITH ME AT A RED LIGHT WHEN I JUST TAP THE GAS. I WAS AT A RED LIGHT THE LIGHT TURN GREEN I TP THE GAS THE RPMS JUMPED AD THE ACCELARATED IN HIGH SPEEDS. ALSO THE CAR WOULD NOT GO FORWARD OR BACKWARDS AFTER I PUT IT IN REVERSE IMMIDIATELY, IT WOULD STAY IDEL FOR ABOUT 5 TEN SECONDS THAN GO. THE NISSAN DEALERSHIP HAS NOT BEEN ABLE TO DIAGNOSE THAT ANYTHING IS WRONG WITH MY CAR HE COMPUTERS KEEPS SAYING THE CR IS FINE. I HAVE TOLD NISSAN HEADQUATERS THAT I FEEL UNSAFE WHEN I'M DRIVING THE CAR. LOOKING ONLINE I SEE THAT THIS A ON GOING DEFECT WITH THE ALTIMA 2013 THAT NISSAN REFUSES TO ADDRESS. I HAVE CALLED NISSAN AND TOLD THEM THAT THIS CAR IS DEFECTIVE AND IM STARTING TO FEEL ITS PUTTING MY LIFE AND SOMEONE S WITH THIS CARELSE IN DANGER AND THERE RESPONSE WAS BASICALLY TOUGH LUCK. RIGHT NOW THE CAR IS CRANKING BUT NOT START . I FEEL LIKE NISSAN DID A POOR JOB WITH THIS CAR AND IT SHOULD HAVE BEEN SOLD

27
28

- <u>NHTSA Complaint:</u>   WHILE DRIVING, THE VEHICLE STALLS WHEN THE ACCELERATOR IS DEPRESSED AND DOES NOT RESPOND NO MATTER HOW MUCH THE PEDAL IS DEPRESSED.

THE ACCELERATOR MUST BE DEPRESSED A SECOND OR THIRD TIME FOR THE ENGINE AND THE CAR TO RESPOND. I HAVE HAD SEVERAL NEAR MISS ACCIDENTS DUE TO SLUGGISH OR NONRESPONSIVE ACCELERATION. THE SLUGGISH AND NONRESPONSIVE ACCELERATION OCCURS WITHOUT WARNING AND CAN BE ON A FLAT OR INCLINE SURFACE.

- NHTSA Complaint:  I SIMPLY TURNED ON MY CAR WHEN THE RPM AND SPEED GAUGE WENT OUT OF CONTROL FROM 0 TO MAX IN STATIONARY MODE, THE CAR WAS PARKED IN MY GARAGE SPOT. THIS PROCESS OCCURRED SEVERAL TIMES IN A ROW, ALONG WITH THIS THE CAR ENGINE WAS EXTREMELY LOUD MAKING ROARING NOISES AND SHUDDERING AND VIBRATIGN. WHEN I PUT MY FOOT ON THE BRAKE PEDAL NOTHING HAPPENED THE CAR CONTINUED WITH THE RPM AND SPEED GAUGE CYCLING FROM 0 TO MAX, I DID NOT FEEL SAFE TO ATTEMPT TO DRIVE THE CAR. LAST MONTH I HAD TO HAVE THE CAR SERVICE BECAUSE IT WOULD NOT ACCELERATE WHILE I WAS ON THE FREEWAY THE MAX SPEED ON THE CAR WAS 30 MILES PER HOUR. I GOT OFF THE HIGHWAY IMMEDIATELY AND THE CAR TURNED OFF WHEN I PARKED IT ON THE STREET. IT TOOK 3 ATTEMPTS TO FINALLY TURN ON. THE CAR DID THIS AGAIN ON A SECOND OCCURRENCE BEFORE I COULD GET IT TO THE DEALER, I WAS DRIVING ON THE STREET AND AGAIN THE SAME ISSUE OCCURRED. THE CAR STALLS, JERKS, VIBRATES ON ITS OWN AT RANDOM TIMES. EACH TIME I HAVE HAD MY PREVENTIVE SERVICES DONE AT THE DEALER THE CAR IS IN NEAR PERFECT CONDITION AND NOTHING CAN BE DIAGNOSED, THEN THE CAR HAS THESE INCIDENTS OCCUR WITH NO WARNING.

- NHTSA Complaint:  THIS IS A COMBINATION OF PROBLEMS. APPROXIMATELY AROUND NOV. 7, 2015 THE CHECK ENGINE LIGHT CAME ON WHILE AT THE DEALER (ALMOST ONE YEAR AFTER THE LAST TIME). I HAVE NOT OWNED MY VEHICLE 2 YEARS YET. I THOUGHT THEY HAD TAKEN CARE OF IT WHEN THEY TOLD ME THE LIGHT SHOULDN'T COME BACK ON. THEY SAID THE CODE WAS FOR REPROGRAMMING THE MASS AIR SYSTEM. ABOUT 2 WEEKS LATER THE SAME LIGHT CAME ON BUT THIS TIME I LOST ACCELERATION AGAIN WHILE GETTING ON THE FREEWAY. I HAD A COUPLE OF CLOSE CALLS ON BEING REAR-ENDED WHILE HAVING MY SON IN THE CAR. I HAD TO GET OFF IMMEDIATELY AND DRIVE DOWN TO THE DEALER WHICH TOOK ME IT SEEMED FOREVER BECAUSE IT WOULD BARELY MOVE. I HAD TO LEAVE THE VEHICLE AS IT

WAS CLOSING. THE FOLLOWING DAY I WAS CALLED AND TOLD THAT IT REQUIRED REPROGRAMMING OF THE MASS AIR SYSTEM. I HAD THEM DO IT BUT IT TOOK THEM 1 DAY TO RETURN THE VEHICLE TO ME. ABOUT 2 DAYS LATER THE CHECK ENGINE LIGHT CAME BACK ON AGAIN AND I TOOK IT BACK TO THE SAME DEALER. THIS TIME FINDING THE PROBLEM WASN'T AS EASY. THEY KEPT MY VEHICLE FOR 3 DAYS BEFORE LETTING ME KNOW THAT I NEEDED TO HAVE THE THROTTLE CHAMBER REPLACED. REALLY NOW...CHECK ENGINE LIGHT ON A TOTAL OF 2 TIMES IN 1 YEAR + 2 MORE TIME IN ANOTHER YEAR, 1 ALTERNATOR REPLACED IN 1 YEAR , 1 THROTTLE CHAMBER REPLACED IN ALMOST 2 YEARS, LEAKING REAR SHOCKS IN 1 YEAR AND NISSAN DOES NOTHING TO REPLACE MY VEHICLE WHICH IS A CONSTANT SAFETY HAZARD FOR ME AND MY FAMILY.

- NHTSA Complaint: TL* THE CONTACT OWNED A 2013 NISSAN ALTIMA. THE CONTACT STATED THAT THE VEHICLE FAILED TO RESPOND WHEN THE ACCELERATOR PEDAL WAS DEPRESSED. THE CONTACT ALSO STATED THAT THE AIR CONDITIONING UNIT FAILED. THE VEHICLE WAS TAKEN TO THE DEALER FOR DIAGNOSTIC TESTING. THE CONTACT WAS INFORMED THAT THE TRANSMISSION AND AIR CONDITIONING UNIT NEEDED TO BE REPLACED. THE VEHICLE WAS REPAIRED. WHILE DRIVING AND PULLING INTO A PARKING SPACE, THERE WAS AN ABNORMAL ELECTRICAL ODOR COMING THROUGH THE AIR CONDITION VENTS. THE VEHICLE CAUGHT FIRE. WHILE TRYING TO EXIT THE VEHICLE, THE DOOR HANDLE FAILED TO WORK. THE CONTACT WAS ABLE TO EXIT THE VEHICLE THROUGH THE DRIVER SIDE WINDOW. THE VEHICLE WAS TOWED TO AN INDEPENDENT MECHANIC. THE VEHICLE WAS DESTROYED. THE MANUFACTURER WAS NOTIFIED OF THE FAILURE. THE APPROXIMATE FAILURE MILEAGE WAS 31,898....UPDATED 01/07/16 *BF

- NHTSA Complaint: HELLO I PURCHASE A 2013 NISSAN ALTIMA IN MAY OF 2013 WITH 20 MILES ON IT..THIS YEAR IN APRIL OF 2014 I STARTING HAVE PROBLEM WITH THE TRANSMISSION.I WAS ON THE CRESCENT CITY BRIDGE COMING HOME FROM WORK WITH ALOT OF TRAFFIC MY CAR ALL OF A SUDDENLY JUST SLOWED DOWN AND WILL NOT PICK UP SPEED I PUSH THE ACCELERATOR ALL THE WAY TO THE FLOOR AND THE CAR STILL WILL NOT PICK UP SPEED.I THAN TOOK IT TO NISSAN AND THEY HAD IT FOR A DAY CALLED ME TO COME GET IT SAID THEY RESTARTED THE TRANSMISSION..OKAY. AFTER A WEEK LATER IT HAPPEN AGAIN ON 5-14-14 AGAIN THEY KEPT IT FOR ANOTHER DAY AND CALLED ME TO COME

GET IT..I ASKED THEM WERE THEY SURE IT WANT DO IT AGAIN BECAUSE I WAS SCARED IT WILL GET ME IN A CAR ACCIDENT AND HURT SOME ONE..THE MAN AT NISSAN SAID EVERYTHING WAS OKAY..SO OKAY AGAIN IT HAPPEN TO ME AGAIN WITH MY SON AND GRANDSON IN THE CAR THIS TIME.AGAIN SLOWED DOWN AND WILL NOT PICK UP SPEED ON THE BRIDGE CAUSING CARS TO BLOW AT ME LIKE I JUST STOPPED ON TOP OF THE BRIDGE.AGAIN I TOOK IT TO NISSAN AGAIN ON THE 5-20-14 THEY THAN KEEP IT AND PUT ME IN A RENTAL FOR 2 DAYS.THEY AGAIN SAID THEY FIXED THE PROBLEM.SO I GO TO GET MY CAR AND YES AGAIN IT HAPPEN AGAIN..SO THE MAN AT NISSAN SAID WAD CAR WAS STILL UNDER WARRANTY BUT WANTED ME TO GIVE THEM $240.00 FOR SOMETHING THAT WAS STILL UNDERWARRANTY SO I AM STILL STUCK WIT THIS PROBLEM.WHAT DO I DO NEXT.WAIT TIL SOMEONE GET KILLED OR HURRY IN THIS CAR..I DON'T UNDERSTAND WHAT'S NEXT.SO I HOPE THIS HELP ME OUT BEFORE ITS TO LATE. *TR

- NHTSA Complaint: DURING COASTING/DECELERATION FROM 35 DOWN TO 20 MPH, THE CAR WILL PROVIDE A SUDDEN JERK AT 25 MPH WHILE THE A/C IS ON MAX. THIS DEVOLVED INTO TIRE SKIDDING AFTER A COUPLE WEEKS WHILE THE DEALERSHIP WAS TEST DRIVING IT FOR REPLICATION DURING THE WEEK OF 8/20/12. THE REPLACEMENT CAR THAT I RECEIVED ON 8/28/12 STARTED SHOWING THE SAME SYMPTOMS AT 800 MILES ON 9/7/12. CURRENT DIAGNOSIS OF THE MANUFACTURER OF THE ORIGINAL CAR INDICATED THE CAR REQUIRED A NEW CVT. AT THE TIME, THE ETA FOR REPLACING THE CVT (ON THE ORIGINAL CAR) WAS AT LEAST 3 WEEKS. *TR

2014 Nissan Altima

- NHTSA Complaint:  2014 NISSAN ALTIMA SL 2.5 MAKES ALLOT OF NOISE AND VIBRATION WHEN YOU ACCELERATE TO GET UP TO A HIGHWAY SPEED WHETHER IT IS FROM THE ENGINE OR TRANSMISSION IT IS VERY LOUD INSIDE THE CAR! THE STEERING WHEEL SEEMS TO HAVE A LOT OF PLAY IN IT AT A DEAD STOP WITH ENGINE RUNNING BY TURNING THE WHEEL RIGHT TO LEFT! YOU ALSO HEAR CLUNKING NOISES TURNING IT RIGHT TO LEFT! THE FUEL IN THE TANK MAKES LOUD SWISHING NOISES SORT AS IF I HAVE A SMALL OCEAN IN MY FUEL TANK!

- NHTSA Complaint:  NO UNUSUAL SOUNDS OR CHECK ENGINE NOTICED WITH THE FOLLOWING: 1) WHILE SITTING IN

CRAMPED TRAFFIC, I LET OFF THE BRAKE PEDAL TO INCH FORWARD A FEW FEET WHILE RIDING THE BRAKE. RMS DROPPED TO 500 FOR EVERY INSTANCE AND CAR BEGAN TO SHUTTER. *TR 2) COMING TO STOP LIGHTS/SIGNS. AFTER TRAVELING A DISTANCE OF ABOUT 1/8-1/4 MILE @30-40 MPH, THE DECELERATION CAUSED THE RPM TO DROP TO 500 AND THE VEHICLE BEGAN TO SHUTTER AS I REACHED THE STOPPING POINT. I NOTICED THIS EVERY NOW AND THEN. I CANNOT REPLICATE, HOWEVER I WAS ABLE TO RECORD THE RPM DROP ON TWO OCCASIONS WITHIN 5 MIN OF EACH OTHER. 3) SHUTTERING THAT OCCURS AT LOW SPEEDS IS FELT AT HIGHER SPEEDS (50+).FEEL THE SHUTTERING AS IF TRANSMISSION WAS TRYING TO GET TO NEXT GEAR, BUT IT HOLDS STEADY AND VIBRATES. NOT ABLE TO REPLICATE. VERY UNCOMFORTABLE RIDE. 4) AT RANDOM PERIODS OF JUST WAITING IN THE CAR WITH IT RUNNING, WILL FEEL SURGE AS RPMS DROP FOR AN INSTANCE. TOOK VEHICLE IN BASED ON COMPLAINTS. SERVICE CENTER INITIATED THE CAR TO "RE-LEARN" IDLE.  ISSUE 1, NO LONGER A PROBLEM THUS FAR. ISSUE 2, STILL AN ISSUE. ISSUE 3 STILL AN ISSUE. ISSUE 4, STILL AN ISSUE. TAKING IT BACK TO SAME DEALER AGAIN, AND ANOTHER DEALER FOR A 2ND SERVICE TEAM DIAGNOSTICS. *TR

- NHTSA Complaint:  THE STEERING WHEEL STARTS TO SHAKE AND I FEEL MY GAS PEDAL VIBRATE WHEN DRIVING APPROX. 30-40 MPH AND UP. NISSAN TECHNICAL SERVICES MECHANIC SAID THAT IS NORMAL FOR NISSAN ALTIMA 2013/2014. *TR

- NHTSA Complaint:  WHILE ATTEMPTING TO MAKE A TURN AT A STOP LIGHT, VEHICLE BEGAN TO SHAKE AND SLOW DOWN. IT FELT AS IF IT WAS GOING TO LOSE POWER. I HAD TO PUSH THE ACCELERATOR HARDER THAN EXPECTED AS THERE WAS ANOTHER VEHICLE BEARING DOWN ON ME IN ONCOMING TRAFFIC. THIS IS A NEW VEHICLE. I BROUGHT IT TO THE DEALER AND IT APPEARS TO BE A TORQUE CONVERTER ISSUE. THE SHAKING IS NOT AN ISSUE IN ITSELF, HOWEVER IT COULD LEAD TO ACCIDENTS IF SOMEONE IS MAKING A TURN AND NEEDS TO GET OUT OF ONCOMING TRAFFIC AS THE TRANSMISSION DOES NOT SEEM TO RESPOND AS EXPECTED. *JS

- NHTSA Complaint:  BOUGHT 2014 NISSAN ALTIMA 2.5 S BRAND NEW FROM DEALER, SAME DAY NOTICED TICKING/RATTLING SOUND WHEN ACCELERATING WITH SLIGHT VIBRATION. TAKE CAR TO DEALER TO GET CHECKED OUT ON 05/24 AND AGAIN ON 05/27. DEALER CONFIRMED THE NOISE, SERVICE

MANAGER TELLS ME NOISE COME FROM THE CVT TRANSMISSION, BUT WON'T DO ANYTHING. I BELIEVE THE CVT TRANSMISSION IS DEFECTIVE AND SHOULD BE REPLACED. IT DOES NOT FEEL SAFE TO DRIVE WITH A TRANSMISSION MAKING STRANGE SOUND. NISSAN DEALER WOULD NOT DO ANYTHING AND SAID IT'S NORMAL. *TR

- <u>NHTSA Complaint:</u>  EXAMPLE 1. WHILE DRIVING IN MY TOWN HOME COMMUNITY AND SLIGHTLY TURNING RIGHT WHILE GOING UP A SLIGHTLY INCLINED ROAD THE VEHICLE BEGINS TO SHAKE VIOLENTLY AND IT SEEMS THE TRANSMISSION IS LOCKING UP. GOES AWAY EITHER BY REMOVING ALL PRESSURE ON ACCELERATOR OR IF EXCESSIVE ACCELERATOR PRESSURE IS APPLIED. THE TYPE OF ACCELERATOR PRESSURE NEEDED TO STOP THE EXCESSIVE SHAKING WOULD BRING THE VEHICLE TO A SPEED THAT IS UNSAFE RELATIVE TO OBSERVED SPEEDS LIMITS IN COMMUNITY. EXAMPLE 2. THESE EXHIBITED SYMPTOMS HAVE ALSO OCCURRED WITH AN INCREASING FREQUENCY WHILE DRIVING ON CITY ROADS IN LIGHT TO MODERATE TRAFFIC: WHEN YOU ARE COASTING UP TO SLOWER MOVING TRAFFIC IN FRONT OF YOU AND THEN NEED TO ACCELERATE AS THAT TRAFFIC INCREASES SPEED, THE CAR WILL SHAKE VIOLENTLY. THIS OCCURS MOSTLY AT SPEEDS UNDER 30 -35 MPH BUT HAS BEEN FELT AT SPEEDS AS HIGH AS 55 MPH. IT FEELS AS THOUGH THE ENTIRE DRIVE TRAIN OF THE VEHICLE IS GOING TO FALL OUT OF THE CAR. VEHICLE CURRENTLY HAS 1200 MILES ON ODOMETER AND SYMPTOMS HAVE BEEN INCREASINGLY NOTICEABLE AND FREQUENT SINCE 605 MILES ON ODOMETER. SEPARATE ISSUE: NAVIGATION / AUDIO SYSTEM HAS FROZEN SCREEN UPON START UP AND BECOMES UN RESPONSIVE. NO ABILITY TO CHANGE PREVIOUS VOLUME LEVEL OF RADIO WHICH MAY HAVE BEEN LEFT AT HIGH VOLUME LEVEL DURING PREVIOUS DRIVE. INPUT IS NOT ACCEPTED ON HEAD UNIT OR STEERING WHEEL CONTROLS. NAVIGATION WILL NOT INITIATE. CAR MUST BE RESTARTED FOR SYSTEM TO REBOOT AND THIS MAY REMEDY THE PROBLEM FOR ONE DRIVE CYCLE OR MORE. HAS OCCURRED 5 OR MORE TIMES IN FIRST MONTH OF OWNERSHIP. SHOULD A CATASTROPHIC FAILURE IN THE DRIVE TRAIN OCCUR, I FEEL THAT I AM AT RISK OF SERIOUS PERSONAL INJURY. ADDITIONALLY I AM CONCERNED THAT RESALE VALUE OF VEHICLE WILL BE DIMINISHED DUE TO DAMAGE CAUSED BY INHERENT DESIGN FLAW IN POWER TRAIN AND IN-CAR ELECTRONICS. *TR

- NHTSA Complaint:  LOST POWER WHILE DRIVING AT 55MPH ON A FREEWAY. I WAS INFORMED BY THE SERVICE DEPARTMENT OF THE NISSAN DEALERSHIP THAT MY TRANSMISSION HAD A DEFECT AND NEEDS TO BE REPLACED. *JS

- NHTSA Complaint:  I WAS AT AN INTERSECTION PREPARING TO MAKE A LEFT TURN. WHEN THERE WAS AN OPENING IN ONCOMING TRAFFIC I PUSHED THE GAS PEDAL TO PROCEED FORWARD AND AS I ENTERED THE INTERSECTION THE VEHICLE SUDDENLY DROPPED THE RPM'S AND ACTED AS IF IN "LIMP MODE". I PRESSED THE ACCELERATOR TO THE FLOOR TO TRY TO GET OUT OF THE INTERSECTION BUT THE VEHICLE DID NOT RESPOND AND ONLY "CRAWLED" THROUGH THE INTERSECTION. BECAUSE I COULD NOT GET OUT OF THE INTERSECTION DUE TO THIS ISSUE ONCOMING TRAFFIC HAD TO SLAM ON BRAKES AND ALMOST HIT ME. ONCE I EXITED THE INTERSECTION I LOOKED FOR A PLACE TO PULL OVER AND STOPPED ABOUT A 500 YARDS FROM THE INTERSECTION. I THEN NOTICED THE VDC LIGHT WAS ON. I PRESSED THE VDC BUTTON AND IT LITE UP ANOTHER INDICATOR ON THE DASH SHOWING OFF. I PRESSED IT AGAIN AND THE LIGHT WENT OUT HOWEVER THE OTHER VDC LIGHT ON THE DASH STAYED ILLUMINATED. I THEN TURNED THE ENGINE OFF AND WAITED A COUPLE MINUTES AND WHEN I STARTED THE VEHICLE THE OTHER VDC LIGHT WAS OFF AND THE VEHICLE THEN DROVE NORMAL. I HAVE SINCE NOTICED A SOUND LIKE THE TRANSMISSION SPINNING WHENI PRESS THE ACCELERATOR. I WAS SCARED TO DRIVE THE VEHICLE SO I WENT HOME. I IMMEDIATELY TOOK THE VEHICLE TO THE NISSAN DEALER AND HAD THE SERVICE DEPARTMENT DIAGNOSE THE PROBLEM BUT WAS TOLD THERE WERE NO "FAULT CODES" AND THEY DID NOT KNOW WHY MY NEW CAR WHEN INTO "LIMP MODE" AND THE VDC LIGHT CAME ON. THIS CAR IS NEW AND NOW I AM SCARED TO DRIVE IT! THE SERVICE DEPARTMENT AT THE DEALERSHIP WHERE I PURCHASED THE VEHICLE SAID IF IT HAPPENS AGAIN BRING IT BACK. I HAVE FOUND NUMEROUS PROBLEMS ON OTHER INTERNET CAR FORUMS REGARDING OTHER NISSAN ALTIMA'S WITH THIS SAME ISSUE. THERE IS EVEN ANOTHER ONE ON THIS SITE! THIS IS A MAJOR SAFETY DEFECT AND NEEDS TO BE CORRECTED ASAP. I COULD HAVE BEEN SEVERELY INJURED BY ONCOMING TRAFFIC BECAUSE THE VEHICLE WOULD NOT RESPOND TO THE ACCELERATOR NO MATTER WHAT I DID. *TR

- NHTSA Complaint:  CAR WILL SHUDDER AT LOW SPEEDS (15-35 MPH) TOOK CAR IN TO DEALER, THEY UPDATED THE

SOFTWARE BUT, THE TRANSMISSION "FAILED' THE DIAG TEST. A NEW TRANSMISSION WAS PUT IN THE CAR. THE CAR STILL WILL SHUTTER UNEXPECTEDLY MOSTLY AT LOW SPEEDS (HOWEVER A COUPLE OF TIMES HAVE BE DOCUMENTED BY ME AT HI-WAY SPEEDS) IN GENERAL, WHEN THE MOTOR RPMS ARE AROUND 1000 RPMS AND YOU GIVE IT A SLIGHT AMOUNT OF ACCELERATION, IT WILL GET IN TO THE TORQUE STALL SITUATION. SO, COMING TO STOP LIGHTS AND THEN NEEDING TO GO BEFORE COMING TO A COMPLETE STOP, OR TURNING ON SUBDIVISION WHERE SLOW SPEEDS ARE REQUIRED OR TURNING INTO A PARKING LOT OR PARKING SPACE. HAVE DOCUMENTED MANY MANY DATES WHERE THIS HAS HAPPENED. IT WAS BACK TO THE DEALER BUT, THE HAVE NOT HAD THE ISSUE HAPPEN TO THEM. I HAVE NOT LET MY TEENAGED DRIVERS DRIVE THE CARS AS I DO NOT FEEL IT IS SAFE FOR THEM TO DO SO. THIS SITUATION IS NOT SAFE. *TR

- NHTSA Complaint:    MAKING A LEFT TURN INTO SHOPPING CENTER AND CAR STARTED JERKING , TWO DAYS LATER GOING THROUGH A 25MPH SCHOOL ZONE AND CAR STARTED JERKING ,TOOK CAR INTO DEALER AND I WAS TOLD THAT THEY REPLACED THE TRANSMISSION WHEN I PICKED CAR UP, ON THE WAY HOME WHENEVER I WOULD SLOW DOWN TO STOP THE CAR WOULD MAKE A WHINING NOISE AND IT WOULD COME TO A HARD STOP, TOOK CAR BACK TO DEALER AND WAS TOLD THAT IT WAS NORMAL . IT WAS NOT DOINTHAT BEFORE THEY CHANGED THE TRANSMISSION NISSAN CONSUMER AFFAIRS SENT A SPECIALIST OUT TO CHECK THE CAR OUT HE DROVE THE CAR AND HE FELT THE ISSUE , I WAS TOLD THAT IT WAS THE TORQUE CONVERTER LOCKING UP AND THAT WAS NORMAL, TOOK CAR TO ANOTHER DEALER FOR A SECOND OPINION AND HE DROVE THE CAR AND EXPERIENCE THE ISSUE AGAIN I WAS TOLD THAT IT WAS THE TORQUE CONVERTER LOCKING UP , IT MAKES THIS JERKING AT DIFFERENT SPEED LEVELS AND THE WHINING AND HARD STOPPING IS CONSTANT THE SECOND DEALER TOLD ME THAT I MAY HAVE A SOFTWARE PROBLEM BECAUSE THE COMPUTER THAT THEY HOOKED UP TO THE CAR SHOWS NO PROBLEMS I AM STILL EXPERIENCING THE PROBLEM . SOMETHING NEEDS TO BE DONE TO CORRECT THIS ISSUE .IT WAS NOT MAKING THE WHINING NOISE AND MAKING THE HARD STOPS WHERE IT MAKES THE CAR MOVE.I AM STILL DEALING WITH THESE ISSUES. *TR

- NHTSA Complaint:   VEHICLE HAS RECURRING TRANSMISSION PROBLEMS A COUPLE OF TIMES PER DAY OVER THE COURSE OF 100 MILE COMMUTE. MOST OFTEN OCCURRING IN STOP

AND GO TRAFFIC 20-35MPH SPEEDS UNDER LIGHT ACCELERATION. THE TRANSMISSION CAUSES THE CAR TO SHAKE VIOLENTLY WHILE UNDER LIGHT ACCELERATION. THE DEALER HAS BEEN UNABLE TO VERIFY OR RECREATE THE PROBLEM. *TR

- NHTSA Complaint:  I HAVE NUMBER OF PROBLEMS WITH MY VEHICLE - 2014 ALTIMA SL. SEVERAL TIMES AFTER STOP AND GO TRAFFIC THE TRANSMISSION STOPS SWITCHING GEARS (SPEEDS). IT GETS STUCK ON A FIRST GEAR EQUIVALENT IN CVT TRANSMISSION. THE FIX IS TO RESTART THE VEHICLE, OBVIOUSLY THIS COULD BE DANGEROUS ON THE ROAD WHERE THERE ARE NO PLACES TO STOP.  ANOTHER MAJOR PROBLEM IS A HEAD UNIT (NAVIGATION, RADIO, ETC). IT RESTARTS BY ITSELF NOW AND THAN, SOMETIMES RIGHT IN A MIDDLE OF THE HIGHWAY WHEN I'M TRYING TO FIGURE OUT WHAT EXIT TO TAKE AND I NEED THE GPS GUIDANCE. ITS ABSOLUTELY UNRELIABLE. I'M NOT COMPLAINING ABOUT THE QUALITY OF THE SOFTWARE HERE THAT IS TERRIBLE, BY THE WAY, BUT IN ANY SITUATION IT SHOULD NOT RESTART BY ITSELF! ANOTHER PROBLEM, AS MENTIONED BY OTHERS, IS MILEAGE. I GET MUCH LESS MILES AS ADVERTISED!  THIS IS MY FIRST AND LAST NISSAN! *TR

- NHTSA Complaint:  AFTER SLOWING DOWN OR STOPPING, IE AT AN INTERSECTION WAITING TO TURN OR AT A STOP SIGN OR LIGHT WAITING TO GO, WHEN YOU ATTEMPT TO ACCELERATE FROM THE STOP OR SLOW DOWN THERE IS A HESITATION BEFORE THE CAR WILL ACCELERATE PROPERLY. ON NUMEROUS OCCASIONS, BECAUSE OF THIS HESITATION, I WAS IN DANGER OF NOT GETTING THROUGH THE INTERSECTION OR OF NOT COMPLETING A TURN IN TIME TO AVOID BEING HIT BY ON COMING TRAFFIC. I BROUGHT MY CAR INTO DEALER TODAY (1600 MILES ON ODOMETER), EXPLAINED PROBLEM. THEY CHECKED IT OUT AND CONFIRMED THAT THIS HAPPENS AS I EXPLAINED; TECH DID NOT KNOW WHY UNTIL HE FOUND SERVICE BULLETIN VIDEO. THEY CHECKED SERVICE BULLETIN (SERVICE VIDEO) THAT DESCRIBED EXACTLY WHAT I WAS EXPERIENCING BUT NISSAN INDICATES THAT THIS IS NOT A "PROBLEM" AND THAT IS "NORMAL" FOR THIS 2014 MODEL "CVT SHIFTING"; SAYS IT IS A "NORMAL CHARACTERISTIC" OF THIS 2014 MODEL CVT AND NOT A "PROBLEM". I AM RELUCTANT NOW TO KEEP THIS CAR FOR FEAR OF GETTING INTO AN ACCIDENT. YOU MIGHT WANT TO CHECK YOUR DATA BASE TO SEE IF 2014 ALTIMA WITH THIS TRANSMISSION HAS BEEN INVOLVED IN AN UNUSUAL NUMBER OF INTERSECTION ACCIDENTS. *TR

- NHTSA Complaint:  TL* THE CONTACT OWNS A 2014 NISSAN ALTIMA. THE CONTACT STATED THAT THE VEHICLE FAILED TO SHIFT INTO THIRD GEAR. THE VEHICLE WAS TAKEN TO THE DEALER, BUT THE CAUSE OF THE FAILURE COULD NOT BE DETERMINED. THE VEHICLE WAS NOT REPAIRED AND THE MANUFACTURER WAS NOT NOTIFIED. THE FAILURE MILEAGE WAS 300.

- NHTSA Complaint:  AS THE SPEED REDUCES BELOW 25 MPH, WHEN YOU LEAVE GAS PEDAL, EVEN ON A LEVEL ROAD, THE ENGINE RPM APPEARS TO FALL AT OR BELOW 1000 RPM AND THEN SHOOTS UP TO 1300 RPM. IT THEN STRUGGLES TO FIND THE CORRECT GEAR RATIO AND FLUCTUATES BETWEEN 1000-1500 RPM WITHOUT ANY INTERVENTION. THIS CREATES A JERKY BEHAVIOR AND ACCELERATION WHEN NONE INTENDED ESPECIALLY WHEN ONE INTENDS TO SLOW DOWN THE VEHICLE. THERE IS ALMOST ZERO ENGINE ASSIST FOR DECELERATION. INSTEAD OF DROPPING TO AROUND 1000 OR LOWER AND THEN STAYING STEADY THERE, IT DROPS AND JUMPS UP WHICH CREATES DANGEROUS DRIVING SITUATION ESPECIALLY IN RAIN AND SNOW. RPM APPEARED TO DROP AND THEN SHOOT TO STAY ABOVE 1000 RPM INSTEAD OF GRADUALLY DROPPING AND STAYING STEADY. TOOK TO THE DEALER AND HE REPRODUCED THE ISSUE. HOWEVER, OTHER ALTIMA IN INVENTORY SHOWED SIMILAR BEHAVIOR AND THE VEHICLE WAS NOT REPAIRED. NISSAN WAS CONTACTED AND WAS TOLD THIS IS A "FEATURE". THIS IS NOT RIGHT - IN FACT THERE HAVE BEEN SIMILAR REPORTS AS FAR BACK AS 2007 ALTIMAS - AND MUST BE CORRECTED. IT APPEARS THAT THEY FIXED AN ISSUE WITH STALLING VEHICLES IN 2013 ALTIMAS AND INTRODUCED NEW PROBLEM WHERE YOU HAVE TO HIT THE BRAKES MANY TIMES TO ACHIEVE STABLE IDLE SPEED OF 750 RPM. THIS IS WEARING MY BRAKES PREMATURELY AND IS A HAZARD IN RAIN AND SNOW WHEN THE VEHICLE ACCELERATES WITHOUT ANY INTERVENTION WHEN IT SHOULD REALLY DECELERATE. I CAN NOT OVERSTATE THE RISK WHEN ONE HAS TO DRIVE 10 MPH OR 20 MPH IN SNOW... *TR

- NHTSA Complaint:  I HAVE ONLY HAD MY CAR FOR ABOUT 15 MONTHS AND I BOUGHT IT BRAND NEW. SO ABOUT A MONTH AGO I NOTICED THAT THERE WAS A JERK WHEN I WOULD PUSH ON THE GAS WHEN COMING FROM A COMPLETE STOP. ONE TIME MY CAR EVEN SLIGHTLY SLID AND THE TIRE LIGHT CAME ON. I TOOK MY CAR TO THE DEALERSHIP ONCE THAT HAPPENED BUT THEY SAID THAT THE ONLY ISSUE THEY SAW

WAS THAT MY WHEELS WERE UNBALANCED. I STILL EXPERIENCE THIS ISSUE FROM TIME TO TIME AND I WOULD LIKE TO KNOW WHY. I BOUGHT A BRAND NEW CAR FOR A REASON AND THAT WAS TO NOT HAVE TO DEAL WITH CAR ISSUES FOR A WHILE.

- NHTSA Complaint:  I BOUGHT THE CAR LAST YEAR AND IT HAS ONLY BEEN ABOUT 13 MONTHS. ABOUT THREE MONTHS AGO, I NOTICED THAT THERE WAS A KIND OF JERK WHEN I WOULD START OFF A STOP LIGHT AND ACCELERATE. FIRST THINKING IT WAS NOT A GREAT DEAL, I KEPT GOING HOWEVER I NOTICED IT THAT IT WAS BECOMING MORE CONSTANT. ONE DAY ABOUT TO REVERSE OUT OF A PARKING LOT, I PUT THE CAR IN REVERSE, AND THE CAR TURNED OFF. THERE WAS NO RESPONSE AT ALL FROM THE TRANSMISSION. I THEN TURNED THE IGNITION OFF AND RESTARTED IT AND IT STARTED WORKING FINE. BEING LATE FOR WORK, I THEN CONTINUED ON AND UNTIL YESTERDAY EVERYTHING WAS OKAY. YESTERDAY, I GOT INTO MY CAR, STARTED IT, SWITCHED TO DRIVE, AND THE ENGINE SHUT OFF AND THERE WAS NO RESPONSE FROM THE TRANSMISSION. I TURNED THE IGNITION OFF, TURNED IT ON AGAIN, MOVED THE SHIFTER INTO REVERSE AND THE ENGINE SHUT OFF AGAIN. I HAVE SINCE HAD IT TOWED AND IT IS BEING CHECKED AT THE DEALERSHIP. THIS BEING A ONE YEAR OLD CAR, I DO NOT EXPECT IT TO GIVE THESE ISSUES.

- NHTSA Complaint:  WHILE TRAVELING AT 65 MPH ON THE HIGHWAY, THE RPMS BEGAN JUMPING. IT WAS ACTING LIKE THE TRANSMISSION WAS SLIPPING. THEN AFTER STOPPING, THE TRANSMISSION TOOK SEVERAL SECONDS TO GO INTO GEAR. A SHORT TIME LATER, THE CAR WOULD NOT ACCELERATE OVER 60MPH. TOOK TO THE DEALER AND THEY SAID THE TRANSMISSION FAILED AND NEEDED TO BE REPLACED. THE CAR HAD UNDER 20,000 MILES ON IT. I HAVE READ THAT THIS IS A VERY COMMON PROBLEM WITH NISSAN CVT TRANSMISSIONS AND SOME OWNERS HAVE HAD THEIR TRANSMISSIONS REPLACED 5 TIMES. *TR

- NHTSA Complaint:  DRIVING IN MIDDLE LANE ON EXPRESSWAY IN CHICAGO, WHEN SLOWING DOWN FOR TRAFFIC ACCIDENT AGAIN I THOUGHT I WAS HIT FROM BEHIND BECAUSE MY CAR JUMPED. AS I CAME TO A COMPLETE STOP, CAR JUMPED AGAIN AND THEN DIED. TOWED TO THE DEALER, WAS FIRST TOLD IT WAS AN ECM DEFECT AND WOULD REPLACE UNDER WARRANTY. THEN RECEIVED A CALL THAT SOME OTHER ERRORS CAME UP REGARDING MY TRANSMISSION. THEY ARE

GOING TO REPLACE MY TRANSMISSION BASED OFF THE ERROR BUT WILL HAVE TO PAY THE DEDUCTIBLE. THE ISSUE OF THE CAR JUMPING HAD BEEN HAPPENING PRIOR AND THEY COULD NOT REPLICATE THE PROBLEM. HAD THEY NOT FOUND THE OTHER ERRORS I WOULD HAVE PICKED UP THE CAR THINKING IT WAS FIXED AND THIS COULD HAVE HAPPENED AGAIN WHILE DRIVING 60MPH ON THE EXPRESSWAY AND POSSIBLE SERIOUS CONSEQUENCES FROM IT! I HAVE READY MANY REVIEWS ABOUT THE TRANSMISSION THEY HAVE A PROBLEM AND THEY DON'T WANT TO RECALL FOR IT! *TR

- NHTSA Complaint: I PURCHASED A BRAND NEW 2014 NISSAN ALTIMA SV FROM BAKER NISSAN NORTH IN HOUSTON, TEXAS (19630 NORTHWEST FWY, HOUSTON, TX 77065 (281) 890-5656). MY TRANSMISSION HAS FAILED TWICE (REPLACED THE FIRST TIME AND NOW HAVING TO BE REPLACED AGAIN) AND I HAVE BEEN GETTING THE RUN AROUND FROM THE DEALERSHIP. THIS ISSUE SHOULD NOT BE OCCURRING WITH A BRAND NEW VEHICLE. THEN TO TOP IT OFF I HAVE BEEN A LOYAL CUSTOMER AND HAVE PURCHASED A TOTAL OF FOUR CARS FROM THIS DEALERSHIP NOW. I FILED A CONSUMER AFFAIRS REPORT WITH NISSAN CORPORATION AND HAVE YET TO HEAR SOMETHING. I ALSO CALLED THE DEALERSHIP AGAIN TO SPEAK WITH SOMEONE IN CHARGE SUCH AS THE GENERAL MANAGER AND THEY INFORMED ME TO CONTACT THE CONSUMERS AFFAIRS DEPARTMENT WITH NISSAN CORPORATION. THEY SAID THEY HAVE A CHAIN OF COMMAND TO FOLLOW AND THAT WOULD BE MY BEST BET OF GETTING THE SITUATION RESOLVED. I WOULD LIKE THIS SITUATION TO BE INVESTIGATED AND JUSTICE. I DO NOT SPEND MY HARD EARNED MONEY TO HAVE A CAR THAT IS NOT OPERATING PROPERLY AND COULD PUT MY LIFE AND OTHERS IN DANGER. IT COMES DOWN TO THE FACT THAT THIS CAR IS A LEMON AND I SHOULD BE GIVEN BRAND NEW TRANSPORTATION OR THE DEALERSHIP SHOULD PURCHASE THE CAR AND PAY OFF THE LOAN AND LET ME TAKE MY BUSINESS ELSEWHERE....... I ALSO HAVE COPIES OF MY MAINTENANCE RECORDS FOR DOCUMENTATION PURPOSES.....THANK YOU IN ADVANCE FOR YOUR TIME AND EFFORT. I LOOK FORWARD TO HEARING FROM YOU SOON. *TR..UPDATED 11/05/15 *BF THE CONSUMER ALSO STATED THE AC WAS BLOWING OUT HOT AIR, THEN COOL AIR AND THE STEERING WHEEL WAS HARD TO TURN. UPDATED 11/25/15.*JB

- NHTSA Complaint: TRANSMISSION FAILS ON THE HIGHWAY THIS IS THE SECOND TIME FOR A BRAND NEW CAR. I HAD MY

CHILD IN THE CAR THIS TIME. THE VEHICLE SUDDENLY LOSES POWER . THE FIRST TIME IT OCCURRED WAS @ 3000 MILES . THE SECOND TIME IS AT 13000 MILES. THE BIGGEST RISK IS BEING REAR ENDED BY THE VEHICLE BEHIND DUE TO THE SUDDEN LOSS OF POWER AND NISSAN KNOWS THEIR CVT FOR ALTIMA AND ROGUE 2014 IS AN ISSUE, NO MOVE FROM MANUFACTURER TO REPLACE THE CAR OR RECALL ALL CARS IN QUESTION

- NHTSA Complaint:  WE TOOK A TRIP TO NORTHERN MICHIGAN FROM ASHEVILLE NC, OUR ALTIMA BEGAN TO DIE WHEN IDLING IN DETROIT. I THOUGHT WE HAD BAD GAS SO PURCHASED LUCAS FUEL SYSTEM CLEANER AND FILLED THE FUEL TANK. THE VEHICLES PERFORMANCE IMPROVED WE CONTINUED OUR TRIP TO INDIAN RIVER MI. ONCE WE REACHED OUR DESTINATION I PARKED THE CAR AND IT SAT FROM SATURDAY UNTIL THE FOLLOWING TUESDAY MORNING. I STARTED THE VEHICLE AND PUT IT IN REVERSE THE VEHICLE WOULDN'T MOVE, I SHIFTED THE CAR BACK INTO PARK AND THEN TO REVERSE AGAIN DEPRESSED TO FUEL PEDAL AND IT BEGAN TO MOVE. WE STARTED ON OUR DAY TRIP AND ABOUT TWO MILES DOWN THE ROAD AND THE VEHICLE DOWN SHIFTED AND WOULD NOT GO FAST THAN 20MPH, WE CALLED NISSAN ASSISTANCE AND THE SENT A WRECKER TO GET US. THE WRECKER TO US TO THE NEAREST NISSAN DEALERSHIP TWO HOURS AWAY, AFTER SPENDING ANOTHER FOUR HOURS AT THE DEALERSHIP TO FIND OUT OUR VEHICLE HAD TO HAVE ANOTHER TRANSMISSION. THE DEALERSHIP GOT US A RENTAL CAR AND WE ARE CURRENTLY ON OUR WAY HOME. I WILL BE TALKING TO NISSAN CUSTOMER SERVICE ON MONDAY TO SEE HOW THEY PLAN ON GETTING OUR VEHICLE BACK TO US. WE NO WARNING LIGHTS OR SIGNALS CAME ON TO WARN US UNTIL THE VEHICLE WOULDN'T MOVE AT ALL.

- NHTSA Complaint:  PURCHASED NEW 2014 NISSAN ALTIMA SL 3.5L AT APPROXIMATELY 2200 MILES WHEN ACCELRATING AT A STOP LIGHT THE VEHICLE JERKED (AS IF IT COULD NOT CHANGE GEARS), HAPPENED INTERMITTENTLY AT FIRST. TOOK VEHICLE TO REPAIR SHOP AT 2 DEALERS IN 2 STATES WHO COULD NOT CAPTURE INFORMATION AT THAT TIME. BY 12000 MILES WHILE RETURNING FROM VACATION (1/4/2015) THE VEHICLE WAS UNDRIVEABLE. TOOK TO LOCAL DEALER AND NEEDED A COMPLETEE TRANSMISSION REPLACEMENT. AT THIS TIME, VEHICLE WAS JERKING, MISSING GEARS, CHANGING GEARS INDEPENDENTLY, TRYING TO GO IN TO A LOWER GEAR WHILE BREAKED AT A STOP LIGHT AND ENGINE

WOULD REV TO ACCELRATE, VEHICLE SHOOK, AND WAS LITERALLY DETERIORATING EACH MILE. TRANSMISSION WAS REPLACED, AT APPROXIMATELY 14500 MILES, THE SAME VEHICLE SYMPTOMS HAVE BEGUN. TOOK TO DEALER WHILE TRAVELING, THEY WERE ABLE TO CAPTURE MINIMAL DATA BECAUSE AS THE VEHICLE BEGAN TO JERK AND SHAKE, THEIR BATTERY DIED IN THE LAP TOP. HOWEVER, SOME DATA WAS RECORDED. ADVISED TO DRIVE HOME AND FILE COMPLAINT WITH NISSAN MOTORS NORTH AMERICA (WHICH I HAVE DONE,) VEHICLE WILL BE TAKEN TO LOCAL DEALER FOR CONTINUAL STUDY AND NEW TRANSMISSION REPLACEMENT. WAS ADVISED BY REPAIR MANAGER, THAT TRANSMISSIONS ARE NOW BEING KNOWN TO SEIZE WHILE BEING DROVE. I HAVE REQUESTED NISSAN PURCHASE MY VEHICLE BACK, PAY OFF MY LOAN AND REFUND ANY TRADE IN VALUES AND PAYMENTS MADE ON NMAC LOAN BECAUSE I REFUSE TO REPLACE A TRANSMISSION EVERY 2000 MILES. AT THIS TIME VEHICLE IS SHIFTING SPURATICALLY AT ANY MILEAGE. MORE AT LOWER SPEEDS BUT ALSO AT 70MPH ON HIGHWAYS.

- NHTSA Complaint: TL* THE CONTACT OWNS A 2014 NISSAN ALTIMA. WHILE DRIVING 15 MPH, THE VEHICLE JERKED. THE FAILURE RECURRED INTERMITTENTLY. THE VEHICLE WAS TAKEN TO THE DEALER WHERE IT WAS DIAGNOSED, BUT THE FAILURE COULD NOT BE DETERMINED. THE VEHICLE WAS NOT REPAIRED. THE MANUFACTURER WAS NOTIFIED OF THE FAILURE. THE APPROXIMATE FAILURE MILEAGE WAS 1,000.

- NHTSA Complaint: I PURCHASED A USED 2014 NISSAN ALTIMA THE END OF APRIL 2015 FROM ENTERPRISE CAR SALES. I WAS TOLD THEY DID SUCH A THOROUGH INSPECTION OF ALL OF THEIR VEHICLES THAT THE CAR WAS IN GREAT CONDITION. IN OCTOBER 2015, WITH APPROXIMATELY, 61,000 MILES ON THE NISSAN, IT STARTED RANDOMLY HESITATING. I WOULD PUSH THE GAS PEDAL BUT THE CAR WOULD NOT ACCELERATE. I TOOK IT TO THE NISSAN DEALERSHIP AND THEY COULD NOT FIND A PROBLEM. A FEW DAYS LATER, I WAS PULLING OUT FROM AN INTERSECTION AND I PRESSED THE GAS PEDAL AND THE CAR WOULD NOT MOVE!! I BARELY MADE IT HOME. I TOOK IT BACK TO THE DEALERSHIP AND WAS TOLD IT NEEDED A NEW TRANSMISSION, $3400 AND THAT THE POWER TRAIN WARRANTY HAD JUST EXPIRED AT 60,000 MILES. I CALLED NISSAN NORTH AMERICA CONSUMER AFFAIRS AND FILED A CLAIM TO SEE IF THEY WOULD COVER A NEW TRANSMISSION. AFTER ABOUT 5 OR 6 DAYS, I RECEIVED A CALL BACK AND WAS TOLD NO, THEY WOULD

NOT COVER OR HELP PAY FOR A NEW TRANSMISSION. I ASKED IF THEY WERE AWARE OF ALL OF THE PROBLEMS WITH THESE CVT TRANSMISSIONS, THE REP SAID THEY HAD PROBLEMS ON PREVIOUS YEAR AND MODEL VEHICLES BUT NOT ON THE 2014(S). OBVIOUSLY, THERE ARE STILL PROBLEMS!!! A 2014 VEHICLE SHOULD NOT NEED A NEW TRANSMISSION!!!

- NHTSA Complaint:   FULL TRANSMISSION FAILURE AT 48,000 MILES. TL* THE CONTACT OWNS A 2014 NISSAN ALTIMA. WHILE DRIVING 5 MPH, THE VEHICLE LOST POWER WITHOUT WARNING. THE VEHICLE WAS TOWED TO THE DEALER WHERE IT WAS DIAGNOSED THAT THE TRANSMISSION FAILED AND NEEDED TO BE REPLACED. THE VEHICLE WAS NOT REPAIRED. THE MANUFACTURER WAS NOT NOTIFIED OF THE FAILURE. THE FAILURE MILEAGE WAS APPROXIMATELY 16,886. UPDATED 07/12/16*LJ UPDATED 07/26/16. *JB

- NHTSA Complaint:   I EXPERIENCED A GRINDING, SHAKING NOISE AT 2.0 RPM. THE VEHICLE WAS TAKEN IN FOR SERVICE AND I WAS INFORMED THAT THE TRANSMISSION HAD TO BE REPLACED. THE TRANSMISSION WAS REPLACED AND THAT WAS WHEN ALL OF MY TROUBLES BEGAN. THE VEHICLE WOULD HESITATE AND JERK WHILE DRIVING AT LOW SPEEDS. THERE WAS NOW A VIBRATION AT 1.5 RPM. I TOOK THE VEHICLE BACK TO THE DEALERSHIP AND WAS ADVISED THAT A BELT WAS LOOSE. THE VEHICLE WAS RETURNED TO ME AND IT STILL WAS NOT DRIVING SMOOTHLY AND NOW THE ENTIRE GEAR CONSOLE WAS LOOSE. THE VEHICLE WOULD NOT MOVE FROM EITHER DRIVE OR REVERSE UPON STARTING, EVEN WHEN THE GEAR SHIFT WAS MOVED. IT WOULD TAKE TWO TRIES EACH TIME TO GET THE CAR TO MOVE FROM PARK.  THE VEHICLE WENT BACK INTO THE DEALERSHIP WHERE THE GEAR CONSOLE WAS ADJUSTED. HOWEVER, THE DEALERSHIP COULD NOT REPLICATE THE ISSUE - VEHICLE NOT MOVING WHEN GEAR PLACED IN REVERSE OR DRIVE. THIS WEEKEND (4/30/16) I DROVE THE VEHICLE IN VIRGINIA AND HAD TO NAVIGATE SEVERAL HIGH ELEVATIONS WHILE ON THE I-81 HIGHWAY. THE CAR WAS SLUGGISH AT BEST, DRAGGING AND THE GEARS WOULD NOT CHANGE. THE CAR WAS RACING LOUDLY TRYING TO KEEP UP WITH THE SPEED, RPM WAS UP AT 3.5 AND THE CAR WAS AT 50 MLES; SPEED LIMIT WAS 70. ONCE I CLEARED THE HILL THE RPMS LEVELED OUT TO 1.5 AND THE CAR HELD THE 70 MPH SPEED.  NOTE THE VEHICLE WAS NOT PERFORMING THIS WAY BEFORE THE "NEW TRANSMISSION" WAS INSTALLED. I DID HAVE THE GRINDING AND RACING NOISE AT 2.0 RPM, BUT NO

HESITATION, JERKING OR ANY DIFFICULTIES IN HIGHER ELEVATIONS. THAT LEADS ME TO CONCLUDE THAT THERE IS SOMETHING ELSE WRONG WITH THIS VEHICLE OTHER THAN THE TRANSMISSION. I HAVE ALSO LODGED A COMPLAINT WITH NISSAN CONSUMER AFFAIRS WHOM I AM AWAITING A RESPONSE FROM ON MY COMPLAINT. THE VEHICLE NOW HAS 18,694 MILES AND WAS PURCHASED IN AUGUST OF 2014.

- NHTSA Complaint:  TL* THE CONTACT OWNS A 2014 NISSAN ALTIMA. THE CONTACT STATED VEHICLE SHIFTED ERRATICALLY. THE FAILURE RECURRED NUMEROUS TIMES. THE VEHICLE WAS TAKEN TO THE DEALER WHERE IT WAS DIAGNOSED THAT THE TRANSMISSION NEEDED AN ELECTRONIC ADJUSTMENT. THE VEHICLE WAS REPAIRED; HOWEVER, THE FAILURE PERSISTED. THE MANUFACTURER WAS NOT NOTIFIED OF THE FAILURE. THE VIN WAS UNKNOWN. THE APPROXIMATE FAILURE MILEAGE WAS 14,000. ...UPDATED 06/30/16 *BF THE DEALER INFORMED THE CONSUMER, THERE WAS A SOFTWARE FIX. UPDATED 07/11/16.*JB

- NHTSA Complaint:  HELLO, I BOUGHT NISSAN ALTIMA 2014 IN NOV 2013 FROM NISSAN FAULKER JENKINTOWN, PA AND AROUND JULY-AUG 2014, I HAD ISSUE WITH THE CAR AND WHILE I WAS DRIVING THE CAR SUDDENLY DECELERATED ITSELF WHILE MY FOOT WAS ON GAS PEDAL, I HAD TO TOW IT TO NISSAN FAULKER IN JENKINTOWN, PA, THEY SAID NOTHING IS WRONG AND ASKED ME TO PICK MY CAR, AGAIN ON JAN 30TH, 2016 WHILE I WAS DRIVING ON I680 FROM SACRAMENTO TO SAN JOSE, THE CAR STARTED DE-ACCELERATING ON ITS OWN FROM 65MPH TO 5MPH AND I HAD TO PULL IT ON SHOULDER AND LUCKILY NO CAR WAS ON WAY AND HAD TO TOW IT TO NISSAN DEALER, MY CAR IS AROUND 55K MILES AND NOW I AM AFRAID AFTER THIS MY CAR WOULD BE OUT OF WARRANTY AND I HAVE TO SHED LOT OF MONEY FOR REPAIR IN NEAR FUTURE OF NO FAULT OF MINE.

- NHTSA Complaint:  TL* THE CONTACT OWNS A 2014 NISSAN ALTIMA. WHILE DRIVING APPROXIMATELY 55 MPH, THE VEHICLE JERKED VIOLENTLY, LOST POWER, AND SHUT OFF COMPLETELY WITHOUT WARNING. THE VEHICLE WAS RESTARTED AND DRIVEN TO A MECHANIC. IT WAS DIAGNOSED THAT THE TRANSMISSION NEEDED TO BE REPLACED. THE VEHICLE WAS NOT REPAIRED. THE MANUFACTURER WAS NOT MADE AWARE OF THE ISSUE. THE APPROXIMATE FAILURE MILEAGE WAS 69,000. .....UPDATED

10/13/16 *BF THE CONSUMER STATED THE VEHICLE LOST POWER IN THE MIDDLE OF TRAFFIC. THE CONSUMER WAS ABLE TO RESTART THE VEHICLE AND SOON AFTERWARDS, IT BEGIN TO JERK AND SHAKE VIOLENTLY. THE CONSUMER WAS ONLY ABLE TO GO A CERTAIN SPEED, EVEN WITH THE ACCELERATOR PRESSED ALL THE WAY TO THE FLOOR. THE VEHICLE SHUT OFF, AS SOON AS THE CONSUMER PULLED INTO THE PARKING LOT. THE DEALER DETERMINED THE AIR COMPRESSOR AND TRANSMISSION NEEDED TO BE REPLACED. UPDATED 10/18/16.*JB

- NHTSA Complaint:  WHEN I FIRST PURCHASED THE VEHICLE THERE WAS A SLIGHT JERKING, AND PULLING WHEN GOING 0-20 MPH, I WOULD INFORM THE DEALERSHIP WHEN I WOULD GO IN FOR OIL CHANGES AND SERVICES, DUE TO THIS BEING INTERMITTENT THEY WOULD NOT TROUBLESHOOT, NOW AT 25000 MILES IT IS PERSISTENTLY JERKING AND PULLING.

- NHTSA Complaint:  HAVING ISSUES WITH THE CVT TRANSMISSION IN MY 2014 ALTIMA, THE SYMPTOMS ARE WHILE SITTING AT A STOP AND ENGINE IDLING AT A NORMAL RPM IN DRIVE THE CAR WILL AT RANDOM BEGIN TO LURCH FORWARD RPMS WILL FLUCTUATE AND AT TIMES ENGINE WILL DIE. AFTER THE ENGINE DIES AT TIMES RESTART IS DIFFICULT AND MAY TAKE TWO OF THREE ATTEMPTS BEFORE THE CAR (ENGINE/TRANSMISSION) WILL FUNCTION PROPERLY. I HAVE TAKEN IT TO THE DEALERSHIP HAVE BEEN TOLD THAT THEY CANNOT REPRODUCE THE ISSUE AND THEREFORE (THIS IS MY OPINION) THERE IS NO PROBLEM. WITH ONLY 10,000 MILES LEFT ON MY POWERTRAIN WARRANTY, I FEEL THAT NISSAN HAS PUT ME BETWEEN A ROCK AND A HARD PLACE, IT GOES WITHOUT SAYING THAT THIS IS MY FIRST AND LAST NISSAN. *TR

- NHTSA Complaint:  HAD PROBLEMS SHIFTING CAR INTO GEAR (FROM REVERSE TO DRIVE) AND MY VEHICLE HAS HORRIBLE ACCELERATION. ONCE IT WAS GOING IT WOULD GO, BUT STOP TO STARTING WAS VERY DANGEROUS AND I HAVE AN INFANT! MY CAR HAS BEEN IN THE SHOP FOR 2 WEEKS A MECHANIC AND NOW DEALERSHIP AND I AM STILL NOT IN MY VEHICLE! NISSAN NEEDS TO INFORM CONSUMERS OF FAULTY CVT TRANSMISSIONS.

- NHTSA Complaint:  TL* THE CONTACT OWNS A 2014 NISSAN ALTIMA. WHILE ATTEMPTING TO PARK AT 3 MPH, THE VEHICLE SHUT OFF WITHOUT WARNING. THE CONTACT SHIFTED INTO PARK AND RESTARTED THE VEHICLE. THE

VEHICLE STARTED, BUT QUICKLY SHUT OFF. THE VEHICLE STARTED NORMALLY THE THIRD TIME; HOWEVER, IT SHUT OFF AGAIN WHEN APPROACHING A STOP AT LOW SPEED. THE VEHICLE WAS TOWED TO THE DEALER WHERE IT WAS DIAGNOSED THAT THE TRANSMISSION FAILED AND NEEDED TO BE REPLACED. THE VEHICLE WAS REPAIRED, BUT THE FAILURE RECURRED FIVE MORE TIMES. THE MANUFACTURER WAS NOTIFIED OF THE FAILURES. THE APPROXIMATE FAILURE MILEAGE WAS 63,417.

- NHTSA Complaint:   WHILE DRIVING VEHICLE WITH MY TODDLER IN CAR, I CAME TO STOP LIGHT, THE CAR SHUTTERED FORWARD AND THEN SHUT OFF. RESTARTED CAR AND WHEN PLACED IN GEAR, CAR IMMEDIATELY SHUT OFF AGAIN. WAITED FOR 25 SECONDS AND RESTARTED CAR TO DRIVE HOME. NEXT DAY, CAR CONTINUED SAME BEHAVIOR MORE OFTEN HOWEVER IT TOOK LONGER AND LONGER TO GET THE CAR TO REMAIN ON AND I HAD TO PUT CAR IN NEUTRAL EVERY TIME I STOPPED. TOOK CAR TO DEALER AND THE CAR WOULD NOT PRODUCE ANY DIAGNOSTIC CODES. THE CAR SHUT OFF WHEN THE TECH ATTEMPTED TO GET ON THE HIGHWAY ON THE FIRST TEST DRIVE. THEY ALLOWED THE CAR TO COOL AND ATTEMPTED A SECOND TEST DRIVE BUT WERE UNABLE TO GET OUT OF THE PARKING LOT. THE CAR HAS APPROXIMATELY 48,900 MILES, PURCHASED WITH BRAND NEW IN 2014 AND I WAS TOLD THAT THE TRANSMISSION NEEDS TO BE REPLACED.

- NHTSA Complaint:  FIRST TIME THIS HAPPEN I WAS AT A LIGHT AND THE CAR JUST CUT OFF. STARTED BACK UP PUT IN DRIVE STALLS OUT WHEN IN DRIVE. TOOK IT TO NISSAN AND THEY TOLD ME THE NEXT DAY IT'S THE TRANSMISSION IT NEEDS TO BE REPLACED. AT THIS TIME THE CAR IS STILL UNDER WARRANTY, THEY KEPT THE CAR FOR TWO WEEKS TELLING ME THEY WAITING ON A APPROVAL FROM NISSAN TO REPLACE THE TRANSMISSION. FINALLY I GET A CALL WITHIN THAT LAST WEEK THE CAR IS READY WHEN I GET UP TO NISSAN THEY TELL ME THAT THE SOFTWARE NEEDED TO BE UPDATED AND THAT THEY DROVE THE CAR TO MAKE SURE THAT IT DIDN'T STALL OUT AGAIN AT THIS TIME THE CAR HAD AT THIS TIME MY CAR HAS 53,000 MILES WHEN ALL THIS HAPPENED NOW MY 60000 MILE WARRANTY IS UP I HAVE 63,000 MILES ON THE CAR AND IT STALLED OUT AT ME AT WORK. THE CAR STARTS UP FINE BUT AS SOON AS YOU PUT IT IN DRIVE IT MAKES A WHINING NOISE AND RUMBLING NOISE AND FINALLY GET A CUT OFF ALSO THE CAR WHEN IT DON'T STALL IT DON'T GO IN REVERSE OR DON'T DRIVE FORWARD.

...

- NHTSA Complaint:  TRANSMISSION HAS FAILED ON VEHICLE AT 63000 MILES. THE CAR BEGAN JERKING AND STUTTERING WHEN IN MOTION AND ALSO WOULD NOT RESPOND TO GEAR CHANGE WHEN MOV8NG OUT OF PARK. IT WOULD JUST SIT FOR MINUTES BEFORE MOVING SLOWLY OR JUMPING VIOLENTLY WHEN SWITCHING GEARS.

- NHTSA Complaint:  TL* THE CONTACT OWNS A 2014 NISSAN ALTIMA. WHILE THE VEHICLE WAS STOPPED AT A RED LIGHT, THE VEHICLE STALLED WITHOUT WARNING AND STALLED SEVERAL MORE TIMES AS THE CONTACT CONTINUED TO DRIVE. THE VEHICLE WAS NOT DIAGNOSED OR REPAIRED. THE MANUFACTURER WAS NOT MADE AWARE OF THE ISSUE. THE APPROXIMATE FAILURE MILEAGE WAS 61,000.

- NHTSA Complaint:  DURING DRIVING THE VEHICLE JERKS AS IF IT'S GOING TO CUT OFF. IT HAS ACTUALLY CUT OFF A FEW TIMES WHILE IN TRAFFIC. NISSAN EXTENDED THE WARRANTY OF SOME OF THE SAME VEHICLE, BUT NOT ALL...EVEN THOUGH IT'S A CONTINUOUS ISSUE. THEY SHOULD NOT BE ABLE TO SALE CARS THAT THEY KNOW HAVE THESE PROBLEMS, LEAVING THE CONSUMER RESPONSIBLE FOR EXPENSIVE REPAIRS. MY VEHICLE HAS 71K MILES AND I UPKEEP WITH ALL MAINTENANCE.

- NHTSA Complaint:  MY CVT TRANSMISSION IS HAVING MAJOR ISSUES AT THIS TIME. MY VEHICLE IS AT 84,000 MILES. I WAS DRIVING HOME THROUGH TRAFFIC, ONCE I TRIED TO ACCELERATE THE VEHICLE WOULDN'T GO, THEN ALL OF A SUDDEN IT TOOK OFF FAST. AFTER CONTINUING TO DRIVE IT STARTED REVVING VERY LOUD UNTIL I STOPPED AND CUT IT OFF.

- NHTSA Complaint:  TL* THE CONTACT OWNS A 2014 NISSAN ALTIMA. THE CONTACT STATED THAT WHILE DRIVING AT 40 MPH, THE TRANSMISSION FAILED TO SHIFT GEARS. AS A RESULT, THE VEHICLE BEGAN TO JERK AGGRESSIVELY. THE CONTACT MENTIONED THAT SHE HEARD AN ABNORMAL NOISE COMING FROM THE ENGINE. NO WARNING LIGHT ILLUMINATED.   THE   VEHICLE   WAS   TAKEN   TO   AN INDEPENDENT MECHANIC WHERE IT WAS DIAGNOSED THAT THE OIL SPARKLED AND THE OIL WAS CHANGED BUT THE FAILURE RECURRED. THE VEHICLE WAS THEN TAKEN TO THE DEALER WHERE IT WAS DIAGNOSED THAT THE INSIDE OF THE TRANSMISSION WAS GRINDING AND WOULD BREAK AND THAT THE TRANSMISSION NEEDED TO BE REPLACED. THE

VEHICLE WAS NOT REPAIRED. THE MANUFACTURER WAS MADE AWARE OF THE FAILURE. THE CONTACT STATED THAT THE MANUFACTURER OFFERED TO BUY BACK THE VEHICLE IN GOOD FAITH HOWEVER, THE CONTACT STATED THAT SHE WOULD NEED TO PAY TWO THOUSAND DOLLARS TOWARDS THE BUY BACK. THE FAILURE MILEAGE WAS 92,000.

- NHTSA Complaint:  2014 NISSAN ALTIMA S, 74,000 MILES. I SHIFTED THE CAR FROM PARK TO REVERSE TO BACK OUT OF PARKING SPACE, THE CAR SHUDDERED AND DIED. I AM VERY FORTUNATE THAT I WASN'T HIT BY ONCOMING TRAFFIC AS THE CAR WOULD NOT MOVE. I HAD MY DAUGHTER STEER THE CAR WHILE I PUSHED IT OUT OF THE WAY OF TRAFFIC. I TRIED SEVERAL MORE TIMES TO PUT THE CAR IN GEAR, IT WOULD RUN FOR A FEW SECONDS AND DIE. THERE WERE NO PREVIOUS PERFORMANCE PROBLEMS AND NO ENGINE WARNING LIGHTS TO INDICATE A PROBLEM. I HAD THE CAR TOWED TO A NISSAN DEALER. IT WAS DIAGNOSED WITH "TORQUE CONVERTER FAILURE/ NEED TO REPLACE CVT UNIT/ FOUND NO DTC'S STORED/FOUND NOT TRANNY LEAKS/ PRINTED OFF TRANNY "A" AND "B" COUNTS JUST IN CASE" I HAVE READ OTHER REPORTS OF THESE ALTIMA'S COMPLETELY FAILING IN RUSH HOUR TRAFFIC BECAUSE OF NISSAN'S DEFECTIVE TRANSMISSION. MY FAMILY WAS LUCKY. THE SITUATION COULD HAVE ENDED VERY BADLY IF THIS DEFECTIVE CAR HAD DIED IN TRAFFIC, CAUSING ME OR AN INNOCENT SERIOUS HARM. NOW, MY FAMILY IS FACING AN ALMOST $5000 DOLLAR REPAIR ON A THREE YEAR OLD CAR THAT I DON'T TRUST ANYMORE.

- NHTSA Complaint:  NISSAN HAS A RECALL ON THE CVT ON THE 2014 NISSAN ALTIMA, THEY EXTENDED THE WARRANTY FOR SOME, BUT NOT ALL. I'VE EXPERIENCED MY VEHICLE SHUTTING OFF WHILE DRIVING AND VERY STRONG JERKING, WHICH IS VERY DANGEROUS. I TOOK THE VEHICLE TO TISCHER NISSAN IN LAUREL AND THE JERKING AND SHUTTING STOPPED AFTER THEY RESET THE CVT PER THE RECALL. HOWEVER, IT HAS STARTED AGAIN AND THEY'RE NOW STATING I AM RESPONSIBLE FOR THE CHARGES. THEY KNOW THERE IS AN ISSUE WITH THIS PART, YET THEY WON'T BE ACCOUNTABLE. IT IS DANGEROUS AND VERY EXPENSIVE AND IT SHOULD BE THEIR RESPONSIBILITY. THIS IS MY SECOND COMPLAINT AND NOTHING HAS BEEN DONE.

- NHTSA Complaint:  TRANSMISSION FAILED AFTER THE CAR HAD 55000 MILES. THE PROBLEM COMMENCED WITH A NOTICEABLE SHUDDER AND JERK WHEN ACCELERATING AND

BRAKING. THE CAR EVENTUALLY STOPPED ACCELERATING ALL TOGETHER. TRANSMISSION HAD TO BE REPLACED. THIS SEEMS TO BE A COMMON OCCURRENCE WITH THIS ALTIMA MODEL. PLEASE INVESTIGATE. SEE LINK: HTTPS://WWW.CARS.COM/ARTICLES/2013-2016-NISSAN-ALTIMA-ROGUE-TRANSMISSION-ISSUE-1420683183828/

- NHTSA Complaint:  TL* THE CONTACT OWNS A 2014 NISSAN ALTIMA. WHILE ATTEMPTING TO ACCELERATE AFTER MAKING A TURN, THE VEHICLE FAILED TO RESPOND. THE VEHICLE WAS TAKEN TO COGGIN NISSAN ON ATLANTIC IN JACKSONVILLE (10600 ATLANTIC BLVD, JACKSONVILLE, FL 32225, TEL: 904-302-8231) TO BE DIAGNOSED. THE CONTACT WAS INFORMED THERE WAS A TSB/MANUFACTURER COMMUNICATION NUMBER: NTB15-086D (POWER TRAIN) FOR THE REPROGRAMMING OF THE TCM. THE VEHICLE WAS REPAIRED; HOWEVER, THE FAILURE RECURRED. THE MANUFACTURER WAS CONTACTED AND PROVIDED CASE NUMBER: 27315253. THE VEHICLE WAS NOT REPAIRED A SECOND TIME. THE APPROXIMATE FAILURE MILEAGE WAS 66,801.

- NHTSA Complaint:   PURCHASED 2014 NISSAN ALTIMA SL 11/5/2016 69,500 MILES FROM NISSAN DEALER BOURNE MA. CAR IN FOR D/S FRONT HEADLAMP ASSEMBLY REPLACEMENT AND TRANSMISSION REVVING RPM COMPLAINT ISSUE ON 11/10/2016 WHILE STILL UNDER 60-DAY/2500MI WARRANTY. PICKED UP VENICLE AND TOLD BY NISSAN SERVICE DEPT THAT "COULDNT FIND ANYTHING WRONG AND THAT IS JUST HOW THE CVT WORKS". ADDITIONALLY, THERE IS A REPROGRAMMING SERVICE BULLETIN ISSUED BY NISSAN ON DEC 6 2016 REGARDING CVT TRANSMISSION. I WAS NEVER NOTIFIED. ON MAY 12, 2017 77,800 TRANSMISSION FAILS COMPLETELY WHILE IN MOTION ON A RURAL STATE ROAD AT 40MPH, SAME SYMPTOMS AS 11/10/2016 COMPLAINT WITH NO CEL OR WARNING LIGHTS ON INTERIOR DASH 165 MILES FROM HOME. CALL DEALER AND ASK THEM WHAT THEY PLAN TO DO AND TOLD "THAT IS ON YOUR DIME SINCE YOU DID NOT PURCHASE EXTENDED WARRANTY." CALL CLOSEST NISSAN DEALER SERVICE DEPT AND TOLD THEY CANNOT EVEN DIAGNOSE THE PROBLEM FOR 10 BUSINESS DAYS SO CAR IS TOWED TO GARAGE OF CONTRACTOR ASSIGNED BY NISSAN SECURITY PLUS PROTECTION PLAN J&J AUTO. J&J AUTO DIAGNOSES VEHICLE AS HAVING TOTAL VALVE BODY FAILURE USING COMPUTER CODES FROM VEHICLE AND REAFFIRMING DIAGNOSIS WITH NISSAN. I AUTHORIZE A NEW NISSAN TRANSMISSION TO BE ORDERED FOR VEHICLE.

CONTACT NISSAN CUSTOMER SERVICE AND TOLD THEY WILL NOT REIMBURSE ME FOR COSTS OF TRANSMISSION REPLACEMENT AND "YOU NEED TO JUST LEAVE THE CAR AT A NISSAN SERVICE DEPT AND WE WILL LOOK INTO IT." REFUSE TO INTERVENE WITH SELLING DEALERSHIP OR MAKE A REFERRAL AND APPOINTMENT AT A DEALER SERVICE LOCATION TO HAVE CAR REPAIRED IN A TIMELY FASHION. THIS IS MONDAY MAY 14. TRANSMISSION IS REMOVED AND REPLACED AT J&J AUTO. PICK CAR UP ON MAY 26, 2016 FOLLOWING REPROGRAMMING AND FLASHING OF NEW TRANSMISSION AT NISSAN DEALER IN KEENE, NH.

- NHTSA Complaint:  MY CAR SHUT DOWN MULTIPLE TIMES WHILE DRIVING IT TO WORK. I HAD TO GET IT TOWED TO NISSAN AND FIND A WAY TO WORK. NISSAN SAID THEY REPROGRAMMED THE CVT TRANSMISSION AND DIDNT BOTHER TO TELL ME THERE WAS A RECALL. WHEN I GOT IT BACK IT WAS WORSE THAN WHEN I TOOK IT IN THE FIRST TIME. IT IS UNPROFESSIONAL AND DANGEROUS FOR THEM NOT TO TELL ME ABOUT THE RECALL.

- NHTSA Complaint:  CVT SHUDDERING AND JERKING 15-35 MILES STILL AFTER REPROGRAMING AT 52K MILES  AIRBAG LIGHT IS STAYES ON AFTER BEING REPROGRAM

- NHTSA Complaint:   TRANSMISSION IS SLIPPING AFTER 52K MILES

- NHTSA Complaint:  ON THREE SEPARATE OCCASIONS, THE CAR HAS LOST EXCELLERATION POWER. AFTER COMING TO A STOP, IT WOULD NOT PICK UP SPEED WHILE HOLDING THE GAS PEDAL TO THE FLOOR. AFTER A FEW SECONDS IT PICKED UP SPEED. MAKING A SOUND, LIKE THE TRANSMISSION IS OUT OF GEAR. EACH TIME IT HAS DONE THIS, I HAVE PULLED OVER TURNED THE CAR OFF FOR A FEW MINUTES. AFTER RESTARTING IT SEEMS TO DRIVE FINE, UNTIL IT HAPPENS AGAIN. HAPPENS WHILE DRIVING ON CITY STREETS.

- NHTSA Complaint:  WHILE DRIVING ON INTERSTATE 75 THE VEHICLE LOST THE ABILITY TO ACCELERATE.. IN HEAVY TRAFFIC,I WAS ABLE TO PULL TO THE SIDE OF THE ROAD,AFTER SITTING FOR ABOUT 15 MINUTES I DECIDED TO TRY AGAIN AND IT STARTED UP AND I WAS ABLE TO DRIVE OFF THE EXIT HAD IT CHECK AND WAS TOLD THEY WAS NOT ABLE TO IDENTIFY A PROBLEM.. TOLD NISSAN SAID AT 30,000 MILES WAS NOT UNDER WARRANTY. THIS HAS HAPPENED SEVER TIME WITHOUT WARNING

- NHTSA Complaint:  MY CAR SHUT OFF ABRUPTLY WHEN I WAS DRIVING IN THE HIGHWAY AND I ALMOST GOT HIT BY ANOTHER CAR. LUCKILY, IT WAS RUSH HOUR AND WE WERE ONLY GOING ABOUT 30MPH. I PUT THE CAR BACK IN PARK AND RESTARTED. ONCE RESTARTED, I GOT OFF THE HIGHWAY AND WAS AT A BUSY INTERSECTION AND I WAS THE FIRST CAR AT THE RED LIGHT. MY CAR SHUT OFF IN THE MIDDLE OF THE INTERSECTION DURING RUSH HOUR. IT WAS VERY DANGEROUS. I HAD CAR TOWED TO DEALER AND IT'S A COMPLETE CVT TRANSMISSION FAILURE. STILL WAITING TO SEE IF NISSAN WILL COVER THE REPLACEMENT. THE CAR HAS 37K MILES AND IS STILL UNDER THE $60K POWER TRAIN WARRANTY.

- NHTSA Complaint:  I PURCHASED A BRAND NEW 2014 NISSAN ALTIMA S ON 7/20/14. ON 9/17/14 MY CEL BEGAN FLASHING, CAR SHAKING & LOSING POWER AS I WAS DRIVING ON THE FREEWAY (WHICH IS UNDER CONSTRUCTION WITH NO SHOULDERS TO PULL OVER ON). BROUGHT CAR TO SERVICE DEPARTMENT AND THEY TRIED TO FIRST TELL ME THEY COULDN'T FIND ANY ISSUE. I FORCED THEM TO CONTINUE TESTING & IT HAPPENED AGAIN & THEY WERE ABLE TO PULL 2 ERROR CODES (MISFIRE & MULTIPLE MISFIRE). AFTER A WEEK OF DRIVING MY CAR AND TESTING, THEY COULD NOT FIGURE OUT HOW TO FIX IT. I OPENED A CASE AT THAT TIME TO REQUEST A BUY BACK OR REPLACEMENT OF THIS VEHICLE AS IT IS CLEAR THAT SOMETHING WAS DONE WRONG ON THE ASSEMBLY LINE & SAFETY OF VEHICLE HAS BEEN COMPROMISED. ON 9/26/14, THE DEALERSHIP CALLED AND TOLD ME TO PICK UP MY CAR AS THEY "THINK THEY FIXED THE PROBLEM." I PICKED UP THE CAR, DROVE 5 MILES & ISSUES HAPPENED AGAIN & I NOTICED IT WAS CONSUMING LARGE AMOUNTS OF GASOLINE. BROUGHT IT BACK TO DEALERSHIP & TOLD THEM THAT IT WAS NOT FIXED & IT IS NOT SAFE TO DRIVE THIS VEHICLE. ON 9/29/14, NISSAN CORPORATE SENT AN ENGINEER TO PICK UP MY CAR TO TEST THE ISSUES & AFTER DRIVING IT, THE ENGINEER SAID THAT ALL 4 COILS NEEDED TO BE CHANGED. COILS WERE SWAPPED OUT & I PICKED UP THE CAR 10/2/14 AGAINST MY WILL. FULL TANK WHEN I PICKED UP THE CAR STATING I'D RECEIVE 540 MILES (NORMAL FOR AN ALTIMA) & 2 DAYS LATER, IT DROPPED ALL OF A SUDDEN BY 100 MILES FOR NO REASON. I ONLY RECEIVED 400 MILES TO FULL TANK & THE MAJORITY OF MY DRIVING IS HIGHWAY MILES. IT IS STILL CONSUMING GASOLINE & IS IDLING ROUGHER. I AM NOW 3 WEEKS IN, 2 SEPARATE ISSUES & MY CAR STILL IS NOT WORKING. IF MY

CAR HAS ISSUES 52 DAYS IN AND ONLY 3K MILES, I CAN ONLY IMAGINE WHAT ELSE IS GOING TO HAPPEN. I COMMUTE AND DRIVE WITH SMALL CHILDREN & IT IS NOT SAFE. IT IS CLEAR THAT THERE IS SOMETHING WRONG WITH MY CAR. *TR

- NHTSA Complaint:  WHEN IM IN TRAFFIC AND TRY TO SPEED UP THE CAR DOESN'T CHANGE GEARS. IVE TAKEN IT TO THE DEALER FOUR TIMES AND THEY DO NOTHING ABOUT IT. IT HAS HAPPENED TWO TIMES WITHIN THE LAST THREE DAYS, WHICH IS MORE FREQUENTLY THAN BEFORE. I HAVE HAD THIS PROBLEM SINCE I BOUGHT THE CAR. WHEN I STOP THE CAR COMPLETELY, LETS SAY AT A RED LIGHT, THEN PRESS THE GAS IT TAKES A FEW SECONDS FOR THE CAR TO EVEN START MOVING.

- NHTSA Complaint:  TL* THE CONTACT OWNS A 2014 NISSAN ALTIMA. THE CONTACT STATED THAT WHILE DRIVING AND ATTEMPTING TO ACCELERATE, THE ACCELERATOR PEDAL WAS DEPRESSED AND THE VEHICLE FAILED TO ACCELERATE. THE CONTACT MENTIONED THAT THE VEHICLE FAILED TO ACCELERATE OVER 25 MPH, THERE WAS AN LOUD ABNORMAL NOISE AND THE VEHICLE VIBRATED UNCONTROLLABLY. THE FAILURE RECURRED NUMEROUS TIMES. THE VEHICLE WAS TAKEN TO THE DEALER WHERE IT WAS DIAGNOSED THAT THE TRANSMISSION FAILED. THE VEHICLE WAS NOT REPAIRED. THE FAILURE MILEAGE WAS 34,000.

- NHTSA Complaint:   MY CAR AS AT A STOP SIGN OFF A HIGHWAY. AS I TRIED TO EXCELERATE, THE CAR DIED. I PUT THE CAR IN PARK. I LET IT SIT FOR A SECOND, PUT IT IN DRIVE, IT MOVED LESS THAT A FOOT AND DIED. I WAS ABLE TO MAKE IT TO A SERVICE STATION WHERE THEY TOLD ME I NEEDED A NEW BATTERY. ONE WEEK LATER I WAS ON THE HIGHWAY TRYING TO EXCELERATE AND THE CAR DIED, MID HIGHWAY, I PULLED OVER. GOT IT STARTED AND AFTER NOT HAVING ANY RESULTS AT MY NISSAN DEALER, MADE IT TO MY HOME WHERE IT WAS DIAGNOSED WITH A FAULTY TRANSMISSION. THE CAR IS A 2014 WITH 65 THOUSAND MILES AND NISSAN WILL NOT HELP

- NHTSA Complaint:  SINCE I HAVE HAD MY 2014 NISSAN ALTIMA IT HAS FACED SEVERAL MAJOR ISSUES SUCH HAS TWO TRANSMISSIONS REPLACEMENTS, NOW THE AC COMPRESSOR, THEN THE CAR DISPLAY SCREEN TURNED COMPLETELY PINK, AND OTHER NUMEROUS ISSUES THAT HAVE ALREADY BEEN DOCUMENTED IN YOUR SYSTEM. PLEASE REFER BACK TO MY

PREVIOUS COMPLAINTS THAT I HAVE SUBMITTED, MY SERVICE RECORDS FOR THE DEALERSHIP, AND SO FORTH FOR DOCUMENTATION PURPOSES. I TRULY BELIEVE THAT A CAR WITH ONLY 7 MILES ON IT WHEN PURCHASED SHOULD NOT HAVE ANY OF THESES ISSUES UNLESS IT WAS MANUFACTURED POORLY. I AM SO FED UP WITH DEALING WITH THE DEALERSHIP AND RUN AROUNDS FROM THE CORPORATION THAT I MAY HAVE TO TAKE LEGAL ACTION IF THIS ISSUE IS NOT RESOLVED IN A TIMELY MANNER.

- NHTSA Complaint: I PURCHASED VEHICLE IN 2014 AND I HAVE HAD ALL REQUIRED MAINTENANCE PERFORMED. I'M NOT AT 71K MILES AND HAVE BEEN EXPERIENCING ABRUPT JERKING WHILE DRIVING. NISSAN HAS A RECALL TO REPROGRAM THE CVT. HOWEVER, THEY OFFERED EXTENDED WARRANTIES TO FEW CUSTOMERS AND NOT ALL OF US. THIS IS AN ONGOING COMPLAINT REGARDING THE CVT AND THE ENORMOUS AMOUNT OF MONEY CONSUMERS HAVE PAID...NOT TO MENTION THE INEVITABLE SAFETY RISK. SOMETHING HAS TO BE DONE AND NISSAN SHOULD BE HELD RESPONSIBLE. I HAVE AN APPOINTMENT ON MONDAY REGARDING THE RECALL...WHICH THEY DID NOT INFORM ME ABOUT UNTIL I CALLED ABOUT MY CAR 2 DAYS AGO. NOT TO MENTION ANOTHER RECALL FOR THE AIRBAG, THAT I FOUND OUT ABOUT ONLINE. THEY ARE NOT COMMUNICATING WITH THEIR CUSTOMERS AT ALL.

- NHTSA Complaint: VEHICLE IS A 2014 NISSAN ALTIMA 4 CYLINDER MOTOR. IT RECENTLY HAD THE TRANSMISSION RECALL, DISGUISED AS A "CAMPAIGN" PERFORMED. IT WAS A SOFTWARE UPDATE. SINCE THEN, THE CAR UPSHIFTS WHILE DECELERATING, CAUSING THE ENGINE TO STUMBLE & ALMOST STALL. IT IS SIMILAR TO THE TORQUE CONVERTER LOCKING UP & AFFECTING THE DRIVETRAIN. IF THE ENGINE STALLED, DRIVER WOULD LOSE CONTROL OF THE VEHICLE & MIGHT CRASH THE CAR. THE CAR IS IN MOTION WHEN IT HAPPENS ON A ROAD WHERE SPEEDS ARE ABOUT 50 MPH, WHICH IS ABOUT THE SPEED WE WERE DRIVING WHEN IT HAPPENED. IT HAS HAPPENED WHILE DRIVING STRAIGHT OR IN MILD TURNS.

- NHTSA Complaint: 2014 NISSAN ALTIMA S. I WAS DRIVING ON THE FREEWAY CAR JUST STOPPED RUNNING ALMOST GOT HIT BY 2 CARS TRANSMISSION STOPPED WORKING WITH NO WARNINGS OF ANY KIND LOTS OF COMPLAINT S ON THIS TRANSMISSION ON THE INTERNET. VERY DANGEROUS. WE

DONT HAVE MONEY TO PAY FOR IT. ONLY 3 YEARS OLS CAR. 60 THOUSAND MILES

- NHTSA Complaint:  ONE DAY I WAS DRIVING ON THE FREEWAY WHEN MY CAR STARTED ACCELERATING ON ITS OWN, THEN SLOWING DOWN A LOT. AT ONE POINT I HAD TO PULL OVER ON THE SIDE OF THE FREEWAY BC THE CAR JUST WOULDN'T ACCELERATE EVEN WITH THE GAS PEDAL ALL THE WAY TO THE FLOOR. WE STAYED THERE FOR A BIT WAITING FOR A TOW TRUCK. THE CAR DECIDED TO WORK AGAIN TO WE SPED OUT OF THERE AND MADE IT HOME. THE NEXT DAY I CONTACTED NISSAN AND TOLD THEM THE SITUATION AND THEY SAID THERE WAS A RECALL ON THE TRANSMISSION AND TO TAKE IT I. TO A DEALERSHIP TO THE CAN SO A THING THEY CALL CVT REPROGRAMMING. SO I DID THE NEXT DAY. THE TOW TRUCK CAME AND PICKED IT UP, TOOK IT TO THE DEALERSHIP AND SUPPOSEDLY THEY FIXED IT. SO I WENT TO GO PICK UP THE CAR, AND AT FIRST IT WAS FINE, IT WAS JERKING JUST A LITTLE BUT I FIGURED IT WAS BECAUSE OF THE REPROGRAMMING, THE CAR WAS STILL ADJUSTING. THEN I GOT TO MY FIRST STOP LIGHT AND WHEN THE LIGHT TURNED GREEN THE CAR WOULD NOT GO ANYWHERE THEN IS STARTED GOI G REALLY REALLY SLOW AND THEN ALL OF A SUDDEN IT ACCELERATED SO FAST IT WAS SCARY. I MADE IT ABOUT 10 MINS OUT WHEN I DECIDED IT NEEDED TO GO BACK BC IT WAS DEFINITELY NOT FIXED. ON THE WAY BACK I ALMOST GOT IN A TERRIFYING ACCIDENT AND ALMOST DIDN'T EVEN MAKE IT. I WAS AT A STOP SIGN WAITING TO GO ONTO A 2 WAY STREET WITH NO OTHER STOP SIGHS. THE CAR WAS DOING JUST FINE SO I WENT FOR IT AND IN THE MIDDLE OF BOTH STREETS THE CAR SLOWED DOWN QUITE AGGRESSIVELY & THERE WERE 2 CARS HEADED TAPED ME ON FULL SPEED FROM OPPOSITE DIRECTIONS. TERRIFYING. EVENTUALLY I MADE T BACK AND THE GUY HELPING ME WAS SO HELPFUL. GAVE ME A RENTAL AND EVERYTHING. THE NEXT DAY HE CALL AND SAYS I NEED A NEW TRANSMISSION AND IT WAS GOING TO BE $3600. SO I CONTACTED CONSUMER AFFAIRS TO SEE WHAT THEY CAN DO BC IT'S NOT FAIR THAT I HAVE TO PAY FOR THEIR MISTAKE. AND NOW THEY WON'T CONTACT ME BACK AND I HAVE NO ODE WHATS GOING ON WITH MY CAR.

- NHTSA Complaint:  CVT TRANSMISSION. I WAS AT THE INTERSECTION OF PAGE AVE AND SEVEN UP DRIVE IN OVERLAND, MO, AND MY CAR STOPPED. I STARTED THE CAR BACK UP AND PARK THE CAR IN DRIVE AND IT ROLLED BACKWARDS. I PUT THE CAR BACK IN PARK, PUT ON MY

HAZARD LIGHTS, AND CALLED ROADSIDE SERVICE. MY DAUGHTER (7YRS) AND I WERE TERRIFIED. CARS WERE A FEW 100 FEET FROM HITTING US. I WAS CONSTANTLY WAVING CARS TO GO AROUND MY CAR. THE OVERLAND POLICE FINALLY ARRIVED (1 HOUR LATER) AND PUSHED MY CAR TO A SAFER LOCATION SO IT COULD BE TOWED. MY CAR WAS LATER TOWED TO THE NISSAN DEALER WHERE IT WAS DIAGNOSED. THE DIAGNOSIS WAS THAT MY CVT (TRANSMISSION) NEEDED TO BE REPLACED.

- NHTSA Complaint:  FROM A STOP, THERE WAS NO RESPONSE WHEN I PRESSED ON THE ACCELERATOR.THEN A SURGE WHEN IT DID RESPOND. THIS HAS HAPPENED SEVERAL TIMES SINCE.THE DELAY SEEMS TO BE GETTING LONGER, SOMETIMES OCCURRING. WHILE DRIVING IN TRAFFIC. *TR

- NHTSA Complaint:   ON APPROXIMATELY JUNE 19, 2015 I STARTED EXPERIENCING SLUGGISH TAKE OFF FROM A STOP POSITION IN MY CAR. NOTICEABLY AFTER WORK, ON THE WAY HOME IN STOP AND GO TRAFFIC AFTER 7-10 MILES INTO MY TRANSIT (WITH OUTSIDE TEMPS IN THE 90'S). DIDN'T HAPPEN EVERYDAY, ONLY WHEN TRAFFIC WAS REALLY BAD (STOP AND GO). I TOOK VEHICLE INTO DEALERSHIP ON JUNE 29TH TO HAVE THIS CHECKED OUT; DEALERSHIP REPAIR DROVE VEHICLE FOR APPROXIMATELY 16-MILES AND FOUND NO HESITATION WHILE DRIVING DURING THAT TIME. ON JULY 2ND, ON THE WAY HOME FROM WORK THE SLUGGISHNESS TURNED INTO A CRITICAL, SERIOUS 'HESITATION' PROBLEM. MY FOOT WAS PRESSING ON GAS PEDAL BUT CAR WOULDN'T MOVE, I WAS HOLDING UP TRAFFIC, I PRESSED HARDER AND HARDER AND THEN MY CAR LUNGED FORWARD ALMOST CAUSING AN ACCIDENT ON TWO OCCASIONS; THIS PROBLEM CONTINUED INTERMITTENTLY ALL THE WAY HOME (FOR THE NEXT 5+ MILES) - I DROVE WITH EMERGENCY FLASHERS. CALLED DEALERSHIP NEXT DAY I SPOKE WITH RECEPTIONIST ASKING TO SPEAK WITH SERVICE MANAGER, LEFT HIM VOICEMAIL MESSAGE/CALL NEVER RETURNED CALLED BACK COUPLE OF TIMES ONLY TO GET VOICEMAIL. MADE APPOINTMENT ONLINE & TOOK CAR IN ON JULY 7TH. CAR HAS BEEN IN THE SHOP EVER SINCE. ASSISTANT SERVICE MANAGER STATES THEY CANNOT DUPLICATE THE PROBLEM. I EXPLAINED I DON'T FEEL SAFE DRIVING THIS CAR; ESPECIALLY WITH TWO MISSED CAR CRASHES. THAT WAS ENOUGH FOR ME! SOMETHING NEEDS TO BE DONE ABOUT THIS PROBLEM. I DON'T WANT THIS CAR ANYMORE.

- NHTSA Complaint: TL* THE CONTACT OWNS A 2014 NISSAN ALTIMA. THE CONTACT STATED THAT WHEN THE ACCELERATOR PEDAL WAS DEPRESSED, THE VEHICLE HESITATED TO RESPOND. THE VEHICLE WAS TAKEN TO THE LOCAL CHARLESTON NISSAN DEALER LOCATED AT 1714 SAVANNAH HWY, CHARLESTON, SC 29407 WHERE IT WAS DIAGNOSED THAT THE FUEL LINE NEEDED TO BE REPLACED. THE VEHICLE WAS REPAIRED HOWEVER, THE FAILURE RECURRED. THE MANUFACTURER WAS NOT NOTIFIED OF THE FAILURE. THE FAILURE MILEAGE WAS APPROXIMATELY 42,000.

- NHTSA Complaint: TL* THE CONTACT OWNS A 2014 NISSAN ALTIMA. WHILE DRIVING VARIOUS SPEEDS, THE VEHICLE FAILED TO ACCELERATE WHEN THE ACCELERATOR PEDAL WAS DEPRESSED. ALSO, THE VEHICLE HESITATED AND TOOK APPROXIMATELY FIVE SECONDS TO INCREASE IN SPEED. THE VEHICLE WAS TAKEN TO A DEALER WERE IT WAS NOT DIAGNOSED OR REPAIRED. THE MANUFACTURER WAS MADE AWARE OF THE FAILURE. THE FAILURE MILEAGE WAS APPROXIMATELY 25,000.

- NHTSA Complaint: TL*THE CONTACT OWNS A 2014 NISSAN ALTIMA. THE CONTACT STATED THAT AFTER BEING IDLE, THE ACCELERATOR PEDAL WAS DEPRESSED BUT FAILED TO RESPOND. THE ACCELERATOR PEDAL WAS DEPRESSED AGAIN AND THE VEHICLE OVER ACCELERATED. THE FAILURE RECURRED ON SEVERAL OCCASIONS. THE VEHICLE WAS NOT DIAGNOSED OR REPAIRED. THE MANUFACTURER WAS MADE AWARE OF THE FAILURE. THE APPROXIMATE FAILURE MILEAGE WAS 30,000.

2015 Nissan Altima

- NHTSA Complaint: CVT TRANSMISSION VIBRATES EXCESSIVELY IN INTERIOR (FLOORBOARDS, STEERING WHEEL, GAS PEDAL, AND AND ME) NOISE LEVEL EXTREMELY HIGH INSIDE CAR. DEALER AND NISSAN AMERICA SAY THEY WILL NOT FIX OR BUY BACK CAR. PURCHASED NEW IN SEPT 2014. HAD SAME CAR 2014 MODEL THAT HAD NO VIBRATION OR NOISE. DEALER HAD SEVEN TEST DRIVES AND ALL AGREE WITH ME, BUT NO ONE WOULD COMMIT TO SAYING THE CAR NEEDS TO BE FIXED - THEY SAY IT COULD BE DEFECTIVE OR COULD BE A DESIGN PROBLEM. EITHER WAY I AM STUCK!!! WOULD NOT RECOMMEND THIS CAR TO ANYONE. *TR

- NHTSA Complaint:  I WAS DRIVING MY 2015 NISSAN ALTIMA ON THE ROAD AND THERE WAS HEAVY TRAFFIC SO IT WAS SORT OF STOP AND GO AND LOTS OF IDLING. EACH TIME I PRESSED ON THE GAS, IT SEEMS THE CAR HESITATED TO GO. AFTER I GOT TO MY DESTINATION, I THEN DROVE ONTO INTERSTATE 85 IN GASTONIA, NORTH CAROLINA AND THE CAR STARTED MAKING A LOUD WHISTLING NOISE AND WOULD NOT ACCELERATE. THE DRIVE SHAFT ALSO STARTED SHAKING REALLY BAD. THE CAR STALLED AS I WAS DRIVING ON THE INTERSTATE AND I WAS ABLE TO PULL OFF AND THE CAR COASTED OFF THE HIGHWAY. THE CAR STOPPED ON ME. I ATTEMPTED TO CONTACT THE DEALERSHIP THAT I PURCHASED THE CAR TO GET DIRECTION ON WHAT TO DO AND THEY WOULDN'T SPEAK TO ME OR RETURN MY CALLS. I ENDED UP CALLING NISSAN ROADSIDE ASSISTANCE IN RE THE CAR. THE GUY ASKED FOR MY VIN # AND I GAVE IT TO HIM AND HE IMMEDIATELY ASKED IF MY CAR'S ENGINE STALLED ON ME. I ADVISED THAT IT DID IN THE MIDST OF MY DRIVING WITH MY CHILDREN ON AN INTERSTATE. HE ADVISED THEY WOULD SEND A TOW TRUCK TO GET MY CAR BUT THERE WASN'T ANYTHING HE COULD DO FOR ME TO HAVE TRANSPORTATION AND I'D HAVE TO SPEAK WITH THE NEAREST DEALERSHIP TO SEE IF THEY COULD PROVIDE A LOANER. THE DEALERSHIP ENDED UP DIAGNOSING THIS AS A BAD TRANSMISSION IN THIS BRAND NEW CAR. I WANTED TO KNOW HOW THE ROADSIDE ASSISTANCE GUY KNEW THAT THIS CAR HAD STALLED ON ME PRIOR TO ME EXPLAINING THE PROBLEM. THE DEALERSHIP THAT REPAIRED IT ALSO ASKED ME IF I HAD HAD THIS PROBLEM 3 TIMES PRIOR. I HAD NOT. WHEN I PURCHASED THE CAR IT HAD 101 MILES ON IT AND I BELIEVE THIS CAR HAD PROBLEMS THAT THEY WERE AWARE OF AND THEY SOLD IT TO ME ANYWAY. I REQUESTED A REPLACEMENT VEHICLE FROM NISSAN CONSUMER AFFAIRS B/C I HAVE NO CONFIDENCE IN THIS CAR AS IT WAS A NEW CAR WITH A BAD TRANSMISSION AND I DO NOT TRUST IT'S SAFETY FOR MYSELF AND MY CHILDREN. I BELIEVE THAT THIS IS NOT A ONE TIME THING AND THIS HAS HAPPENED PREVIOUSLY. *JS

- NHTSA Complaint:  TL* THE CONTACT OWNS A 2015 NISSAN ALTIMA. WHILE DRIVING 55 MPH, THE VEHICLE CHANGED GEARS WITHOUT NOTICE. THE VEHICLE SHIFTED INTO NEUTRAL WITHOUT WARNING. THE VEHICLE WAS PLACED INTO GEAR AND RESUMED NORMAL OPERATION. THE CONTACT STATED THAT THE KEYLESS ENTRY FAILED AND THE AIR BAG WARNING LIGHT ILLUMINATED. THE FAILURES RECURRED SEVERAL TIMES. THE VEHICLE WAS TAKEN TO A

DEALER WHERE IT COULD NOT BE DIAGNOSED. THE VEHICLE WAS NOT REPAIRED. THE MANUFACTURER WAS MADE AWARE OF THE FAILURES. THE FAILURE MILEAGE WAS 4,500. THE VIN WAS NOT AVAILABLE.

- NHTSA Complaint:  TL* THE CONTACT OWNS A 2015 NISSAN ALTIMA. WHILE DRIVING APPROXIMATELY 40 MPH, THE TRANSMISSION BEGAN TO DOWN SHIFT WITH HESITATION AND THE ENGINE REVVED RAPIDLY WITHOUT WARNING. THE VEHICLE WAS MANEUVERED TO THE SIDE OF THE ROAD, WHERE THE ENGINE WAS TURNED OFF. AFTER RESTARTING, THE VEHICLE OPERATED NORMALLY FOR A FEW MOMENTS AND THEN THE FAILURE RECURRED TEN TIMES WITH WARNING. THE GEAR LEVER WAS SHIFTED INTO NEUTRAL IN ORDER TO RESUME NORMAL OPERATION. THE VEHICLE WAS NOT DIAGNOSED OR REPAIRED. THE MANUFACTURER WAS NOT NOTIFIED OF THE FAILURE. THE APPROXIMATE FAILURE MILEAGE WAS 4,700.

- NHTSA Complaint:  TL* THE CONTACT OWNS A 2015 NISSAN ALTIMA. WHILE DRIVING AT APPROXIMATELY 65-70 MPH, THE VEHICLE DOWNSHIFTED TO NEUTRAL WITHOUT WARNING. THE FAILURE RECURRED MULTIPLE TIMES. THE MANUFACTURER WAS NOTIFIED. THE FAILURE MILEAGE WAS APPROXIMATELY 1,008.

- NHTSA Complaint:  TL* THE CONTACT OWNS A 2015 NISSAN ALTIMA. THE CONTACT STATED THAT WHILE DRIVING AT 70 MPH, THE VEHICLE LOST POWER AND SHIFTED INTO NEUTRAL INDEPENDENTLY. IN ADDITION, THE ACCELERATOR PEDAL WAS DEPRESSED AND THE VEHICLE FAILED TO ACCELERATE BUT INCREASED IN RPMS. THE VEHICLE WAS NOT DIAGNOSED OR REPAIRED. THE FAILURE RECURRED ON NUMEROUS OCCASIONS. THE MANUFACTURER WAS NOT NOTIFIED OF THE FAILURE. THE FAILURE MILEAGE WAS 1,767.

- NHTSA Complaint:  TL* THE CONTACT OWNS A 2015 NISSAN ALTIMA. THE CONTACT STATED THAT WHILE DRIVING AT VARIOUS SPEEDS, THE VEHICLE WOULD VIBRATE AND MAKE AN ABNORMAL NOISE WHEN THE VEHICLE WAS SHIFTING GEARS. THE VEHICLE WAS TAKEN TO THE DEALER FOR DIAGNOSIS, HOWEVER THE FAILURE COULD NOT BE DUPLICATED. THE VEHICLE WAS NOT REPAIRED. THE CONTACT STATED THAT THE FAILURE RECURRED. THE MANUFACTURER WAS MADE AWARE OF THE FAILURE. THE FAILURE MILEAGE WAS 24,000. ...UPDATED 06/30/16 *BF

- NHTSA Complaint:  TL* THE CONTACT OWNS A 2015 NISSAN ALTIMA. WHILE DRIVING UP AN INCLINE AT 60 MPH, THE VEHICLE LOST POWER AND BEGAN TO ROLL BACKWARDS. THE VEHICLE WAS TOWED TO A DEALER WHO WAS UNABLE TO DIAGNOSE OR REPAIR THE VEHICLE. THE FAILURE RECURRED. IN ADDITION, THE CONTACT NOTICED COROSSION ON THE TRUNK WHERE THE LATCH WAS LOCATED. THE VEHICLE WAS TAKEN BACK TO THE DEALER WHO WAS UNABLE TO DUPLICATE THE FAILURE AND REPAIR THE VEHICLE. THE VIN WAS INCLUDED IN NHTSA CAMPAIGN NUMBER:    16V029000    (LATCHES/LOCKS/LINKAGES).    THE MANUFACTURER WAS NOT NOTIFIED OF THE FAILURE. THE FAILURE MILEAGE WAS 20,000.

- NHTSA Complaint:  WHILE DRIVING BACK HOME LAST MONTH (JULY 2016), SUDDENLY IT STARTED LOOSING POWER AND TACHOMETER STARTED SHOWING FLUCTUATION AT ALL RPM RANGE (0-4000+). IT WAS VERY SCARY MOMENT AS IT HAPPENED WHILE DRIVING ON MAJOR HIGHWAY WITH MEDIUM TO HIGH TRAFFIC FLOW (AFTER WORK HOURS 5 PM - 7 PM) 65 MPH ZONE.

- NHTSA Complaint:  I AGREE WITH OTHERS ABOUT NISSAN NEEDING TO REPURCHASE/COMPENSATE FOR ALL THE ISSUES.THIS VEHICLE FEELS VERY UNSAFE AND THEY JUST PUSH IT ALL OFF. THE POWER STEERING MAKES VARYING LOUD,ANNOYING,DISTRACTING,    WHINING    THE ENTIRE TIME YOU DRIVE IT. THE CAR HESITATES AND JERKS WHILE DRIVING OR TRYING TO DRIVE FROM A STOP WHICH FEELS VERY UNSAFE AND MAKES ME WORRY ABOUT BEING HIT. THERE ARE SO MANY PROBLEMS THAT ARE UNSAFE WITH THE 2015 ALTIMA AND NISSAN REFUSES TO ADMIT THEM AND CONSTANTLY SAYS "EVERYTHING IS NORMAL" OR 'ITS THE WAY THAT TRANSMISSION WORKS". A HUGE WASTE OF TIME AND ENERGY TRYING TO DEAL WITH NISSAN. THEY ALSO KEPT INSISTING TO ME THAT THE AIRBAG LIGHT COMING ON WHILE A GROWN ADULT WAS SEATED WAS "NORMAL" AS WELL UNTIL ALL OF A SUDDEN THERE WAS A RECALL...JUST TO SHOW HOW THEY LIE AND COVER EVERYTHING UP .I BOUGHT THIS CAR BRAND NEW IN DECEMBER 2015 AND HAVE HAD THESE ISSUES SINCE. HAVE BEEN TO DEALERSHIP MANY TIMES FOR THE ISSUES AS WELL AS HAVING A NISSAN TECH COME TO ASSESS BUT OF COURSE EVERYONE STICKS TOGETHER AND STATES IT "ALL NORMAL".THERE ARE ALSO PROBLEMS THAT ARE NOT SAFETY ISSUES BUT VALUE ISSUES SUCH AS THE XM SERVICE

THAT IS HORRIBLE BUT YOU PAY FOR AND THE CHEAP BUILD OF THE VEHICLE/PAINT.

- NHTSA Complaint:   I PURCHASED MY 2015 NISSAN ALTIMA BRAND NEW FROM THE DEALER. IN SEPT 2015 AT 25,000 MILES, WHILE DRIVING IN THE MIDDLE OF THE FREEWAY, THE CAR SLOW DOWN AS IF I WAS DRIVING IN A LOW GEAR. THE RPM WENT UP, BUT THE CAR IS MOVING VERY SLOW. I STOP THE CAR AND CALLED THE SERVICE DEPARTMENT. THEY TOLD ME TO STOP AND PARK THE CAR THEN RESTARTED THE CAR AFTER GIVING IT SERVAL MINS OF COOLING DOWN. I TOOK THE CAR THE SERVICE THE NEXT DAY, THEY COULDN'T FIND ANYTHING WRONG WITH THE CAR. I CONTINUE TO DRIVE THE CAR FOR ANOTHER SIX OR SO MONTHS THEN THE SAME HAPPENED AGAIN. I TOOK THE CAR BACK TO THE SERVICE DEPARTMENT, NO PROBLEM WAS FOUND AGAIN. COUPLE MONTHS LATER, THE CAR STOP IN THE MIDDLE OF THE ROAD. I TOOK THE CAR IN, STILL NO PROBLEM WS FOUND. THEY SAID THEY CAN'T MIMIC THE PROBLEM AND ASKED THAT I CONTIUE TO DRIVE AND STOP AND PARK IF THE PROBLEM ARISE. I TOLD THE SUPERVISOR/MANAGER AT THE SERVICE DEPARTMENT THAT I DON'T FEEL SAFE DRIVING MY FAMILY AROUND IN A CAR THAT STOP IN THE MIDDLE OF THE ROAD BUT CAN'T FIND ANYTHING WRONG. I DON'T KNOW MUCH ABOUT THE CAR, BUT IT HAS TO DO WITH TRANSIMITION BECAUSE OF THE CHECK ENGINE LIGHT. I FELT THAT THE SERVICE DEPARTMENT IS PROLONGING THE REAL PROBLEM BECAUSE THE CAR IS STILL UNDER THE WARRANTY, AND I FELT THAT THE PROBLEM WILL BE DISCOVER ONCE IT'S OUT OF THE WARRNITY COVERAGE. I HAVE TWO MAJOR CONCERNS: 1. I AM WORRY FOR THE SAFETY OF MY FAMILY WHEN I AM DRIVING THEM AROUND THE CAR THAT CAN STOP ANYTIME IN THE MIDDLE OF THE ROAD AND CAUSE THE ACCIDENT. 2.I AM WORRY, I'LL BE MAKING A PAYMENT FOR A CAR THAT I CAN'T DRIVE ONCE IT IS NO LONGER BE COVER UNDER THE WARRANTY AND IT WILL COSTS THOUSAND OF DOLLARS TO GET IT FIX.

- NHTSA Complaint:   UNFORTUNATELY , THIS IS MY SECOND ALTIMA 3.5. IN 2015 NISSAN REPLACED MY 2013 ALTIMA 3.5. I REQUESTED A REPLACEMENT DUE TO THE VEHICLE HAVING STUTTERING AND JERKING ISSUES CAUSING ME TO FEEL UNSAFE WHILE DRIVING.WHILE DRIVING IF I HAD TO DECELERATE IT WOULD HESITATE AND JERK OR PULL WHILE I WAS ACCELERATING. THIS MAINLY HAPPENED ON THE HIGHWAY BUT WOULD HAPPEN OCCASIONALLY WHILE DRIVING ON CITY STREETS.AS A MOM WITH KIDS I FEEL THE

CAR IS UNSAFE AND WILL EVENTUALLY CAUSE TO ME BE INVOLVED IN A ACCIDENT. MY CAR HAS BEEN IN THE SHOP FOR TRANSMISSION ISSUES SINCE OCTOBER2015 AND NOW IT IS CURRENTLY IN THE SHOP ON ITS 4TH ATTEMPT.I HAVE CURRENTLY REQUESTED FOR NISSAN TO HELP ME GET INTO ANOTHER VEHICLE, OR REPLACE THE VEHICLE. *TR

- NHTSA Complaint:  TL* THE CONTACT OWNS A 2015 NISSAN ALTIMA. THE CONTACT STATED THAT THE TRANSMISSION INDEPENDENTLY SHIFTED INTO A LOWER GEAR, WHICH CAUSED THE VEHICLE TO SLOW DOWN QUICKLY. THE FAILURE OCCURRED WITHOUT WARNING. THE VEHICLE WAS TAKEN TO THE DEALER WHERE IT WAS DIAGNOSED THAT THE VEHICLE WAS PERFORMING AS DESIGNED. THE MANUFACTURER WAS NOTIFIED OF THE FAILURE. THE FAILURE MILEAGE WAS APPROXIMATELY 1,000. UPDATED 10/26/16*LJ

- NHTSA Complaint:  WHILE PRESSING GAS MY RPM GOES UP AND DOWN REALLY FAST EVEN WHEN I'M AT A STEADY PACE, THE VEHICLE VIBRATES AND JERKS WHILE AND MOTION AND HAS SHUT OFF TWICE WHILE DRIVING. THE VIBRATION OCCURS WHILE IN MOTION. ONCE WHILE DRIVING THE CAR WOULDN'T DRIVE OVER 20MPH THEN IT SHUT OFF. OFTEN TIMES WHEN I MAKE A COMPLETE STOP THEN PROCEED TO GO THE VEHICLE DOES A HARD JERK. THIS HAS BEEN GOING ON FOR SEVERAL MONTHS. I'VE CONTACTED NISSAN AND THEY HAVE DONE NOTHING TO ASSIST DESPITE THE FACT THAT I NOTICE ON DIFFERENT FORUMS LOTS OF PEOPLE COMPLAINING ABOUT THE EXACT SAME ISSUE STARTING WITH THE 2013 MODEL AND 2015. THIS CAR IS DANGEROUS AND CAN REALLY BECOME DEADLY FOR CONSUMERS WHILE RANDOMLY SHUTTING OFF WHILE IN MOTION. I PURCHASED MY VEHICLE WITH 13000 MILES AND NOW ITS AT 25000 THEIRS NO REASON THOUSANDS OF OTHERS SHOULD BE COMPLAINING ABOUT THE SAME ISSUE WITH THE EXACT MODEL AS MINE. THIS ISSUE HAS BEEN GOING ON FOR MONTHS NOW.

- NHTSA Complaint: CAR FAILS TO ACCELERATE AFTER A TOTAL STOP AND SITTING AT A TRAFFIC LIGHT. ABSOLUTELY NO POWER. THE GAS PEDAL CAN BE PRESSED ALL THE WAY TO THE FLOOR BEFORE VEHICLE BEGINS MOVING. THE GAS PEDAL WAS PRESSED GRADUALLY. AFTER A FEW SECONDS OF KEEPING THE PEDAL ON THE FLOOR, THE RPM WILL SPIKE AND THE CAR WILL SLOWLY BEGIN MOVING FORWARD. AFTER BACKING OFF THE PEDAL COMPLETELY, THE CAR CAN

BE DRIVEN NORMALLY ONCE THE ENGINE SLOWS DOWN AND THE TRANSMISSION SHIFTS BACK. IT WAS APPROXIMATELY 80-85 DEGREES OUTSIDE, CLEAR, CAR WAS AT A SLIGHT INCLINE GOING UP A HILL. PLEASE SEE SIMILAR COMPLAINTS AT HTTP://WWW.CARCOMPLAINTS.COM/NISSAN/ALTIMA/2015/TRANSMISSION/HESITATES_SPUTTERS.SHTML

- NHTSA Complaint:  TL* THE CONTACT OWNS A 2015 NISSAN ALTIMA. THE CONTACT STATED THAT WHILE OPERATING THE VEHICLE, THE RPM'S WOULD SUDDENLY INCREASE TO APPROXIMATELY 4000 TO 6000 BUT VEHICLE WOULD NOT ACCELERATE PROPERLY. THE VEHICLE WAS TAKEN TO THE DEALER WHO WAS ABLE TO EXPERIENCE THE FAILURE BUT WAS UNABLE TO DETERMINE THE CAUSE OF THE FAILURE. THE VEHICLE WAS NOT REPAIRED. THE MANUFACTURER WAS NOT NOTIFIED OF THE FAILURE. THE FAILURE MILEAGE WAS 22,000.

- NHTSA Complaint:  MY VEHICLE GOES INTO "LIMP MODE" (THE DEALERSHIP USED THIS TERM) SUDDENLY WHILE DRIVING. I WAS DRIVING 35 MPH AND SUDDENLY IT WON'T GO EVEN 20 MPH. THIS HAS HAPPENED ON 5 OCCASIONS. MOST RECENTLY LAST WEEK. 1ST TIME AT 20K MILES I HAD THE VALVE BODY REPLACED, 2ND TIME THE CVT WAS REPROGRAMMED, 3RD TIME THERE WERE NO CODES, 4TH TIME THE CVT WAS REPROGRAMMED AND NOW 5TH TIME AT 51K MILES THE VALVE BODY IS BEING REPLACED AGAIN. I NOTICED THE ISSUE STARTING WHEN THE VEHICLE WILL NOT ACCELERATE WHILE DRIVING OR EVEN FROM A STOP SIGN OR STOP LIGHT. I CONTACTED NISSAN CONSUMER AFFAIRS TO INVESTIGATE (THIS IS THE 2ND TIME I ASKED THEM TO INVESTIGATE). THIS FINAL TIME I WAS TOLD I WOULD BE GETTING A NEW TRANSMISSION SINCE 7 CODES SHOWED ON THE SCAN BUT THEY JUST CALLED ME AND TOLD ME THEY REPLACED THE VALVE BODY AGAIN.

- NHTSA Complaint:  WHILE DRIVING ON A BUSY HIGHWAY, I CHANGED LANE TO PASS OTHER CAR AND WHEN PUSHED THE GAS PEDAL RPM WAS GOING UP, BUT I WAS NOT GAINING MORE SPEED. I WAS DOING 60 MPH AND I COULD NOT MAKE THE CAR TO GO UP FIVE MORE MPH AND REVS WERE GOING UP.

- NHTSA Complaint:  VEHICLE HESITATES WHEN ACCELERATED. GEARS STICK OCCASIONALLY. SMOKE SMELL OCCURRING.

VEHICLE SEEMS TO GET WORSE WHEN GOING DOWN A HILL. WILL NOT GO HIGHER THAN 10 MPH WHEN THIS OCCURS.

- NHTSA Complaint:  WHILE DRIVING IN ANY CONDITION OR WEATHER, MY CAR SHUTTERS AND MAKE A LOUD VIBRATION NOISE WHICH IS ALSO FELT INSIDE THE CAR WHENEVER THE RPM REACHES 2000 RPM. IT ONLY DOES IT ON EXACTLY 2000. ABOVE OR BELOW ITS FINE. IVE BEEN TO TWO DIFFERENT NISSAN DEALERSHIPS FOR THE PAST TWO YEARS OF OWNING IT AND THEY TELL ME ITS NORMAL. IN COLDER WEATHER ITS A LOT WORSE. YOU CAN PLAY WITH THE RPM AND EVERYTIME IT WILL VIBRATE AND YOU CAN HEAR AND FEEL IT AT 2000 RPM. BUT BOTH DEALERS SAY THEY CANT FIND ANYTHING AND THAT THEY DON'T NOTICE IT. THAT WORRIES ME WHEN A 5 YEAR OLD ASKS ME WHAT THAT NOISE AND FEELING IS BUT A CERTIFIED MECHANIC CANT FIND THIS PROBLEM. ITS LOUD AND CLEARLY YOU CAN FEEL IT. THIS IS RIDICULOUS. ALL I WANT IS FOR IT TO BE FIXED. IF NOT I'M NEVER BUYING ANOTHER NISSAN PRODUCT. IVE HAD THE WORST EXPERIENCE WITH THIS BRAND AND IVE OWNED A LOT OF BRANDS. NISSAN NEEDS TO FIX THIS AND SPEND MORE MONEY ON TRAINING. THIS HAS BEEN GOING ON FOR 2 YEARS THAT IVE OWNED THIS CAR.

- NHTSA Complaint:  I AM HAVING PROBLEMS WITH LACK OF ACCELERATION WHEN IN TRAFFIC, CAR WILL NOT MOVE WHEN THE ACCELERATOR IS PUSHED NO RESPONSE OTHER THAN A TURTLE CRAWL. BECAME VERY RANDOM IN BEGINNING ROUGHLY 2-4 MONTHS AGO PROGRESSING INTO DAILY TO AND FROM WORK, INITIALLY IT SEEMED TO BE MORE FREQUENT WHEN CAR WAS HOT OR AT NORMAL OPERATING TEMPERATURES AND NOW IS STILL SPORADIC BUT HAPPENS SOMETIMES WITHIN 5 MINUTES OF OPERATION. THE NEXT ISSUE IS THE HORN WILL NOT SOUND UNLESS IT IS HIT IN A VERY SPECIFIC WAY, I AM VERY CONCERNED ABOUT THIS DUE TO SAFETY ISSUES AND THE INABILITY TO REMEMBER HOW TO HIT THE SWEET SPOT IN EMERGENCY SITUATIONS. LATER TODAY I WILL BE MAKING VIDEOS OF THIS DEFAULT AND THEN TAKING TO DEALER FOR THE SECOND TIME TO HAVE REPAIRED OR REPLACED.

- NHTSA Complaint:  I BOUGHT A USED 2015 NISSAN ALTIMA ON 6/23/2017 WITH APPROX. 47,000. AROUND 6/30/17 THE CAR WOULD NOT ACCELERATE WHILE DRIVING OVER 40MPH AND THE RPM WAS GOING ALL THE WAY OVER TO 8 & 9. THE CAR SOUNDED LIKE IT WAS NOT SHIFTING INTO GEAR. I HAD TO PULL OVER, CUT OFF THE CAR AND CRANK IT BACK UP

AGAIN. THERE HAVE BEEN SEVERAL TIMES SINCE THEN, WHEN I'M AT A LIGHT THAT THE CAR WILL NOT ACCELERATE OVER 5-10 MPH AND I HAVE THE PEDAL PUSHED ALL THE WAY DOWN TO THE FLOOR. I TOOK IT TO THE NISSAN IN TUSCALOOSA, AL ON 08/21/17 TO CORRECT THE CVT TRANSMISSION OPEN RECALL. I'M NOT SURE IF THIS WILL SOLVE THE PROBLEM DUE TO THEM NOT FINDING ANY CODES AND TEST DRIVING THE CAR. I THOUGHT THE TRANSMISSION HAD BLOWN UP ON 08/21/17 AND HAD TO IMMEDIATELY PULL OVER (MY SON WAS IN THE CAR) ON THE SIDE OF THE ROAD.

- NHTSA Complaint:  I WAS ON MY WAY TO MY DESTINATION AND EVERY TIME I WOULD PRESS THE GAS PEDAL THE CAR WOULDN'T ACCELERATE. IT WOULD HESITATE TO GO. THEN LATER THAT AFTERNOON I WAS AT A RED LIGHT AND THE CAR TURNED OFF. NO WARNING LIGHTS CAME ON AT ALL AND I HAD PLENTY OF GAS.

- NHTSA Complaint:  TRANSMISSION FAILURE AT 63,000 MILES. VEHICLE STATIONARY AT STOP LIGHT AND WOULD NOT MOVE WHEN GAS PEDAL PRESSED. NO WARNINGS OR ENGINE LIGHTS WERE LIT. THE TRANSMISSION JUST FAILS WITHOUT WARNING.

- NHTSA Complaint:  AT ANY GIVEN MOMENT WHILE AT A STOP LIGHT OR STOP SIGN WOULD STEP ON GAS TO CONTINUE DRIVING WHEN THE VEHICLE DOES NOT ACCELERATE; IT HESITATES TO GO FOR A SECOND OR TWO THEN THE VEHICLE WELL ACCELERATE. FOR EXAMPLE IF THE VEHICLE SUPPOSE TAKES 2 SEC TO REACH 35 MPH THE VEHICLE WOULD TAKE 5 SEC TO REACH 35 MPH. THIS HAS ACCORD ON THE STREETS AFTER MAKING A COMPLETE STOP. THE HAZARD THAT I AM CONCERN IS WHEN TRYING TO MAKE A TURN THERE IS A POSSIBILITY OF BEING HIT BY ANOTHER VEHICLE BECAUSE OF THE SLOW REACTION OF MAKING MY TURN.I HAVE TALKED TO THE MAINTENANCE AT NISSAN AND TOLD THEM THE ISSUE BUT WAS TOLD THAT IF NONE OF THE SENSOR ARE GOING OFF THEN THE CAR IS FINE. HOWEVER, IT IS STILL DOING IT . I HAVE TAKEN THE CAR BACK TO THE DEALER TWO TIMES AND THEY CAN NOT FIND ANYTHING WRONG. THEIR MACHINES ARE NOT DETECTING ANYTHING. I NOTICED THAT THIS IS MORE OF AN ISSUE AFTER DRIVING FOR AN HOUR. I AM WORRIED ABOUT MY SAFETY AND THE SAFETY OF OTHERS.

24.     Although Nissan was aware of the widespread nature of the CVT Defect in the Class Vehicles, and that it posed grave safety risks, Nissan has failed to take adequate steps to notify all Class Vehicle owners of the Defect and provide relief.

25.     Customers have reported the CVT Defect in the Class Vehicles to Nissan directly and through its dealers.  Defendant is fully aware of the CVT Defect contained in the Class Vehicles.  Nevertheless, Defendant actively concealed the existence and nature of the Defect from Plaintiff and the other Class Members at the time of purchase or repair and thereafter.  Specifically, Defendant:

   a.   failed to disclose, at the time of purchase or repair and thereafter, any and all known material defects or material nonconformities of the Class Vehicles, including the CVT Defect;

   b.   failed to disclose, at the time of purchase or repair and thereafter, that the Class Vehicles and their CVTs were not in good working order, were defective, and were not fit for their intended purpose; and,

   c.   failed to disclose and/or actively concealed the fact that the Class Vehicles and their CVTs were defective, despite the fact that Defendant learned of the CVT Defect before it placed the Class Vehicles in the stream of commerce, if not before.

26.     Defendant has deprived Class Members of the benefit of their bargain, exposed them all to a dangerous safety Defect, and caused them to expend money at its dealerships or other third-party repair facilities and/or take other remedial measures related to the CVT Defect contained in the Class Vehicles.

27.     Defendant has not recalled the Class Vehicles to repair the CVT Defect, has not offered to its customers a suitable repair or replacement of parts related to the CVT Defect free of charge, and has not reimbursed all Class Vehicle owners and leaseholders who incurred costs for repairs related to the CVT Defect.

28.     Class Members have not received the value for which they bargained when they purchased or leased the Class Vehicles.

29.     As a result of the CVT Defect, the value of the Class Vehicles has diminished, including without limitation, the resale value of the Class Vehicles.  Reasonable consumers, like Plaintiff, expect and assume that a vehicle's transmission is not defective and will not malfunction while operating the vehicle as it is intended.  Plaintiff and Class Members further expect and assume that Nissan will not sell or lease vehicles with known safety defects, such as the CVT Defect, and will fully disclose any such defect to consumers prior to purchase or offer a suitable non-defective repair.  They do not expect that Nissan would fail to disclose the CVT Defect to them, and then purport to remedy the defect with a voluntary service campaign that offers an ineffective software update.

## TOLLING OF THE STATUTE OF LIMITATIONS

30.     Plaintiff and the other Class Members were not reasonably able to discover the CVT Defect, despite their exercise of due diligence.

31.     Despite their due diligence, Plaintiff and the other Class Members could not reasonably have been expected to learn or discover that they were deceived and that material information concerning the Class Vehicles and their continuously variable transmission was concealed from them.

32.     In addition, even after Class Members contacted Nissan and/or its authorized agents for vehicle repairs concerning the defective nature of the Class Vehicles and their continuously variable transmissions, they were routinely told by Nissan and/or through their authorized agents for vehicle repairs that the Class Vehicles are not defective.

33.     Hence, any applicable statute of limitation, if any, has been tolled by Nissan's knowledge, active concealment, and denial of the facts alleged herein.  Nissan is further estopped from relying on any statute of limitation because of its concealment of the defective nature of the Class Vehicles and their continuously variable transmissions.

## CLASS ACTION ALLEGATIONS

34.     Plaintiff brings this lawsuit as a class action on behalf of herself and all others similarly situated as members of the proposed Classes pursuant to Federal Rules of Civil Procedure 23(a), (b)(2), and/or (b)(3).  This action satisfies the numerosity, commonality,

typicality, adequacy, predominance and superiority requirements of those provisions.

35.    The Classes are defined as:

**Nationwide Class:** All persons who purchased or leased any 2013 through 2015 Nissan Altima vehicle in the United States.

**California Sub-Class:** All Members of the Nationwide Class who purchased or leased any 2013 through 2015 Nissan Altima vehicle in the State of California.

36.    Excluded from the Class and Sub-class are: (1) Defendant, any entity or division in which Defendant has a controlling interest, and its legal representatives, officers, directors, assigns, and successors; (2) the Judge to whom this case is assigned and the Judge's staff; and (3) those persons who have suffered personal injuries as a result of the facts alleged herein. Plaintiff reserves the right to amend the Class definition, and to add subclasses, if discovery and further investigation reveal that the Class should be expanded or otherwise modified.

37.    <u>Numerosity</u>: Although the exact number of Class Members is uncertain and can only be ascertained through appropriate discovery, the number is great enough such that joinder is impracticable. The disposition of the claims of these Class Members in a single action will provide substantial benefits to all parties and to the Court. The Class Members are readily identifiable from, *inter alia*, information and records in Defendant's possession, custody, or control.

38.    <u>Typicality</u>: The claims of the representative Plaintiff are typical of the claims of the Class in that the representative Plaintiff, like all Class Members, paid for a Class Vehicle designed, manufactured, and distributed by Defendant which is subject to the CVT Defect. The representative Plaintiff, like all Class Members, has been damaged by Defendant's misconduct in that she has incurred or will incur the cost of repairing or replacing her malfunctioning continuously variable transmission and related parts as a result of the CVT Defect. Further, the factual bases of Defendant's misconduct are common to all Class Members and represent a common thread of fraudulent, deliberate, and/or grossly negligent misconduct resulting in injury to all Class Members.

39.    <u>Commonality</u>: There are numerous questions of law and fact common to Plaintiff and the Classes that predominate over any question affecting only individual Class Members.  These common legal and factual questions include the following:

a.    whether the Class Vehicles suffer from the CVT Defect;

b.    whether the CVT Defect constitutes an unreasonable safety hazard;

c.    whether Defendant knows about the CVT Defect and, if so, how long Defendant has known of the Defect;

d.    whether the defective nature of the Class Vehicles' CVT constitutes a material fact;

e.    whether Defendant had and has a duty to disclose the defective nature of the Class Vehicles' CVT to Plaintiff and the other Class Members;

f.    whether Plaintiff and the other Class Members are entitled to equitable relief, including, but not limited to, a preliminary and/or permanent injunction;

g.    whether Defendant knew or reasonably should have known of the CVT Defect contained in the Class Vehicles before it sold or leased them to Class Members; and,

h.    Whether Defendant violated: (1) the California Consumers Legal Remedies Act, California Civil Code sections 1750 *et seq.*; (2) the California Unfair Competition Law, Cal. Bus. & Prof. Code § 17200, *et seq.*; (3) The California Song-Beverly Consumer Warranty Act, California Civil Code §§ 1792 and 1791.1 *et seq.,* and Cal. Comm. Code §2314*;* (4) the Magnuson-Moss Warranty Act (15 U.S.C. §2301, *et seq.*); and (5) is liable for fraudulent omission as alleged in this Complaint.

40.    <u>Adequate Representation</u>:   Plaintiff will fairly and adequately protect the interests of the Class Members.  Plaintiff has retained attorneys experienced in the prosecution of class actions, including consumer and product defect class actions, and Plaintiff intends to prosecute this action vigorously.

41.   <u>Predominance and Superiority</u>:   Plaintiff and the Class Members have all suffered and will continue to suffer harm and damages as a result of Defendant's unlawful and wrongful conduct.   A class action is superior to other available methods for the fair and efficient adjudication of the controversy.   Absent a class action, most Class Members would likely find the cost of litigating their claims prohibitively high and would therefore have no effective remedy at law.   Because of the relatively small size of the individual Class Members' claims, it is likely that only a few Class Members could afford to seek legal redress for Defendant's misconduct.   Absent a class action, Class Members will continue to incur damages, and Defendant's misconduct will continue without remedy.   Class treatment of common questions of law and fact would also be a superior method to multiple individual actions or piecemeal litigation in that class treatment will conserve the resources of the courts and the litigants and will promote consistency and efficiency of adjudication.

### **FIRST CAUSE OF ACTION**

(Violation of California's Consumers Legal Remedies Act,
California Civil Code § 1750 *et seq.* ("CLRA"))

42.   Plaintiff hereby incorporates by reference the allegations contained in the preceding paragraphs of this Complaint.

43.   Plaintiff brings this cause of action on behalf of herself and on behalf of the members of the Nationwide Class, or, in the alternative, on behalf of the members of the California Sub-Class.

44.   Nissan is a "person" as defined by California Civil Code § 1761(c).

45.   Plaintiff and the other Class Members are "consumers" within the meaning of California Civil Code § 1761(d).

46.   By failing to disclose and concealing the defective nature of the Class Vehicles' continuously variable transmission from Plaintiff and prospective Class Members, Defendant violated California Civil Code § 1770(a), as it represented that the Class Vehicles had characteristics and benefits that they do not have, represented that the Class Vehicles were of a particular standard, quality, or grade when they were of another, and advertised the Class

Vehicles with the intent not to sell them as advertised. *See* Cal. Civ. Code §§ 1770(a)(5), (7) & (9).

47. Defendant's unfair and deceptive acts or practices occurred repeatedly in Defendant's trade or business, were capable of deceiving a substantial portion of the purchasing public, and imposed a serious safety risk on the public.

48. Defendant knew that the Class Vehicles' continuously variable transmissions suffered from an inherent defect, were defectively designed or manufactured, would fail prematurely, and were not suitable for their intended use.

49. Defendant was under a duty to Plaintiff and the Class Members to disclose the defective nature of the Class Vehicles' continuously variable transmissions and/or the associated repair costs because:

      a. Defendant was in a superior position to know the true state of facts about the safety defect contained in the Class Vehicles' continuously variable transmissions;

      b. Plaintiff and the Class Members could not reasonably have been expected to learn or discover that their continuously variable transmissions have a dangerous safety defect until after they purchased the Class Vehicles; and,

      c. Defendant knew that Plaintiff and the Class Members could not reasonably have been expected to learn about or discover the CVT Defect.

50. By failing to disclose the CVT Defect, Defendant knowingly and intentionally concealed material facts and breached its duty not to do so.

51. The facts concealed or not disclosed by Defendant to Plaintiff and the other Class Members are material because a reasonable consumer would have considered them to be important in deciding whether or not to purchase the Class Vehicles, or to pay less for them. Had Plaintiff and other Class Members known that the Class Vehicles' continuously variable

transmissions were defective, they would not have purchased the Class Vehicles or would have paid less for them.

52.     Plaintiff and the other Class Members are reasonable consumers who do not expect that their vehicles will suffer from a CVT Defect.  That is the reasonable and objective consumer expectation for vehicles and their continuously variable transmissions.

53.     As a result of Defendant's misconduct, Plaintiff and the other Class Members have been harmed and have suffered actual damages in that the Class Vehicles and their continuously variable transmissions are defective and require repairs or replacement.

54.     As a direct and proximate result of Defendant's unfair or deceptive acts or practices, Plaintiff and the other Class Members have suffered and will continue to suffer actual damages.

55.     By a letter dated September 22, 2017, and sent via certified mail, Plaintiff provided Defendant with notice of its alleged violations of the CLRA pursuant to California Civil Code Section 1782(a) and demanded that Defendant rectify the problems associated with the behavior detailed above. As of the filing of this Class Action Complaint, Defendant has failed to adequately respond to these demands and has failed to give notice to all affected consumers, as required by California Civil Code Section 1782.

56.     Accordingly, Plaintiff seeks an order enjoining the acts and practices described above.

57.     Plaintiff additionally seeks actual damages, restitution, statutory and punitive damages, attorneys' fees and costs, and any other relief that the Court deems proper under Section 1780(a) of the CLRA pursuant to Civil Code Section 1782(d), due to Defendant's failure to rectify or agree to adequately rectify its violations as detailed above.

## SECOND CAUSE OF ACTION

(Violation of Unfair Competition Law,
California Business & Professions Code § 17200 *et seq.* ("UCL"))

58.     Plaintiff hereby incorporates by reference the allegations contained in the preceding paragraphs of this Complaint.

59.     Plaintiff brings this cause of action on behalf of herself and on behalf of the members of the Nationwide Class, or, in the alternative, on behalf of the members of the California Sub-Class.

60.     California Business & Professions Code Section 17200 prohibits acts of "unfair competition," including any "unlawful, unfair or fraudulent business act or practice" and "unfair, deceptive, untrue or misleading advertising."

61.     Defendant knew that the Class Vehicles' continuously variable transmissions suffered from an inherent defect, were defectively designed and/or manufactured, would fail prematurely, and were not suitable for their intended use.

62.     In failing to disclose the CVT Defect, Defendant knowingly and intentionally concealed material facts and breached its duty not to do so, thereby engaging in a fraudulent business act or practice within the meaning of the UCL.

63.     Defendant was under a duty to Plaintiff and the other Class Members to disclose the defective nature of the Class Vehicles' continuously variable transmissions because:

      a.     Defendant was in a superior position to know the true state of facts about the safety defect in the Class Vehicles' CVTs;

      b.     Defendant made partial disclosures about the quality of the Class Vehicles without revealing the defective nature of the Class Vehicles' CVT; and

      c.     Defendant actively concealed the defective nature of the Class Vehicles' CVTs from Plaintiff and Class Members at the time of sale and thereafter.

64.     The facts concealed or not disclosed by Defendant to Plaintiff and the other Class Members are material because a reasonable person would have considered them to be important in deciding whether or not to purchase or lease Defendant's Class Vehicles, or to pay less for them.  Had Plaintiff and other Class Members known that the Class Vehicles

suffered from the CVT Defect described herein, they would not have purchased or leased the Class Vehicles or would have paid less for them.

65.    Defendant continued to conceal the defective nature of the Class Vehicles and their CVT even after Class Members began to report problems.  Indeed, Defendant continues to cover up and conceal the true nature of this systematic problem today.

66.    Defendant's omissions of material facts, as set forth herein, also constitute "unfair" business acts and practices within the meaning of the UCL, in that Defendant's conduct was injurious to consumers, offended public policy, and was unethical and unscrupulous.  Plaintiff also asserts a violation of public policy arising from Defendant's withholding of material safety facts from consumers.  Defendant's violation of consumer protection and unfair competition laws resulted in harm to consumers.

67.    Defendant's omissions of material facts, as set forth herein, also constitute unlawful business acts or practices because they violate consumer protection laws, warranty laws and the common law as set forth herein.

68.    Thus, by its conduct, Defendant has engaged in unfair competition and unlawful, unfair, and fraudulent business practices.

69.    Defendant's unfair or deceptive acts or practices occurred repeatedly in Defendant's trade or business, and were capable of deceiving a substantial portion of the purchasing public.

70.    As a direct and proximate result of Defendant's unfair and deceptive practices, Plaintiff and Class Members have suffered and will continue to suffer actual damages.

71.    Defendant has been unjustly enriched and should be required to make restitution to Plaintiff and Class Members pursuant to sections 17203 and 17204 of the Business & Professions Code.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## THIRD CAUSE OF ACTION

(Breach of Implied Warranty pursuant to Song-Belly Consumer Warranty Act, California Civil Code §§ 1792 and 1791.1 *et seq.,* and *Cal. Comm. Code §2314*)

72.     Plaintiff hereby incorporates by reference the allegations contained in the preceding paragraphs of this Complaint.

73.     Plaintiff brings this cause of action on behalf of herself and on behalf of the members of the Nationwide Class, or, in the alternative, on behalf of the members of the California Sub-Class.

74.     Defendant was at all relevant times the manufacturer, distributor, warrantor, and/or seller of the Class Vehicles.  Defendant knew or had reason to know of the specific use for which the Class Vehicles were purchased.

75.     Defendant provided Plaintiff and Class Members with an implied warranty that the Class Vehicles and any parts thereof were merchantable and fit for the ordinary purposes for which they were sold.  However, the Class Vehicles were and are not fit for their ordinary purpose of providing reasonably reliable and safe transportation because the Class Vehicles suffer from a CVT Defect that can make driving unreasonably dangerous.

76.     Defendant impliedly warranted that the Class Vehicles were of merchantable quality and fit for such use.  This implied warranty included, among other things: (i) a warranty that the Class Vehicles' CVTs designed, manufactured, supplied, distributed, and/or sold by Defendant were safe and reliable for providing transportation; and (ii) a warranty that the Class Vehicles' CVTs would be fit for their intended use while the Class Vehicles were being operated.

77.     Contrary to the applicable implied warranties, the Class Vehicles' CVTs, at the time of sale and thereafter, were not fit for their ordinary and intended purpose of providing Plaintiff and the other Class Members with reliable, durable, and safe transportation.  Instead, the Class Vehicles are defective, as described more fully above.

78.     Defendant's actions, as complained of herein, breached the implied warranty that the Class Vehicles were of merchantable quality and fit for such use in violation of

California Civil Code sections 1792 and 1791.1, and California Commercial Code section 2314.

## FOURTH CAUSE OF ACTION

(Breach of Express Warranty, Cal. Com. Code § 2313)

79.     Plaintiff hereby incorporates by reference the allegations contained in the preceding paragraphs of this Complaint.

80.     Plaintiff brings this cause of action on behalf of herself and on behalf of the members of the Nationwide Class, or, in the alternative, on behalf of the members of the California Sub-Class.

81.     Defendant provided all purchasers and lessees of the Class Vehicles with the express warranty described herein, which became a material part of the bargain.  Accordingly, Defendant's express warranty is an express warranty under California law.

82.     Defendant provided all purchasers and lessees of the Class Vehicles with a New Vehicle Limited Warranty that included Powertrain Coverage which covers the CTV.  In this Powertrain Coverage, Defendant expressly warranted that it covered "any repairs needed to correct defects in materials or workmanship" for components listed under the Transmission and Transaxle heading.  Covered components include: "case and all internal parts, torque converter and converter housing, automatic transmission control module, transfer case and all internal parts, seals and gaskets, clutch cover and housing, A/T cooler, and electronic transmission controls."  Defendant promised the Powertrain Coverage for a period of "60 months or 60,000 miles, whichever comes first."

83.     Defendant breached the express warranty through the acts and omissions described above.

84.     Plaintiff was not required to notify Nissan of the breach because affording Nissan a reasonable opportunity to cure its breach of written warranty would have been futile.  Nissan was also on notice of the CVT Defect from the complaints and service requests it received from Class Members, from repairs and/or replacements of the Class Vehicles' CVTs, and through other internal sources.

85.     As a result of Defendant's breach of the applicable express warranties, owners and/or lessees of the Class Vehicles suffered, and continue to suffer, an ascertainable loss of money, property, and/or value of their Class Vehicles.  Additionally, as a result of the CVT Defect, Plaintiff and Class Members were harmed and suffered actual damages in that the Class Vehicles' CVTs are substantially certain to fail before their expected useful life has run.

86.     As a result of Defendant's breach of the express warranty, Plaintiff and Class Members are entitled to legal and equitable relief against Defendant, including actual damages, specific performance, attorney's fees, costs of suit, and other relief as appropriate.

**FIFTH CAUSE OF ACTION**

(Breach of Implied and Written Warranties Under Magnuson-Moss Warranty Act,
15 U.S.C. § 2301 *et seq.*)

87.     Plaintiff hereby incorporates by reference the allegations contained in the preceding paragraphs of this Complaint.

88.     Plaintiff brings this cause of action on behalf of herself and on behalf of the members of the Nationwide Class, or, in the alternative, on behalf of the members of the California Sub-Class.

89.     Plaintiff and Class Members are "consumers" within the meaning of the Magnuson-Moss Warranty Act, 15 U.S.C. § 2301(3).

90.     Defendant is a "supplier" and "warrantor" within the meaning of 15 U.S.C. §§ 2301(4)-(5).

91.     The Class Vehicles are "consumer products" within the meaning of 15 U.S.C. § 2301(1).

92.     Defendant's implied warranty is an "implied warranty" within the meaning of 15 U.S.C. § 2301(7).

93.     Defendant's express warranty is a "written warranty" within the meaning of 15 U.S.C. §2301(6).

94.     Defendant breached the implied warranty and the express warranty by virtue of the above-described acts.

95.    Plaintiff and the other Class Members notified Defendant of the breach within a reasonable time and/or were not required to do so.  Defendant was also on notice of the CVT Defect from, among other sources, the complaints and service requests it received from Class Members and its dealers.

96.    Defendant's breach of the implied warranty and express warranty deprived Plaintiff and Class Members of the benefits of their bargains.

97.    As a direct and proximate result of Defendant's breach of the implied and express warranties, Plaintiff and the other Class Members sustained damages and other losses in an amount to be determined at trial.  Defendant's conduct damaged Plaintiff and the other Class Members, who are entitled to recover actual damages, consequential damages, specific performance, diminution in value, and costs, including statutory attorney fees and/or other relief as appropriate.

## SIXTH CAUSE OF ACTION

### (Fraudulent Omission)

98.    Plaintiff incorporates by reference the allegations contained in the preceding paragraphs of this Complaint.

99.    Plaintiff brings this cause of action on behalf of herself and on behalf of the members of the Nationwide Class, or, in the alternative, on behalf of the members of the California Sub-Class.

100.    Defendant knew that the Class Vehicles' CVTs were defectively designed and/or manufactured, would fail, and were not suitable for their intended use.

101.    Defendant concealed from and failed to disclose to Plaintiff and Class Members the defective nature of the Class Vehicles and their CVTs.

102.    Defendant was under a duty to Plaintiff and Class Members to disclose the defective nature of the Class Vehicles' CVTs because:

a.    Defendant was in a superior position to know the true state of facts about the safety defect contained in the Class Vehicles' CVTs;

b.    Defendant made partial disclosures about the quality of the Class Vehicles without revealing the defective nature of the CVTs; and,

c.    Defendant actively concealed the defective nature of the Class Vehicles' CVTs from Plaintiff and Class Members.

103.    The facts concealed or not disclosed by Defendant to Plaintiff and the other Class Members are material in that a reasonable person would have considered them to be important in deciding whether to purchase or lease Defendant's Class Vehicles or pay a lesser price for them. Had Plaintiff and Class Members known about the defective nature of the Class Vehicles' CVTs, they would not have purchased or leased the Class Vehicles, or would have paid less for them.

104.    Defendant concealed or failed to disclose the true nature of the design and/or manufacturing defects contained in the Class Vehicles' CVTs in order to induce Plaintiff and Class Members to act thereon.  Plaintiff and the other Class Members justifiably relied on Defendant's omissions to their detriment. This detriment is evident from Plaintiff's and Class Members' purchase or lease of Defendant's defective Class Vehicles.

105.    Defendant continued to conceal the defective nature of the Class Vehicles' CVTs even after Class Members began to report the problems. Indeed, Defendant continues to cover up and conceal the true nature of the problem today.

106.    As a direct and proximate result of Defendant's misconduct, Plaintiff and Class Members have suffered and will continue to suffer actual damages.

## RELIEF REQUESTED

107.    Plaintiff, on behalf of herself and all others similarly situated, requests the Court to enter judgment against Defendant, and issue an order providing the following relief:

a.    That Defendant provide notice, in a form pre-approved by the counsel identified below, to all current owners or lessees of the Class Vehicles in the United States and in the said notice offer to replace the defective CVT contained in every Class Vehicle with a non-defective CVT;

b.   That Defendant provide notice, in a form pre-approved by the counsel identified below, to all current owners and lessees of the Class Vehicles in the United States and in the said notice extend the warranty for the Class Vehicles' CVT to 10 years /unlimited mileage.

c.   That Defendant offer to reimburse all current and former owners and lessees in the United Sates who have purchased or leased the Class Vehicles, all expenses already incurred as a result of the CVT Defect, including repairs, diagnostics, and any other consequential and incidental damages (*e.g.* towing charges, vehicle rentals, etc.).

d.   That Defendant immediately cease the sale and leasing of the Class Vehicles at all authorized Nissan dealerships without first notifying the purchasers of  the CVT Defect, and otherwise immediately cease to engage in the violations of law as set forth above.

e.   Damages and restitution in an amount to be proven at trial.

f.   An order certifying the proposed Classes, designating Plaintiff as named representative of the Classes, and designating the undersigned as Class Counsel;

g.   A declaration that Defendant is financially responsible for notifying all Class Members about the defective nature of the Class Vehicles' CVTs;

h.   Any and all remedies provided pursuant to the UCL, CLRA, California's express and implied warranty laws alleged herein, and the Magnuson-Moss Warranty Act;

i.   An award to Plaintiff and the Class of compensatory, exemplary, and statutory damages, including interest, in an amount to be proven at trial;

j.   A declaration that Defendant must disgorge, for the benefit of the Class, all or part of the ill-gotten profits it received from the sale or lease of the Class Vehicles, and/or make full restitution to Plaintiff and Class Members;

1          k.     An award of attorneys' fees and costs, as allowed by law;

2          l.     An award of attorneys' fees and costs pursuant to California Code of

3          Civil Procedure Section 1021.5;

4          m.    An award of pre-judgment and post-judgment interest, as provided by

5          law;

6          n.     Leave to amend the Complaint to conform to the evidence produced at

7          trial; and,

8          o.     Such other relief as may be appropriate under the circumstances.

9    **DEMAND FOR JURY TRIAL**

10          Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff demands a trial by jury of

11    any and all issues in this action so triable as of right.

12

13    Dated:  January 8, 2018             GLANCY PRONGAY & MURRAY LLP

14

15                      By:  *s/ Mark S. Greenstone*
                  Lionel Z. Glancy

16                      Marc L. Godino

17                      Mark S. Greenstone
                  1925 Century Park East, Suite 2100

18                      Los Angeles, California 90067
                  Telephone: (310) 201-9150

19                      Facsimile:  (310) 201-9160
                  E-mail: mgreenstone@glancylaw.com

20

21                      *Attorneys for Plaintiff*

22

23

24

25

26

27

28

CLASS ACTION COMPLAINT
125