UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELISA CABEBE, et al.,<br>    Plaintiffs,<br>v.<br>NISSAN OF NORTH AMERICA, INC.,<br>    Defendant. | Case No. 18-cv-00144-WHO<br><br>**ORDER OF DISMISSAL**<br>Re: Dkt. No. 65 |

On March 10, 2020, final approval of a class action agreement in *Gann v. Nissan North America, Inc.*, Case No. 18-cv-00966 (M.D. Tenn.) ("*Gann*") was granted. As part of that settlement, plaintiffs agreed to dismiss this case with prejudice.

Pursuant to the joint stipulation of dismissal, **IT IS HEREBY ORDERED** that this case is dismissed **with** prejudice. The Clerk shall close the case.

Dated: May 18, 2020

WILLIAM H. ORRICK
United States District Judge